FILED

08/24/2022

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIV.

JOHN JAVILLO McCULLAH
V.

UNITED STATES OF AMERICA
FEDERAL BUREAU OF PRISONS
AND OTHER NAMED DEFENDANTS ON NEXT PAGE.

CASE NUMBER:       2:22-cv-00365-JMS-DLP

THIS IS A CIVIL RIGHTS ACTION AUTHORIZED UNDER BIVENS V. SIX UNKNOWNED NAMED

AGENTS OF FEDERAL BUREAU OF NARCOTICS 403 U.S. 388 (1971) 5 U.S.C § 702,

28 US.C § 2680, 42 U.S.C § 1983

PETITIONER JOHN J. McCULLAH ALLEGES EXCESSIVE USE OF FORCE, DELIBERNTE
INDIFFERENCE 18 U.S.C § 241 CONSPIRACY TO VIOLATE CIVIL RIGHTS AND 242-DEPRIVATION
OF RIGHTS UNDER COLOR OF LAW 18 U.S.C, § 4042 (a)(3) GENERAL DUTIES AND BUREAU OF
PRISONS - [TO] PROVIDE FOR PROTECTION, FAILURE TO PROVIDE PROTECTION, EIGHT
AMENDMENT. MR McCULLAH ALSO ALLEGES THE TORTS OF ASSAULT AND BATTERY,
NEGLIGENCE, ILLEGAL EXPERIMENTATION

## I JURISDICTION

THIS COURT HAS JURISDICTION UNDER 28 U.S.C § 1331 AND 1343
SUPPLEMENTAL JURISDICTION PURSUANT TO 28 U.S.C § 1367.

## II PLAINTIFF

PLAINTIFF JOHN J. McCULLAH IS CURRENTLY INCARCERATED AT USP TERRE
HAUTE, TERRE HAUTE, INDIANA THROUGH THE ACTS AND OMISSIONS DESCRIBED
IN THIS COMPLAINT AND OTHER FACILITIES IN SEVERAL STATES MR. McCULLAH
HAS BEEN INCARCERATED UNDER "FBOP" JURISDICTION FOR THE ENTIRE PERIOD.

## III DEFENDANTS

THE UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, NAMES
UNKNOWN HIS/HER, IS THE APPROPRIATE DEFENDANT FOR THE TORTS
DESCRIBED HERIN AS WELL AS OTHER ACTS AND OMISSIONS IN FURTHERANCE
OF A CONSPIRACY, All DEFENDANTS SUED IN BOTH THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES UNDER COLOR OF FEDERAL LAW.

## "OTHER NAMED DEFENDANTS"

DEIROCTOR OF FEDERAL BUREAU OF PRISONS...

(WARDEN) T.J. WATSON —

(SIS) MR GORE —

(SIS) MR. EDWARDS —

(DR) WILLIAM. WILSON —

(DR) MR. L. ROGATNICK —

(DR) BRIAN BUSCHMAN

(DR) HUGE —

(RN) J. DEAN —

(RN) TAMMY MCDANIEL —

(RN) MS. JULIAN. K (FNP-BC)

(RN) TRACY BIXLER —

(PSY,D) LAURN BAILEY —

(PSY,D) ERIN CONNER —

(PSY,D) G. SACCHEITI —

(PSY,D) MARIO ELLIS-WALTERS —

(PSY,D) TIFFANY. WAGNER —

(PSY,D) BIANCA. VIGIL —

(PSY,D) MELISSA. ALBERT —

(PSY,D) WANDA, O'BRYANT —

(PSY,D) W. FUJII-DOE —

(PSY/CHIEF) STEVE. ECKERT —

(PSY,D) JACQUELINE. CRANMER —

(PSY,D) JACQUELINE. CARMICHEAL —

(PSY,D) JENNIFER ENIGK —

(WARDEN)(RADM) S. SPAULDING

(WARDEN) L.J. ODDO

(SIA) MR HEATH

(SIA) MS. HEATH

(PSY,D) SARAH. LADA

(LT) MR. MCCAULLY

(PA-C) AMANDA EDWARDS

(PSY,D) MS. L. ENNIS

(DR) RAY, S. SHARRETTS

(TS) MS. S. SABORNIE

(TS) MR. PIZZOLI

(SIS, LT) J. ORDONEZ

(CAPTAIN) J. KUNNIE

(ASSOCIATE WARDEN) E. RICKARD

(PSY,D) RACHEL EIGNBRODE

(RDH) CINDY SMITH

(EMT-P) MR. L. POTTER

(RN) HEATHER. SEEBA

(PA-C) MARC. MARCHIOLLI

(CRNP) (NRP-HSA) NOEL. TRUSAL

(NRP-HSA) MS. S. DEES

(PSY,D) MAEGAN T. O'SHAUGHNESSY

(PSY,D) JESSICA. SAGE,

(PA-C) MOLLY. WARNICK

1A

"OTHER NAMED DEFENDANTS"

(RN) LORI HARTZEL

(MLP) F. ALAMA

(MLP) FRANIS. FASCIANA

(MLP) MATTHEW. FAHRINGER

(DR) KEVIN, PIGOS

(DR) & ANDREW. EDINGER

(CM) MR. HICKS

(C) MR. MARR

~~(RN) AMY~~    (DEPUTY CAPTAIN) MR. SIZEMORE

(RN) AMY J. SHOONOVER

(RN) HEATHER. MIOSI

(SPY D)

        JAN AND JON DOES "UNKNOWNS" 1 TO 40

(COUNSLOR) REESE

(UNIT MANAGER) MR. ADDAMI

1B

## IV. STATEMENT OF CLAIM(s)

ON or about November 25, 2011 I first became aware that the "Federal Bureau of Prisons" (Herin after) "FBOP" staff and or personnel is using somekind of invisible and Silent Electric device on me that uses Radio waves, Microwaves, Electromagnetic frequencies and or fields (EMF) Electromagnetic Radiation(EMR), Nuerological, and voice to skull (V2K) technologies and beams. At that time I did not Know the name of this weapon that "FBOP" staff was using on me, to brutally torture, torment, sexual assault, transmitt voices into my Brain, manipulate my thoughts and dreams deprive me from sleeping, harrassing me, along with other mental and physical abuses. I will tell you about this in this statement of claims. I now Know the name of the weapon that "FBOP" staff used on me and is continuously using on me up to this date. I'm being Illegally abused and subjected to these acts with the use of a "Joint Non-Lethall Weapons Program" (JNLWP) with the continuoues Persistant and perpetrate use of "Directed energy Weapons" (DEW) originated with (JNLWP) that the "FBOP" have obtained over the last several years from the "Department of Defence"(DOD). The name of this ("DEW")is the Active Denial system ("ADS") (Please see Exhibit A1). It is a FOIA I sent to FBOP asking FBOP to identify what DEW's the FBOP have obtained. I did recieve a responce to the FOIA request. Request No. 2016-04893. FBOP did Identify the "ADS" as the "DEW" they have obtained (Please see Exhibit A2). FBOP did Not give me all the records. They withheld some and Blanked out most and what they did give me did not list all the capabilities of this weapon from FBOP staff using this weapon on me. The"ADS" has much more capabilities the "ADS" than what is listed on their responce to my FOIA. In this FOIA they claim it don't initiate, Promote or co-promote cancer and does not affect reproductive organs. That could be the case and true If used properly. They don't state the facts if this weapon the "ADS" is used unproperly or used excessively. I will state more facts About the "ADS" to give the court a better understanding of my claims and allegations I am making against FBOP staff with the use of "ADS" on me. The ADS is a very complex and complicated weapon. I Know its very essential to my case that I give the court some information and facts about the "ADS" capabilities that will help coincide my claims and allegations. I also Know most citizens don't even Know about (DEW) and all their capabilities. This weapon emits Electromagnetic Radiation microwaves, beams and also the ADS uses Voice-to-Skull (V2K) and Negological technologies. This weapon was listed as Non-Lethall, but Now is Listed as Less-Lethal weapon. The ADS can in fact disable people or Electrics. It can also be adjusted for Non-Lethal or Lethal use. To get different effects it only takes a turn of a Knob. The capabilities of the "ADS" are countless and bypass far beyond what is listed in the responce that FBOP give in their FOIA # 2016-04893. There are several ways that microwaves can affect humans, Brains and Body Internally and Externally. For instance DEW's Like the ADS a Less-Lethal counter-Personnel millimeter wave system that creates a skin heating sensation to repel and Individal or group of people without harm if used properly modeling the human Brain and Nervous system. The ability to mentally influence or

2 OF 27

confuse personell is also possible. Through sensory deception it may be possible to create synthetic images or Holograms to confuse an individuals visual Sense or. In a similar manner confuse his sense of sound, taste, smell or touch. Microwaves and the ADS are capable of much more. The thermal heating weapons like the ADS and others act like a car Radio, you can change the frequencies to get different effects. The Electromagnetic weapons send an impulse through the nervous System. They can transfer sound, It modulates a signal that is a Radio frequency which can be changed to affect certain organs. It can over ride an organ like the heart or the liver. So changing the Perimeter is like changing the Brodcast on a Radio. These low frequencies also have the capability to send messages directly into the head when only the reciever can hear it. The frequencies can also be used to manipulate the Brain and create a Disequibrium. These frequencies can also in Bed signals or Radio Brodcast to create a feeling of fear or anxiety. While the effects of these weapons appear to be short term and Topical in Nature when utilized properly, There is evidence that Electromagnetic weapons have effects on the Brain, including sleep disruption and Behavior change. They can also cause many mental and Health problems It is also possible to use these weapons as a means of torture. V2K Directed Acoustic Devices are neuro-Electromagnetic NON-Lethal weapons that can produce sound within the Skull of a human. The Device can focus sound waves directly at a person without anyone else hearing the sound. At only 1% Capacity will inflict alot of pain on humans. This technology weapon can inflict severe pain or permanent damage and death despite its classification as a NON-Lethal weapon.

On or about 11-25-2011 when I first became aware that FBOP staff was using this weapon as means to torture me, manipulate my Brain and cause mental and health problems with the use of this weapon. I will not get into detail about the effects the use of this weapon had on me at that time because I did Not file any grievience about FBOP staff using the ADS on me. However I will make a statement about the use of this weapon on me. To show the use of it started in 2011 and is continuing to be used on me. This is an ongoing problem I have been having from 2011 up to this present date. At that time the first issues I have experienced was that I started to hear voices. I never in my Life ever experienced hearing voices, FBOP staff was able to insert voices into my head by Radiating my Brain with microwaves. They also inflicted severe pain throughout my Body Internally and externally and my Brain. At a later time if I need to get into the detail of the effects and the use of this weapon on me I will. Also I did keep Logs with dates, name of staff and affects I made aware of the use of this weapon on me at USP Victorville and FCI Victorville. Mr. Fleming has all my Logs I wrote about this matter and I will also try to get an affidavit from him about this matter FBOP staff at Both facilites was made aware about this issue. In all 3 facilities the effects and Acts of abuse and torture was made clear by me and talked about by my former Attorney to staff. I arrived at USP Victorville on or about 4-14-2011 to 9-22-2011. The first time was at USP Victorville. At that time the ADS was Not being used on me, Then on or about 9-22-2011 I was at USP Victorvile I went out of BOP Custody on a writ from 11-9-2011 to 12-12-2011

I was at USP Victorville at this time period on 11-25-2011 to 12-12-2011.
This is when FBOP started their abuse on me with the ADS. There is not
one day from that date that FBOP staff did not use this weapon on me.
Then on 12-12-2011 I was transferd to FCI Victorville medium II. The
abuse and torture did not stop, inflicting pain all over my Body,
hearing voices, weeks at a time with no sleep at all and using the
"DEW" to inflict pain all over my Brain and sexually essaulting me.
It was Brutal at times. I also spoke to staff about the use of this
weapon on me and asked even the warden to please stop the Brutal
torture to no Avail. Mr. Fleming also spoke to FBOP staff about this
matter also to no Avail. Then on 9-5-2011 I was transferd to FCI
Victorville medium 1. The abuse and torture as well as V2K was still
being used on me and didnt stop. Again I made staff Aware about
the abuse, torture and using V2K on me still did Not stop being inflicted
By FBOP staff with the use of this weapon and asked for them to
please stop the torture to no Avail. Mr. Fleming also spoke to FBOP
staff about this matter day and night. Every day some kind of pain
was being inflicted on me. And the voices also Day and Night. Then on
9-10-2012 I was transferd again back to USP Victorville. Again
the abuse, torture and voices did not stop. Again I spoke to staff
about this matter and again asked them to please stop the torture.
I told them in time they was going to kill me If they dont stop the
tortureing me with the use of this weapon. Again my former Attorney
spoke to FBOP staff about this matter. I spoke to countless staff
members at all 3 facilities, Wardens, captins, medical staff
and psychology. Just about every staff member I came into contact
with I spoke to about this matter. They all would have similar
responses. They have no idea about what I'm talking about and
FBOP dont Have any type of device like what im talking about and
tried to play it off like I was crazy. I know they will not admit
to using this weapon on me or tell me the name of the weapon
torturing me. **TORTURING** someone is a crime so I can understand that
No one that is using this weapon would even admit to the existince
of this weapon. So they are trying to write me off as being crazy.
They dont have to use this weapon in front of you, so you can't see
any weapon or any person. It's the ideal weapon and it makes it very
easy to discredit someone and write them off as crazy. To commit an
act of torture or even murder, One could Not ask for a better weapon.
It's Not like a gun. A gun leaves a Hole in a person. "DEWS" and "ADS"
doesn't. FBOP staff has in their hands the ultimate murder and torture
weapon. No one has to be held accountable for their criminal acts.
Thats Not right or human at all. We all should be held accountable for
our actions.
    Then on 11-01-2012 I was transferd to Oklahoma transfer center
and the "ADS" was still being used on me until I was transferd on or
about 11-5-2012 to USP Lewisburg in Pennsylvania. I imediatly became
aware that FBOP staff was using this weapon on me. When I was still
on the Bus at USP Lewisburg when they started using V2K Technology on my
Brain inserting voices in my head. There was two (2) diffrent voices that
I could hear. Not at the same time. One person would talk and then
another. I could distinguish the two voices. At that time FBOP staff
was Not inflicting pain on any part of my Body. They was only using
V2K on me. Later that night FBOP staff started to inflict pain all over

The joints of my Body, along with Pain internally, externally and my Brain. That was the start of the torture. Not long after that I started to complain to staff, wardens, captins, medical staff, psychology, unit team, case managers, unit managers, counsler and my former attorney Mr. Fleming also spoke and sent letters to the Inspector General Hon. Michael E. Horwitz civil rights division criminal section, FBOP Internal Affairs and the department of Justice capital case committee, to No Avail, also wrote a letter to Honorable Michael E. Horowitz inspector General to consider the letter as a formal complaint on my behalf against the FBOP personnel at Lewisburg. To no avail. Also I will submit daily and minuite-by-minute logs that I have maticously maintained for well over a year in detail about the torture I was subjected to by FBOP staff with the use of the DEW's or the ADS with. At this time I would like to submit (Exhibit B). A letter to the Attorney General and the Department of Justice capital case committee. All the logs wrote about the torture I was subjected to by FBOP staff, I will submit at a later time. I did file grievance at USP Lewisburg and they was never answered.

Counsler Mr. Reese and Unit manager Addami came to my cell in X unit and told me they will not accept any grievances from me that has to do with any kind of Directed Energy Weapons "DEW" and told me any grievance I file will be took with extreme scrutiny. Mr. Reese had all my grievances in his hand and told me he will "shred" them all. At that time I told both Reese and Addami too not to shred them and to give them all back to me. At that time Mr. Reese told me No I can't have them and they both walked away from my cell. With all my grievances in Mr. Reese hand. I never got them back or answered. Not long after that I got a legal call by Attorney Mr. Fleming and let him know what they did. Not long after that I got a legal visit and Mr. Fleming talked to Mr. Reese and Addami and they informed Mr. Fleming that they shreded all my grievances and would not answer anything that has to do with "DEWs". I did try to go through the grievance process but could not because FBOP staff would not answer or accept my grievances about this matter. By Rule I have to exhaust all my admini-strative Remidies. How could I do that if FBOP staff would not even accept them. FBOP staff did not even follow their own policies. They would not even process any of my grievances. They have an obligation to answer them all and would not with an affidavit written penalty of perjury from my self and my former Attorney Mr. Fleming. That does establish that officials for FBOP ignored and refused to accept administrative remedies. Therefore such remidies was unavailable to me. I'm trying to get all the long reports and all other matrials. That FBOP staff took alot of them and others was lost when I got transferd along with some of my personel property. Just about all that was lost or staff took, Mr. Fleming has the original or copies of these materials.

I will get into a little more detail about some of the effects and medical problems, I know was caused by FBOP staff using the ADS on me. On my Arrival at USP Lewisburg. I was placed on single cell status and remained on that status my entire stay. So I had no cellmate to witness any of my illness ess or to talk to about the pain and suffering I'm going through or see all the Rash, Hives, Blotches and other marks left on my Body by the use of ADS on me.

They **KEPT** me isolated from all other inmates. I was at only prison that remained isolated for years like that in my unit. That I knew are of in exception to A terrorist waiting to go to the same unit at ADX in colorado. There was no reason to keep me isolated like that. I know they **KEPT** me isolated so they could torture me at will and have no witnesses. USP Lewisburg has a history of over 30 years of abusing inmates. It's so Bad Attorneys founded the Lewisburg Prison Project to assist inmates with **CIVIL** cases. Nothing good I could happen by putting a weapon like the ADS or any other DEWS that could be used long **RANGE** and out of sight. Its the perfect torture and even murder weapon for Rouge corrections officer.

Not long after my arrival I started complaining to numerous staff members, wardens, administration and medical staff about the abuss and torture that was being inflicted on me by †BOP staff with the use of the DEWS and/or the ADS starting in the month of November 2012 until my departure out of the USP Lewisburg. Day and night. I spoke to doctor Andrew Edinger, Doctor Kevin Pigos, CRNP, Noel trusal, MP, F. Alama, PA-C, Molly Warwick, PA-C, Rogers Antonio, PA-C, Hemphill, RN Lori Hurtzel, RN/IOP/IDC Heather Seebe, along with other unknown staff members names. I started to experience severe pain in the joints of my feet, knees, ankles and hips along with swelling on both feet, headache, dizzy, feeling tired and sleepy, but can't sleep. That first night the pain that †BOP staff was inflicting on me with this weapon was mild compared to what was to come.

The first week †BOP did inflict pain on me all over my body internally and externally along with using V2K on me. Day and night and not letting me get no more **THEN TWO OR** three hours a day or night sleep when they did let me sleep it was more like a hypnosis state of mind. It was like a manipulation of dreams and nightmare state with shortness of breath, sweats, chills and trouble breathing very bad. The remaining seven weeks or so of 2012, I experienced alot of the same and other effects on my body and on my brain. that the use of this weapon had on me. I continued to complain to numerous †BOP staff and medical staff about the torture being inflicted on me with this weapon. I got rashes all over my back, stomach, neck and legs also little brown and red dots all over both my legs, itching all over my body face and inside my ears, hives for no apparent reason or explnation. medical staff would only ask me if I'm on **ANY** new medication or using any new **COSMETICS** my answer was there all the same **COSMETICS** that comminsary has been selling and no new medications. When they did prescribe me medication It did not work. So I would show medical staff at my cell door in X-unit that it's not working and just about every time they would look and could clearly see its the same as before and simply say it looks like it's cleaking up so that other inmates could hear our conversation and try to make them beneve its took care of. That was a common practice with medical staff there and I was not the only inmate with this complaint about that medical issue or how staff address issues. I also experienced several other issues ring. Buzzing and thumping in my ears, blurred vision, seeing

Floaters of Black dots, flash of light with eyes open and close itchey and watery eyes, Dry eyes. My legs, chest and back vibrating using the ADS on my arteries. Flaking of skin on my legs for no apparent reason in medical terms. I know its from using ADS excessive. They Just turn up the device administering to much EMF or EMF. They also made my bones ache deep within all over my Body. even using it on my hip Bone and joints also on numerous ligaments all over my Body on my knees all around Both knees. I still have Bumps and knots. They could be cyst swelling. Bumps and knots all over both feet and Browning Blotches up to my knees. Looks Like skin Cancer, finger and toe nails are cracking and breaking also lines in the nails themselves are all visible. could be from calcium build up or deficiency. Muscle spasms and muscle cramps. I also have scars Little cyst on my face, feet knees, and ankles along with my joints. Also FBOP staff uses this weapon to sexually assault me with. I dont know if it is for their own Sexual gratification or just down right torture. I do know it happend countless times at each of the FBOP facilities I have been in. ever since I became aware that staff is using this weapon on me to Brutally torture me with. The sexual Assaults started Back in 2011 at USP Victorville and has been ON GOING ever since I became aware that staff is using this weapon on me to brutally torture me with. The sexual assaults started back in 2011 and has been ongoing periodically and continous even here at USP Terre Haute. The last time I was sexually assaulted was on July 12, 2022. Staff used the ADS on my penis TESTICAL to inflict pain on it and make it Red and itchey also using it internally on my scrotum and sides of my balls to inflict pain and heat all that area up using the thermal heating or microwave technology of the weapon from 11-05-20 to on or about 10-22-2014 until I was at Lewisburg USP I was sexually assaulted by FBOP staff with this weapon countless times. I did complain to staff and medical staff about this matter. The pain was sever all over my private areas, penis anus, scrotum and Balls. Very painfull after over a year of complaining. Dr. Edingeror, Dr. Pigos, finnally orderd an ultrasound on my scrotum and Balls. They also told me I should Not have any pain and my claims are usually consistent with someone who is malingering, but I did not let there personal feelings stop me from telling the truth and try to get this medical issue took care of. I dont know if I let it go one day I could get my Balls cut off because of the cancer or something like that so everytime staff would tell medical staff about my problems it was not looked into. Also I would tell medical staff about when they make their rounds on the range in x-unit. Alot of times medical staff would tell me to come close to the DOOR and pull your pants and shorts down so they could see my scrotum and pull the skin tight so they could see the cyst. I would do so and they would tell me they dont see any cyst or Bump and tell me I will be OK. Even if they were cyst they should Not be painful. Just so you know USP Lewisburg is a lock down prison. It is called the special managment unit. So medical does alot of their Exams with the Inmate in their

Cells and the staff members on the other side of the door, so you will have a better understanding of the prison. Here is the name of medical staff that did the exam on my scrotum from the other side of my cell door. F. Alama (MLP), Noel Trusal (CNFR) Molly Warnick (PA-C), Lori Hartzal (RN), Mr. L Potter (EMT-P) and others I don't have their names. I do have their names, Dates, and statement about our conversation we had in my Logs that my former Attorney Mark Fleming has. I need to get my Logs from him and will. Finnally on or about 11-23-2013 after a year of complaining about the pain I'm in a lot of times in my private area and Balls. Dr. Pflos had me undergo a ultrasound on my scrotum and Balls and the results were from the right testical measures 5.1 x 2.4 x 3.0 cm. The Left testical is mesured at 4.3 x 2.0 x 2.9 cm. There is a Homogeneous echo texture of Both testicals without solid or cystic mass. Multiple Epidymal cyst are seen Bilatterally the largest on the right measuring 1.8 cm in the Largest and the Left measuring 1.1cm Bilateral varicoceles are demonstrated each measuring up to 2.9 mm. I also had other ultrasounds and don't have results. I complained for years about the pain I was in when FBOP was using the ADS on my testical. That's the only time I would feel any pain. I knew when the weapon was being used on me.

Then on or about 1-29-2015 another ultrasound was performed on my testicals this time scrotal ultrasound Demonstrates the right testical to be 4.6 x 3.2 x 2.7 cm, and left testical to be 4.5 x 3.1 x 2.5 cm. There are multiple epididmal cyst noted Bilaterally larger on the right. The two Largest right equididmal cyst are 12 x 20 mm and 7.8 mm in size respectively the 2 Largest Left Epididmal cyst are 13 x 8 and 7x6 mm in size. In conjunction with additional smaller Epididymal cyst. I did finnally get the cyst removed on or about 6-23-2015 and about 2 weeks after FBOP started using the ADS again on my testical. This time I was no Longer at USP Lewisburg I was transfered to FCI Allenwood in Pennsylvannia. I did start complaining to staff and medical about FBOP turturing me with the use of the ADS and using it on my testicals again and inflicting pain on me. The first medical staff member I told about this is Timothy Ptirman PA-C. To No Avail. I'll come back to this after I finish my complaint about USP Lewisburg. Also other effects the ADS Had on me when FBOP staff was torturing me with this weapon at Lewisburg. Also other effects the ADS Had on me will be discussed. FBOP staff tortured me and it caused Bleeding and heating of the colon very painful and itchey. They can also control my Bowl and Urine movements stop me from going or make me have DIARRHEA. Some of the worst pain in my life was when they would push my colon, Bladder, stomach, Lungs, intestines, and organs up down and side to side very excruciating pain also moved my Body like if someone was pushing me. My Body would move but No one was pushing me. I think they are able to do that by just turning the frequency on the electro-magnetic spectur AND administrate more electromagnetic Radiation or microwaves. It only takes a turn of a KNOB to get different Affects. This weapon is not a push of a

Button where it will only administrate so much effects and stop at that. Also they use this weapon on my veins, my urinary vein, Jugulator and other veins are varcious, upset stomach, vommitting, lost of appitete or get one, weight gain lost, hungry or not at all for weeks at a time, cramps, gas, Body shaking, Tremors, fainting, Lost of coordination, Loss of Balance, trouble walking, tightness in legs, induce seizures, uncontrolable Body movements, whole Body locking up like paralized, dry mouth, Wattery mouth, I periodacly experianced all this and much more throughout my stay at USP Lewisburg. Not everyday at the same time but numerous times. It was pure torture. Also tingling Hot and even cold throughout my Body. This weapon does not only have thermal heat of the Body but can also make you very cold throughout my Body and give you chills, Bruising, also FBOP staff used this weapon on my Brain every day and night. The ENTIRE time I was at Lewisburg some days worse then others inflicting pain through out my Brain. My former Lawyer mr. Fleming gave me a Diagram of the Brain then asked me to keep a log of what Lobs of my Brain I was feeling pain in when staff use this weapon on it. So I did and IN doing so he has years of logs, I wrote everyday, from when I was at lewisburg. I would experiance heodaches, Dizzy, confusion, lightheaded, memory problems and loss, mind go Blank, forget, keep me awake for weeks at a time, no sleep, feel sleepy but cant sleep, lay me out in bed in a hypnosis state of mind or CONDITIONING my unconcious mind, giving me nightmares like I never had in my Life. Reciding my memories and thoughts. Even giving me thoughts that are not MINE paralysis even manipulation of thoughts, emotions, making angry, Anxiety, Hallucination Deppresion. On or about 1-9-2013 I spoke to medical staff RN Heather miosi at that time I let her know staff is tourturing me with DEW and been doing it all night. I let her know their using it on my heart and chest. Im in alot of pain. Their also using V2K and inflicting pain all over my Brain, Back Legs. I let her know its from staff using there weapon on me 99% of the time. They make no mention of DEWs at all and never list all my complaints. I know its just a cover up. She states in her report, how come I have not submitted any copout or talked to the P.A. They walk's on the range everyday and get meds two times a day. I don't let them get pass me without complaining about the torture and ask them to try to put a stop to it. She is not telling the truth. I even tell them to get my statement right. I'm being tortured by staff with DEWs and I ask her to write that down and they dont and try to play it off like I'm crazy but Im not and I know what they are doing and using on me.
On or about 1-11-2013 I spoke to PA-c mark march olli I let him know I was still having chest pain and in the joints of my hands and feet, numbness, Blurry vision, seeing black dots, headache pain in my Back and legs, seeing flash of light, ringing Buzzing and draining of ears, no sleep, Balance problems, green stools, stomach pain, hearing

voices and staff is using V2K on me and still torturing me with their weapon, He makes no mention of that in his report. Im Not shy in telling them the truth.

ON or about 1-23-2013 I spoke with CRNP Noel Trusal at my cell door. I had hives and rash all over my legs and stomach, pain in my stomach and intestines, still have green stools off and on, still not sleeping and being tortured by staff with "DEW" and V2K. I tell her to write it all down in her report But she don't.

ON 2-20-2013 I spoke to PA-C J. Hemphill about rash hives and pain that FBOP was inflicting on me with DEWs and using V2K on me. Rash on face and legs on 2-26-2013 I spoke to CRNP Noel Trusal showed her my rash and hives and let her know Im in alot of pain and that staff is still using weapons on me and V2K. On 3-22-2013 I spoke to Noel Trusal showed her rash and flaking of skin, and dry skin, rash all over my chest, stomach and Legs, Let her know that Im in pain and staff is still torturing me with weapon and using V2K on me. I spoke to medical staff J. LPPlitto I let her know Im in pain and they are using DEWs on my Jaws and Joints also using V2K on me. ON or about. 11-24-2013 I spoke to NREMT R.S Dees at my cell door in X Block, I let her know Im in pain all over my abnormal sides, Buck and have rash all over side and stomach. She tells me to keep moisterized with lotion. I let her know they dont sell us Lotion. Let her know their torturing me with DEW and V2K, She makes no mention of that in her report.

ON 12-16-2013 I spoke to Dr. Andrew EDinger. I let him Know there using DEW on my scrotum, face, stomach sides, pain all over my Body and Brain. I get into detail with him when I talk to him about this weapon FBOP staff is using on me, and in detail about the voices and V2K also how they talk to me and tell me about my every memory using V2K, Mr. Edinger never writes a full report and makes it sound like I dont Know what Im talking about. He calls it shooting Lasers. I correct him and tell him its Not Lasers it beams and the device is "DEWs". Also I do not have Rosacea thats a misdiagnosis. Thats not the only misdiagnosis staff gave me. I have alot of unknown medical issues, especially, when they dont Admit to the victim that they are using the DEW's on. It makes it very easy to write a person off as being crazy when weapons like this are being used on them. ON 11-19-2013 I spoke to PA-c Molly Warnick at my cell Door in X Block. I let her Know FBOP staff was inflicting alot of pain on me using V2K and DEWs on my Brain, Joints, hands swollen, using it on my Anus and Buttock and thiegh as well as Red Rash and Hives. She writes short and makes no mention about DEWs or V2K and lies and writes denies pain. On 11-19-2013 I spoke to miss Warnick again. I show her Rash, Hives Blotches and sweelling, She tells me to buy OTC meds. I let her Know they don't work. I been getting Benadryl Shot's and pills. It's Known to staff the cause

Of me still having these same medical issues. ~~Doogolatolike~~ Also ~~tool~~ its ~~catrocok~~ known to me, I never had any of these problems before FBOP staff started torturing me with "DEW"s. I'm telling you the cause so stop playing it off like you don't know what I'm talking about and do something about it. It's not right to torture me like this. It's criminal. She does like the rest and tells me I'm crazy. On 11-8-2013 I spoke to NREMT-D J. Dees about the pain I'm in the torture and use of V2K on me By staff. I spoke to Miss Dees again on 11-5-2013 same issue. Then on the same Day 11-5-2013 I spoke to Dr. Edinger. I spoke to him about these issues and others about being tortured by FBOP staff inflicting pain all over my Body internally and externally. Pain in the Brain and using V2K on me with "DEW"s. Then on 11-2-2013 I spoke to Emt D. Barth Matthew about the same issues being tortured and the use of V2K. I did get a shot of Benidryl. Throughout my stay at USP Lewisburg from 11-5-2012 to 10-22-2014 I experienced all these medical issues and many others. No need to get into them all at this time. I wanted to show this issue was going day and night and DEW's and or the ADS was being used on me for the means of torture and V2K was still being used on me.

Then on or about 10-31-2014 to 5-21-2015 I was transfered back to USP Lewisburg. I had the same medical issues along with others from the use of DEWs and or the ADS for means of torture and V2K was being used on me. Then on or about 5-21-2015 to 11-23-2015 I was transferd to FCI Allenwood, Then on or about 11-23-2015 to 4-10-2017 I was transferd and the use of DEWs and or ADS and V2K was on going. Then on 8-7-2017 to 6-24-2019 I was transferd to USP Allenwood in Pennsylvania.

Continues to my statement of claims On or about 8-7-2017 I arrived at USP Allenwood. I became aware that the FBOP was using Directed Energy weapons on me to brutally torture, torment, sexually assault, give me medical problems along with other abuses and inserts voices into my Brain. This DEW is classified as NON-Lethal and Less Lethal weapon. It is part of the Joint-NON-Lethal Program (JNLWP). The FBOP have obtained over the last several years from the Department of Defence (DoD). The name of this DEW is the "Active Denial System" ADS, (Please see Exhibit A) It is a FOIA I sent to the FBOP Request # 2016-04893. FBOP Did Identify the Active Denial System ADS as the DEW they obtaind (Please see Exhibit A2). FBOP did not give me all the records I requested. They withheld most and blanked out alot of the information what they did give me did not list all the capabilities Thats a fact. I would like to give some information and capabilities about this weapon so the court could get a better understanding about the ADS. Its very essential to this case. The ADS is a very complex and complicated weapon. The ADS Admits microwaves "Electromagnetic Radiation" (EMR), Electromagnetic frequencies (EMF), Thermal Heating and Voice-to-skull (V2K) and Nurological Technologies. The ADS has much more capabilities then what is listed on there response to my FOIA. They claim it don't initiate, Promote or Co-Promote cancer and does not effect reproductive organs. That could be the case and true

If used properly. They dont state the fact if this weapon the (ADS) is used unproperly or Excessivly. The (ADS) can disable people or Electronics. It can also be adjusted for Lethal or Non-Lethal use. To get differant Affects it only takes a turn of a knob. The capabilities of this weapon are countless. There are several ways that microwaves can effect human Brains and Body internally and externally, for instance DEW's, like the ADS a Less-Lethal Counter-personell millimeter wave System that creates a skin heating sensation to Repel an individual or group of people without harm if used properly. modeling the Human Brain and Nervous System. The ability to mentally influence or confuse personel is also possible through sensory deception it may be possible to create synthetic images or Holograms to confuse an individual visual sensor through conitive engineering. Scientist can develop a better understanding of how an individuals cognitive process (Pattern Reccognition), (Visual conditioning and Difference Detection). Affect his decision making processes. Scientist could use these cognitive models to predict a persons behavior under a variety of conditions. microwaves and the ADS are capable of much more. The thermal heating weapons like the ADS and others act like a car radio, you can change the frequencies to get differant effects. The electromagnetic weapons send an impulse through the Nervous System. They can transfer sound which is contracted to the FBOP. It modulates a signal that is a radio Frequency which can be changed to Affect certain organs. It can over ride an organ like the heart or the liver. These Low-frequencies always have the capability to send messeges Directly into the head when only the reciever can hear it. These frequincies can also be used to manipulate the Brain and create a disequilibrium. These frequencies can also imbed signals or Radio Brodcast to create a feeling of fear or anxiety. The ADS is capable of heating the skin to 1/64th of an inch causing instant pain similar to intence sunburn and Death or severe heart problems may occur According to a report released by the Air force on the human Affects of this weapon while the effects of these weapons appear to be short-Term and topical in nature when utilized properly. There is evidence that the Electromagnetic weapons have affects on the Brain including sleep disruption and behavior change. They can also cause mental and Health problems. It is also possible to use these weapons as means of torture like FBOP staff is doing on me continiously UPTODATE all ~~those~~ ~~this~~. Yet without knowing exacully when, where and How FBOP Staff is going to use this weapon on me. Im left to speculate what staff member is actually using this weapon on me. Thats how come I have to sue the FBOP in whole. FBOP staff members are operating this weapon from a great distance. meaning that the operator has no sight as to the effects of his or her actions and I cant see the operator. This provides us with a very dangerous circumstance. Very similar to Milligrams experiance where we can predict with certainty ~~cross~~ abuse of power.

12 of 27

Also this weapon invades my mind through introduction of "Eved potentials" Through Electromagnetic means. FBOP staff uses V2K on me to try and make commands and harrass me. Also staff uses V2K to induce and manipulate my dreams, thought, memories and deprive me of sleep. This is sometimes done to me around the clock day and night. This act is a severe form of torture also V2K technology is sometimes refered to as "synthetic Telepathy". Current day V2K cannot be stoped by any Known Electromagnetic shielding a fact which demonstrates how advanced classified control technology has became. Also I get alot of ringing, Buzzing, thumping and straining of my ears. Which is also a symtom of the "Lowery" method of subliminal voice conversion. Lowery's method is described in (U.S Patent 5159 703 see Exhibit A4). Also with (U.S Patent # 4,877,027 Please see Exhibit A3). Here are some more effects that FBOP staff inflicted on me with the use of this weapon. Loss of Appetite or get one, Anxiety, Loss of Bodily control, such as twitching or Jerking of an arm, leg, or Body, irritated, uncontroled Bowl and Urine movements, wheezing, Loss of Breath clogging of throat, Hallucinations, throwing up, severe stomach aches, intestines, organs, eye muscle and private area pain, that are unbearable, sexual stimulation this happens periodically day and night but not all at the same time and has been ongoing for years now. Also a sudden overwhelming feeling of Dread, Rage, Lustor Sorrow, laugh or cry and much more that passes as quickly as it arises for no apparent reason. Also makes me Dwell on things, vibrate certain arteries and muscles. Certain parts in my nervous system, mucus formation, Hyperventilation, Demorates me very Bad, Give me differant Body aches and pain in my Brain and eyes, clogged ears, and nose infections, Rip open my skin very painfully, Nausea, Knows my every thought and memories. Yes that's what FBOP staff is capable of with this weapon. This so called NoN Lethal weapon system is an ideal means for Nuturalizing discrediting a person. I Know if a person or Judge is not aware of these technology weapons and there capabilities they have. It's very easy to dismiss the person as being crazy and delusional. That's how come it's very essential that I give the court the information about DEWS and ADS. I have Knowledge along with the capabilities and the effects this weapon has on me from FBOP staff using it on me. I Know these allegations do seem like something out of an episode of the "X Files" but there Not and It's very true It's a fact these weapons exist and FBOP have obtained the ADS and are using it on me for PERSECUTION and torture. The effects that I listed so far has happened to me periodically throughout my stay at USP Allenwood From 8-7-2014 to 6-24-2019. I talk to PsyD miss L. Finnis. I let her Know FBOP staff was using the ADS on me to inflict pain, using V2K inserting voices in my head, Anxiety, Depression, Racing Thoughts, Reading my memorys, Not much sleep, Heart Rate fast, Lack of motivation, Physical tension through out my Body off of Balance, emotional, cognitive skills OFF muscle Pain. I also spoke to Ms. L. Chapple, Psy. Dr. Sarah Lock

PA-C MS. A.E. Davis, Dr Roy S. Sturrett, specialty program S. Saborise, Mr. Pizzi specialty program, ms. Smith, LT. Newton, ms. White, and other unknown officers and medical staff along with wardens, SIA officers, SIS officers, and captins. All Names Unknown. I spoke to all these fBOP staff members through out my stay at USP Allenwood, about the use of the ADS on me to torture, sexually assaulted and abused me by fBOP staff. I spoke to them often about this matter. One of them just about everyday, through-out my stay at USP Allenwood from 8-7-2017 to 6-24-2019 there was no need to keep on filing grievances because this TORTURE was and is ongoing. So I did file a grievance on or about 7-22-2019 and finished all my administrative remedies and now filing suit. All the acts of torture and sexually assaults and the rest of the effects that I experienced and listed in this complaint is and was ongoing. In my grievance I do mention some of the torture and abuse along with the sexual assault that fBOP staff inflicted upon me with the use of ADS. I think all my grievances should be part of my statement of claims. I don't even really know how to file a Lawsuit so I would like to ask the court and the judge to please be patient with me, as I don't have the knowledge with filing. Also I'm self taught with regards to reading spelling and writting. When I came to prison in 1992 I could not do any of this. I also have a learning disability. I will write my CLAIM and allegations to the best of my ability. I will add attachments with this claim marked Exhibit. I will also submit my education scores along with other Exhibits. (Please see Exhibit B-1). Which is my BP-9 Remedy #985730-R1. I sent this to the warden on or about 7-22-2019. Its 3 pages. (Please see Exhibit B-2). It's a memo that shows the warden Did not Respond to my BP-9 as of 10-2-2019 By Passing his Response Due Date. (Please see Exhibit B-3). A Reciept with Date of 1-16-2020. The Day I Recieved the Response to my BP-9. (Please See Exhibit B-4). The Responce - Part B, Remedy #985730-F1. This Date is 12-4-2019, Not 1-16-2020 like it should be. (Please see Exhibit B5) A BP-10 The First of two BP-10's I Filed. Shows Im appealing A Non-Response of Administrative Remedy (BP-9) #985730-R1. (Please see Exhibit B6). A BP-10 I did not recieve a response to my Appeal but I recieved a response to my Non-Response BP-9. This BP-10 the Regional Director changed my case # to 1001334-R1. There are two pages of this BP-10 (Please see Exhibit B-7). A memo from Counseler R.ORR stating that he recieved the Response to my Non-Response BP-10 # 001334-R1 on 3-12-2020 not 2-21-2020. Rejection Notice. (Please See Exhibit B-8). A Response from this Regional Director Remedy #1001384-R1. (Please see Exhibit B9 BP-11 #1001334-A1.) On this case # I went from R1 to A1 at the end of the Numbers. Also Date Recieved by Central Office is stamped on the BP-11 "Received May 6, 2020. (Please see Exhibit B10). A Response to my BP-11 Remedy #985730-A2. They changed the Remedy # Number back to 985730 But instead of using the last two # they have listed it as 985730-A2. The Date states 4-16-20. "8.5,2020" (Please See Exhibit B11) It's a Reciept showing the Date I recieved my copy of the BP-11. They changed the Remedy Number back to the 1001334-A1 SERIES and changed the last PART Listed AS R1 it is LISTED

Now Al. I received my copy of the BP-11 on "August 5, 2022". This shows all the Inconsistances. NON-Response, Not giving me my grievance Response ON time. I want my claims presented in the Attached grievences incorperated into my claims presented in this suit.

## USP TERRE HAUTE

ON or about 7-1-2019 I was tranferd to USP Terre Haute in Terre Haute, Indiana and on my arrival I became aware that FBOP Staff is using and continuously using "Directed Energy weapons" (DEW) and or the "Active DENIAL SYSTEM" (ADS) along with Voice-to-Skull" (V2K) and Nuerological Technologies weapons on me to Blast my Brain and inflict pain through-out my Body with. This weapon is used Long-Range and oo from Satalite out of my View so I can't see to Identify who or which FBOP Staff is using this on me. Here at USP Terre Haute I am still experincing the same effects, abuses, torture and sexual assaults pericdically as stated throughout this complaint and claims some I'm experincing now as I write this on 7-17-2022. Last Night FBOP Staff only let me get about two hours sleep, They used V2K, inflicted pain through-out my Body internally and externally. Also mild Stomach pain, pain in the Joints of my feet, and toes, Both Legs, Vibrating along with tingling, Using it on my testials and penis, Dizziness, Head aches, Light headed, pressure all over my Brain, Layed out in Bed in a hypnosis state of mind. Staff uses (V2K) to manipulate my thoughts and memories. I did not Complain to staff or medical staff about this because after years of going through this I learned complaining to staff does absolutly Nothing but get me into conflict with them. So no Need to put myself through this, It's bad enough I'm being tortured. Not no need to put myself and let Staff member talk to me in A Very Disrespectful way. That will only allow more conflict so I learned to cope and Deal with it. That will only allow more conflict. I Know I have to live with the torture No matter If I Like it or Not. I have been living my life like this since my arrival here at USP Terre Haute. Then on or about 3-26-2020, the pain was so unbeacrable I had No choice but to have medical involved and I Knew they would Not do anything but make false claims and guess what they think is wrong with me and give their opinion and basically do nothing to help me and tell me to talk to psychiatry. Talking about it don't do anything to help the pain OR torture and to stop the use of this weapon on me. I been going through this for years Now so I Know better, so I did seek medical attention and Not much was Done and I had to threaten to write up Nurse T. McDaniel to get the very little medical attention I did recieve. (Please see Exhibit C1). It's a BP-9 #1012967-F1. This is a GREIVENCE I did file on this matter. I want to incorporate my Request for Administrative Remedy into this Law suit. That way I don't have to write it all over again in this claim along with the rest of the torture use of (V2K) and all the rest of the effects the use of this weapon had on me and continues to have on me, I have experienced all the same abuses and torture at each FBOP facility I have been in through-out my stay In each facilities that are Named in this Suit. From 2011 up to

Date in 2022. In fact I have suffered all the same abuses and torture periodically in each of them. Exhibit **C1** is 3 pages. Also (See Exhibit **C2**) The response From Warden T.J Watson also (See Exhibit **C-3**) BP-10 Remedy # 1012967-A1. (Also see Exhibit **C4**) the Response # 1012967-R1 (Also please see Exhibit **C5**) BP-11 # 1012967-A1 2 pages, also (Please see Exhibit **C-6**). It's a copy of the FOIA That was listed in this grevience. Also please (See Exhibit **C-7**) the Response to the BP-11 # 1012967-A1. Also (Please see Exhibit **C-8**) It's the reciept on the Day I received The Response to the BP-11 # 1012967-A1.

IV                    USP LEWISBURG

        In the First week of march of 2021, I was transfered out of USP Terre Haute to USP Lewisburg until on or about May of 2021. I became aware that FBOP Staff at USP Lewisburg was using the "ADS" and or "DEW" on me to inflict pain throughout my Body and Brain and using V2K on me. Inflicting on me the same acts of torture and Abuses that are listed throughout this claim and wrote about in my Request for ~~no~~ Administrative Remedy. (Please see Exhibit **D1**). A BP-9 claim # 1075017-F1. (Please see Exhibit **D2**). Remedy Response Part B # 1075017-F1 from Warden. S. Paulding. (Please see Exhibit **D3**) # 1075017-R1. It is the original BP-10. It's also All 4 pages of the original BP-10. It is also all very legible and the same. They are not copies. (Please see Exhibit **D4**). It's a rejection notice I recieved on 6-18-2021 again Back dated or held by FBOP Staff until 6-18-21, Long pass the time limit FBOP has to respond to it, Almost two months. (Please see Exhibit **D-5**.) On or about 6-19-2021, I filed a **New** BP-10 # 1075017-R2 with 3 page attachments. (Plese see Exhibit **D6**) Rejection Notice Date August 26, 2021 I received on 9-1-2021 # 107517-R2. My Appeal did get sent to the North Central Regional office. Address 400 State Ave. Tower II Suite, 800 Kensis City, KS 66101. Even though the incident happend in Pennsylvannia and to North East Region office. US custom House. (Please see Exhibit **D-7**.) BP-11 Never Answer By General Counseler. (Please see Exhibit **D8**). Receipt Reciept when I Recieved my Remedies back on 1-12-2022. I did follow all the Rules and Regulations with the Adminstrative Remedy process and it's not hard to see that FBOP Did Everything possible to discourage me from Filing my Remedys. Even telling me and my former Attorney that FBOP staff will not Accept my Grevences that has to Do with DEW's and Even shreded my Remedies. Please Accept all these **grevences** as part of my claim and complaint. Also I did **File** Remidies on or About 9-24-2015 Remedy # 838342-F1 BP-9 also filed and BP-10 # 838342-R1 at USP Allenwood and FCI Allenwood On or About 5-20-2015 to 11-23-2015 when I was transfered to State placed about the use of DEWS on me but could not complete the Remedy Because of the Placement from 11-23-2015 to 4-10-2017.                    STATE
(PLEASE SEE EXHIBIT-D9 BP-9). ALSO (PLEASES SEE EXHIBIT-D10) PART B - RESPONSE FOR BP-9. I DONT HAVE THE BP-10 AT THIS TIME. I HAVE BEEN FILING REMEDYS TO GET COPIES OF ALOT OF MY REMEDYS THAT FBOP STAFF TOOK FROM MY CELL AND OTHERS THAT CAME UP MISSING AFTER GETTING TRANSFERRED. I START THE REMEDY PROCESS IN 2020 AND IS ON GOING IN TO GET COPIES. AT A LATER TIME I WILL SUBMIT THEM ~~AT A LATER TIME~~ (PLEASE SEE EXHIBIT-D11) A RESPONSE FOR BB-11.

## Terre Haute

I spoke to all these individuals that work for the FBOP about the use of (DEW's) and or (ADS) on me by FBOP staff members. I let them all know about this weapon and the effects, abuses, torture, sexual assaults and the use of (V2K) on me by FBOP staff with this weapon. I got into lengthy conversations about this matter and always would ask each individual to please talk to someone that can put a stop to all this torture and Abuse I'm going through by the use of this weapon on me by FBOP staff. To No Avail. I know all FBOP staff members have a responsibility and obligation to provide protection or take reasonable measures to gaurentee the saftey of ME OR OTHER INMATES. Not any one of FBOP staff members took any kind of measures to gaurentee my safty. They failed to provide me with protection at USP Terre Haute, starting in the month of July 2019. I spoke to the Warden T.J. Watson. SIS Staff Names unknown. Unit staff members unknown. Some medical and psychology unknown. Dr. William E. Wilson, RN. Tammy McDaniel, RN J. Dean, and other staff members. I will List Dates, Names of staff that I made complaints to about the torture and Abuses By staff all at USP Terre Haute. Not long after I filed greivence about the use of DEW and or the ADS. I was housed in the ("SHU") Special Housing Unit. SIS Mr. Gore and SIS Mr. Edwards came to my cell Door and Mr. Gore told me he was going to have me took out of my cell to talk to me about A BP-9, I have filed. Not long after that I was took out of my cell and put into a holding cell. The Both talked to me about the (ADS) and the BP-9 I filed. Then Gore told me he needs me to sign a paper and handed it to me. I told him what is it and gave it Back to him and asked him to Read it to me. At that time Mr. Gore told me it's a form that states I want to Drop my Greivence about the use of the (ADS) on me by staff. AT that time I told him NO I will NOT SIGN or Drop the BP-9. Then he told me if I Drop the Greivence he will let me out the "SHU". I told him NO. Take me back to my cell, and the conversation was over and other staff took me Back to my cell. Then after I got out of the SHU and put back in F2 Unit. I was called to the L.T's office. Outside the office is where I was told to sit and wait. Then I was told to come into the office and Mr. Gore and Mr. Edwards again. This was on or about 3-7-2020. I got into detail about the torture, sexual assaults use on all my private parts inflicting pain, heating and even make parts of my Body cold, pain through-out my Body Internally and Externally, moving my colon, intestines, organs and lungs up, Down and side to side and using the ADS on my Brain. All that I Listed throughout this complaint and the BP-9, also told him about the use of V2K, reading every memory, thoughts, and dreams manipulated, using it on my heart, put in a hyphosis state of mind and other acts of torture. I let them know that this started upon my arrival and is ongoing. I let them know when they asked me who do I think is doing this to me. One of them asked if I think its the military. I told them NO I'm Not important to them or anyone IN the goverment like that. It's common since that I'm in FBOP custody. It is FBOP staff. Then they asked me how come staff would use this weapon on me like this. Part could BE

Experimentation But it's pure torture to inflict pain on me also to see what they could get me to do. To Harass and torment me. They do manipulate my thoughts, getting me mad and make me dwell on Things I should not be dwelling on. Trying to get me to react is Not a good way. I know it's from the use of this weapon on my Brain. So I catch my self before I Let them influence me. This weapon can infact manipulate a persons thoughts and actions. I also told them FBOP staff could be using this weapon on me because they are mad at me because of the case I got at USP coleman in 2005. One of them asked what would that have to do with this, and I told them you asked what do I think would cause FBOP staff to torture me with this weapon. So I told them in 2005 I was accuse of killing an inmate and two FBOP staff members went to jail and Prison for that killing. Officer Mrs. Erin Sharma got Life and Officer Mr. Michael Kennedy got 8 years. I think in Federal court. I told them that FBOP staff should Not be torturing me because of that. I did not make any statement about either of them. I did Not go to court and testify against anyone. I Never even been to court about this matter. But Erin Sharmas Husband is a "SIS" LT or SIA at USP Coleman II. So It could be that but I cant say it is. I dont know. You should know its your co-workers using this weapon on me. I cant see who is using it on me as you both know. Dates at this time. Also I spoke in Detail and Length about the torture and all abuses I suffered, I experianced by FBOP staff using this weapon on me. I talked to MSK. Julian (FNP-A) two or three times don't know dates also Dr. William E. Wilson alot of times. I don't know all the dates at this time but do know some 7-9-2019 and 7-8-2019, 7-15-2019 and 17-19-2019. I asked him if he could talk to someone to put a stop to all of this. To No Avail. Also I spoke to Psy.D Lauren Bailey on or about 5-5-2021, 12-16-21, 1-13-2022, 12-16-2022. and alot of other times about all the effects and torture and asked if she could talk to staff and put a stop to all the torture on me by FBOP staff. To No Avail. I also spoke to MD L. Rogerwick on or about 6-15-2020, 12-2-2020 and other times. I don't have dates at this time. I told him about all the effects, torture and Abuses that FBOP staff are inflicting on me with this weapon and asked him if he could talk to staff about putting a stop to all this. To No Avail. Also spoke to RN Tracy Bixler RN on or about 10-22-2020 and I Let her know about the effects and torture on me inflicted by FBOP staff with this weapon and asked her if she could talk to staff about stoping the use of this weapon on me by FBOP staff with the ADS. Ask to talk to staff to try to put a stop to all of this. To No Avail. Also spoke to Mario Ellis-Walters Psy-D on or about 8-15-2019 and other times Don't have dates as If I could talk to staff to try to get them to stop the torture Being Inflicted on me By FBOP staff. To No Avail. Also spoke to Psy.D. Tiffany Wagner on or about 10-3-2019 about the effects and torture inflicted on me by FBOP staff with the use of the ADS. Ask her if she could talk to staff and put a stop to all of this. To No Avail. Also I spoke to Psy D/DAP Milissa Albert on or about 2-5-20?? Told her all about the ADS and the effects, torture and Abuses

Asked her to talk to staff and try to put a stop to all of this. To No Avail. I also spoke to Psy D. Wanda O'Bryant on or about 1-30-2020 about the ADS and the Effects torture and abuses asked her to talk to try and put a stop to all of this. To No Avail. I also spoke to R.N J. Dean on or about 2-3-21 and other times about the use of the ADS on me and the effects, torture and abuses. ASK her to talk to FBOP staff to stop the use of this weapon on me. To No Avail. I also spoke to Jacqueline Cranmer PsyD/IP Jacqueline Carmicheal on or about 4-18-2017, 5-4-2017, 3-25-20, 5-13-21, 6-2-20, and 8-25-20 and other times dont have dates at this time. I told her about the ADS and the effects, torture and abuses and asked her to talk to staff to put a stop to all this To No Avail. I also spoke to Steve Eckert PHD/Chief on or about 4-19-2017 about this weapon and the effects torture and abuses. I asked him to try to talk to staff to try to put a stop to all of this. To No Avail. I also spoke to W. fulli DOE Psy on 6-7-17 7-12-2017, 7-21-2017, 5-24-2017, 6-1-2017 and other times. Don't have Dates. Asked to talk to staff to put a stop to this torture and abuses that FBOP staff have been inflicting on me with this weapon. To No Avail. I also spoke to ERIN Conner PSYD on or about 6-23-2017, 4-12-2017, 6-15-2017, 7-25-2017, 11-7-2019, 10-8-2019, 10-17-2019, 8-25-2020 and other times Don't have dates at this time. I told her all about DEW and the ADS along with the effects, torture, and Abuses also asked her to talk to staff about stoping the use of this weapon on me To No Avail. Could put all Names of wardens captins, SIA all them failure to provide protection.

<u>USP Allenwood</u>

At USP Allenwood I spoke to staff throughout my stay from 8-7-2017 to on or about 6-24-2019 about the use of DEW and or the ADS on me by FBOP Staff. I told them about the capabilities, effects, torture, sexual Assaults, Abuses and the use of V2K on me. All that I state throughout this claim and complaint that has Happend periodically. throughout my stay at USP Allenwood. All these Detendants failed to provide me with protection. SIA Mr. Heath one SIA Name unknown, Two captins Names unknown RADM S. Spaulding. Warden LiJ ODM and two other warden Names unknown I spoke to all the above Named staff and made them all aware of the acts listed in this claim. I spoke to warden S. Spaulding countless times about this matter Dating all the way Back to when I was at FCI Allenwood in 2015. I get into detail about all these abuses and I also asked them all to Please put a stop to the use of this weapon on me By FBOP staff. To No Avail. I spoke to warden S. Spaulding even when I was at FCI Allenwood Back in May 2015 and he was the warden there. He asked me if the use of this weapon ever stoped on me and Did I ever find out the Name of this weapon. I told him it Never stoped and Yes I did find out the Name of this weapon that FBOP staff are using on me. I told him it's A DEW and the Name of it is the Active Denial system. I asked him to tell his staff to stop using this weapon on me. He told me he will Look into it. It Never stoped. He did Not put a stop to the use of this weapon on me or the torture. I also spoke to

## USP ALLENWOOD

AMANDA EDWARDS PA-C ON OR ABOUT 6-20-2018, 11-13-2018, 5-1-2019
5-29-2019, 4-24-2018, 1-23-2019, 5-30-2019, 6-3-2019, 6-17-2019,
6-18-2019, 6-13-2019, AND ALOT OF OTHER TIMES. I DON'T HAVE THE
DATES AT THIS TIME. I LET HER KNOW ABOUT ALL THE EFFECTS,
TORTURE, OTHER ABUSES, AND USE OF V2K. I ALSO ASKED HER TO TALK
TO STAFF AND TRY TO PUT A STOP TO THE USE AND ABUSES WITH
DEW AND OR THE ADS TO NO AVAIL. I ALSO SPOKE TO A. MCIARTY PHD
ON OR ABOUT THE USE OF THIS WEAPON, LET HIM KNOW ABOUT
ALL THE TORTURE, ABUSES, AND USE OF V2K ON ME BY FBOP STAFF
AND ASKED HIM TO TALK TO STAFF ABOUT STOPPING THE USE OF
THIS WEAPON, TO NO AVAIL. I ALSO SPOKE TO L. ENNIS PSYD ON OR
ABOUT 7-30-2018, 8-14-2016, 8-8-2018, 8-20-2018 AND COUNTLESS
OTHER TIMES. I DON'T HAVE THE DATES AT THIS TIME. I TOLD HER
IN DETAIL ABOUT ALL THE TORTURE, SEXUAL ASSAULTS, ABUSES,
AND USE OF V2K. I ALSO ASKED HER TO TALK TO STAFF ABOUT PUTTING
A STOP TO ALL THE ABUSES THAT FBOP STAFF IS DOING TO ME
WITH THE USE OF THIS WEAPON, TO NO AVAIL. I ALSO SPOKE TO
MISS S. SABORNIE, TREATMENT SPECIALTY STAFF ON OR ABOUT
1-8-2018, 2-21-2018, 3-22-2018, 3-4-2018, 4-25-2018, 5-15-2018,
6-12-2018, 4-12-2018, 12-4-2018, 6-18-2019, 6-17-2019, 6-18-2017,
9-19-2017, 11-8-2017, 10-11-2017 AND COUNTLESS OTHER TIMES. DON'T
HAVE DATES AT THIS TIME. I TOLD HER IN DETAIL ABOUT ALL
THE ABUSES AND USE OF V2K ON ME BY STAFF AND ASKED HER TO
TALK TO STAFF ABOUT PUTTING A STOP TO ALL THE ABUSES BY
FBOP STAFF WITH THIS WEAPON, TO NO AVAIL. I ALSO SPOKE TO
SARAH LADA PSYD ON OR ABOUT 8-16-2017, 10-11-2017, 2-9-2018,
2-12-2018, 8-20-2018, 5-7-2019, 5-21-2019, 5-6-2019, 6-10-2019,
6-18-2019, AND COUNTLESS OTHER TIMES. I DON'T HAVE DATES
AT THIS TIME. I TOLD HER IN DETAIL ABOUT ALL THE ABUSES AND
USE OF V2K WITH THIS WEAPON. I ALSO TOLD HER TO TALK TO
STAFF AND TRY TO PUT A STOP TO THE USE OF THIS WEAPON ON ME BY
STAFF, TO NO AVAIL. I ALSO SPOKE TO DR. RAY SHARRETTS ON
OR ABOUT 12-4-2017, 2-2-2018, 3-20-2018, 4-17-2018, 6-8-2018
6-20-2018, 7-31-2018, 8-21-2018, 9-20-2018, 10-18-2018, 11-13-2018,
12-11-2018, 4-2-2019, 5-7-2019, 6-13-2019, 6-4-2019. I TOLD HIM
ABOUT ALL ABUSES IN DETAIL AND THE USE OF V2K ON ME BY
FBOP STAFF AND ASKED HIM TO TALK TO STAFF ABOUT STOPPING THE
TORTURE ON ME WITH THE USE OF DEWS AND OR THE ADS, TO NO
AVAIL. I ALSO SPOKE TO TALLEDO ARAUJO ON OR ABOUT 10-9-2018,
10-30-2018, 11-29-2018, 12-11-2018, 12-13-2018. I TOLD HIM IN
DETAIL ABOUT ALL THE ABUSES AND USE OF V2K ON ME BY STAFF AND
ASKED IF HE WILL TALK TO STAFF AND TRY TO PUT A STOP TO THE
USE OF THIS WEAPON ON ME, TO NO AVAIL. I ALSO SPOKE TO MS. L. CHAPPLE
PSY INTERN ON OR ABOUT 10-13-2017, 10-26-2017, 8-31-2017, 9-7-2017,
9-27-2017, 11-27-2017, 12-15-2017, 12-27-2017, AND COUNTLESS OTHER
TIMES. I DON'T HAVE DATES AT THIS TIME. I GOT IN TO DETAIL
ABOUT THE USE OF THIS WEAPON ON ME BY FBOP STAFF AND ASKED HER
TO TALK TO STAFF AND TRY TO PUT A STOP TO THE USE OF THIS WEAPON ON
ME, TO NO AVAIL. I ALSO SPOKE TO MR. PIZZOLI AT USP LEWISBURG
IN 2014 AND 2015 NUMEROUS TIMES THROUGH MY STAY THERE. HE
WAS A CORRECTION OFFICER AT THE TIME WORKING IN X-UNIT
THAT I WAS HOUSED IN. DON'T HAVE DATES AT THIS TIME.

## USP ALLENWOOD

THEN AT USP ALLENWOOD, MR. PIZZOLI WAS A TREATMENT SPECIALIST IN MY UNIT MY ENTIRE TIME I WAS THERE FROM 8-9-2017 TO 7-31-2019. I SPOKE TO HIM COUNTLESS TIMES IN THAT TIME PERIOD. DON'T HAVE DATES AT THIS TIME. WE SPOKE IN DETAIL ABOUT ALL THE EFFECTS, ABUSES, TORTURE, USE OF V2K ON ME BY FBOP STAFF AND THE CAPABILITIES OF THE ADS. I ASKED HIM COUNTLESS TIMES TO TALK AND TRY TO PUT A STOP TO THE USE OF THIS WEAPON ON ME BY STAFF, TO NO AVAIL.

## USP LEWISBURG

AT USP LEWISBURG, I SPOKE TO STAFF THROUGHOUT MY STAY FROM 11-5-2012 TO 10-22-2014, THEN AGAIN FROM 10-31-2014 TO 5-21-2015, THEN AGAIN FROM 3-10-2021 TO MAY, 2021, ABOUT THE USE OF DEW AND/OR ADS CAPABILITIES, THE EFFECTS, TORTURE, SEXUAL ASSAULTS, ABUSES, AND THE USE OF V2K ON ME BY FBOP STAFF. I STATED THROUGHOUT THIS CLAIM AND COMPLAINT ALL THAT HAPPENED PERIODICALLY THROUGHOUT MY STAY AT LEWISBURG. ALL DEFENDANTS FAILED TO PROVIDE PROTECTION TO ME. I SPOKE TO J. ORDONEZ (SIS LIEUTENANT), 3 OTHER SIS UNKNOWN AT THIS TIME. ALSO J. KONKLE ((CAPTAIN), 1 OTHER CAPTAIN UNKNOWN AT THIS TIME. ALSO SPOKE TO (SIA) ME. HEATH, (SIA) D. KNAPP, 1 OTHER SIA UNKNOWN. ALSO SPOKE TO E. RICKARD, ASSOCIATE WARDEN. 1 OTHER UNKNOWN. ALSO SPOKE TO ABOUT 30 CORRECTIONS OFFICERS NAMES UNKNOWN AT THIS TIME. I ALSO SPOKE TO WARDENS, 4 UNKNOWN NAMES AT THIS TIME. I SPOKE TO WARDEN (RADM) S. SPAULDING COUNTLESS TIMES AT LEWISBURG AND FCI ALLENWOOD BACK IN MAY TO NOVEMBER OF 2015. I SPOKE TO ALL ABOVE FBOP STAFF AND MADE THEM ALL AWARE ABOUT ALL THE ABUSES AND EFFECTS ALONG WITH THE MEDICAL AND MENTAL HEALTH PROBLEMS I AM HAVING BECAUSE OF FBOP STAFF USING DEWS AND/OR THE ADS ON ME. WHEN I SPOKE TO WARDEN SPAULDING, THESE ABUSES AND TORTURE HAS NOT STOPPED FROM WHEN HE WAS THE WARDEN AT USP ALLENWOOD, FCI ALLEN- WOOD AND NOW AT LEWISBURG. WE DID GET INTO DETAIL AGAIN ABOUT ALL THE EFFECTS AND TORTURE. HE EVEN BROUGHT UP THAT I DID RECIEVE MEDICAL ATTENTION AT FCI ALLENWOOD WHEN WE WAS BOTH THERE. I TOLD HIM YES I DID. THEY DID REMOVE SEVERAL CYSTS FROM MY SCROTUM OR SIDES OF MY TESTICULAR AND ASKED MR. SPAULDING IF HE REMEMBERED SHORTLY AFTER THE REMOVE OF THE CYST, I STARTED TO COMPLAIN ABOUT HIS STAFF SEXUALLY ASSAULTING ME WITH THIS WEAPON, INFLICTING PAIN ALL OVER MY PRIVATE PARTS AND GIVING ME CYSTS AGAIN. NOT ONLY FROM HIM BUT HIS OFFICERS AND MEDICAL STAFF. HE DID CALL MEDICAL AND TOLD MR. TIMOTHY PFIMAN (PA-C) ALONG WITH ONE OTHER MEDICAL STAFF MEMBER TO EXAMINE ME. I WAS IN THE SHU IN MY CELL AND SPOKE TO MR. PFIMAN AND OTHER STAFF ABOUT THE SEXUAL ASSAULT AND OTHER PAINS THAT WAS BEING INFLICTED ON ME BY FBOP STAFF WITH THIS WEAPON. ALSO SHOWED THEM RASH AND HIVES ON THE INTERSIDE OF MY THIGHS AND STOMACH. THAT WAS ON OR ABOUT 9-15-2015. ON OR ABOUT 6-23-2015 I GOT THE CYST REMOVED. MR. PFIRMAN TOLD ME CYSTS ARE

21 of 27

# USP LEWISBURG

NOT PAINFUL, YOU SHOULD NOT BE EXPERIENCING ANY PAIN, YOU ARE FAKING AND YOU PROBABLY DON'T EVEN HAVE A NEW CYST, CYSTS DON'T USUALLY COME BACK SO SOON, YOU BEEN MAKING FAKE COMPLAINTS AND I WILL WRITE YOU A INCIDENT REPORT IF YOU DON'T STOP BUGGING ALL THE STAFF ABOUT YOUR FAKE AND CRAZY CLAIM ABOUT STAFF TORTURING YOU WITH A WEAPON YOU DON'T KNOW THE NAME OF OR WHO IS ASSAULTING YOU WITH IT AND YOU OR NO ONE ELSE CAN EVEN SEE THIS WEAPON. I TOLD HIM ITS A DEW AND THIS WEAPON IS USED FROM LONG RANGE OR FROM A SATELLITE, INSIDE A GUN TOWER OF AN ADMINISTRATION OFFICE. IT ALSO PENETRATES WALLS AND WATER. OUT OF SIGHT OF INMATES AND VISITORS AND ANY HOSTILE PRISON STAFF OR MEMBERS THAT ARE ALLOWED TO USE THIS TECHNOLOGY WEAPON IN HAND CAN LITERALLY GET AWAY WITH MURDER OR TORTURE PEOPLE LIKE FBOP STAFF IS DOING TO ME. THEY DON'T EVEN HAVE TO BE HELD ACCOUNTABLE FOR HIS OR HER ACTIONS. THERE ARE NO FINGER OR FOOT PRINTS LEADING TO OR FROM THE CRIME SCENE. THE USER CANNOT BE SEEN OR HEARD OR IDENTIFIED. THERE IS NO PHYSICAL SCENE AT ALL BESIDES THE BLEMISH SCARS, CYSTS, BRAIN DAMAGE, HEART PROBLEMS AND OTHER MEDICAL PROBLEMS I SUFFER INTERNALLY AND EXTERN- ALLY AND THE PSYCHOLOGICAL AND PHYSICAL DAMAGE THIS WEAPON LEAVES. MR. PFIRMAN CLAIMS ALL THE CYSTS HAVE BEEN REMOVED. I DID FINALLY HAVE ANOTHER ULTRA SOUND ON MY TESTICAL AND INFACT HAVE MORE CYSTS ON BOTH OF THEM. I EVEN HAVE MORE AND GETTING ALOT BIGGER AND WORSE HERE AT TERRE HAUTE, SO I WAS NOT LYING OR FAKING LIKE MR. PFIRMAN THOUGHT OR CLAIMED. I WAS ALSO IN ALOT OF PAIN, THATS HOW I KNEW I GOT CYSTS AGAIN AND TOLD MR. PFIRMAN WHEN FBOP STAFF IS USING THIS WEAPON ON ME ITS VERY PAINFUL, GETS SWOLLEN, AND EVEN HEATING THAT WHOLE AREA UP WITH THE THERMAL HEATING. I DID ASK WARDEN SPAULDING TO PUT A STOP TO THE ABUSES ON ME BY FBOP STAFF, TO NO AVAIL. I ALSO ASKED MR. PFIRMAN IF HE WOULD TALK TO STAFF AND TRY TO PUT A STOP TO ALL THE ABUSES WITH THESE WEAPONS. MR. PFIRMAN TOLD ME NO HE WILL NOT. I ALSO SPOKE TO RACHEL EIGINBRODE (PSY D) ON OR ABOUT 11-10-2014, 12-8-2014, 1-5-2015, 2-2-2015, 3-3-2015, 4-3-2015, 4-27-2015, ABOUT ALL THE ABUSES BEING INFLICTED ON ME WITH THE USE OF DEWS AND ASKED HER IF SHE WILL REPORT IT AND TRY TO GET FBOP STAFF TO STOP USE OF THIS WEAPON ON ME, TO NO AVAIL. I ALSO SPOKE TO MS. CINDY SMITH (RDW) ON OR ABOUT 3-16-2021 AND OTHER TIMES. DATES UNKNOWN AT THIS TIME. I TOLD HER IN DETAIL ABOUT ALL THE ABUSES THAT ARE BEING INFLICTED ON ME BY FBOP STAFF AND ASKED HER TO TALK TO STAFF AND TRY TO PUT A STOP TO ALL THIS. TO NO AVAIL. I ALSO SPOKE TO L. POTTER ON OR ABOUT 9-3-2013, 6-26-2014, 2021 4-7-2015, AND OTHER DATES. DON'T HAVE AT THIS TIME. I TOLD HIM IN DETAIL ABOUT ALL THE ABUSES THAT THE FBOP STAFF HAS INFLICTED ON ME WITH DEWS AND ASKED HIM IF HE WILL TALK TO STAFF TO PUT A STOP TO THE ABUSES WITH THIS WEAPON. TO NO AVAIL. I ALSO SPOKE TO JENNIFER ENIGK (PSY D) ABOUT THE ABUSES INFLICTED ON ME BY FBOP STAFF AND ASKED HER TO TALK TO STAFF TO STOP THE USE AND TORTURE. TO NO AVAIL. I SPOKE TO MS. ENIGK ON

OR ABOUT 4-7-2021, 3-18-2021, 1-13-2014 AND OTHER DATES UNKNOWN AT THIS TIME. I ALSO SPOKE TO HEATHER SEEBA (EMP-P) ON OR ABOUT 1-19-2013, 7-22-2014, AND OTHER DATES UNKNOWN AT THIS TIME. I LET HER KNOW IN DETAIL ABOUT ALL THE ABUSES THAT FBOP STAFF ARE INFLICTING PAIN THROUGHOUT MY BODY AND BRAIN WITH THIS WEAPON AND ASKED HER TO TALK TO STAFF ABOUT PUTTING A STOP OF ALL THIS WITH THE USE OF THIS WEAPON. TO NO AVAIL. I ALSO SPOKE TO MS. DANIELLE M. MINK ON OR ABOUT 3-27-2013, 1-28-2013, 1-4-2013, 3-27-2013, 4-24-2013, 5-22-2013, 6-4-2013, 6-12-2013, 9-9-2013, 10-7-2013, 11-14-2013, 12-30-2013, 1-23-2014, 4-7-2014 AND OTHER DATES I DON'T HAVE AT THIS TIME. I TOLD HER ABOUT ALL THE ABUSES AND TORTURE THAT IS BEING INFLICTED ON ME BY FBOP STAFF WITH DEWS. I ALSO ASKED HER TO TALK TO STAFF AND TRY TO PUT A STOP TO ALL THIS. TO NO AVAIL. I ALSO SPOKE TO MARC MARCHIOLLI (PA-C) ON OR ABOUT 1-11-2013, 2-17-2014, 3-18-2014, 4-23-2014, AND OTHER DATES UNKNOWN AT THIS TIME. I TOLD HIM IN DETAIL ABOUT ALL THE ABUSES THAT ARE BEING INFLICTED ON ME BY FBOP STAFF WITH THE USE OF DEW AND ASKED HIM TO ASK FBOP STAFF TO STOP THE USE OF THIS WEAPON ON ME. TO NO AVAIL. I ALSO SPOKE TO NOEL TRUSAL (CRNP) ON OR ABOUT 12-28-2012, 1-23-2013, 2-20-2013, 2-26-2013, 3-12-2013, 3-22-2013, 4-19-2013, 7-29-2013, 8-7-2013, 4-19-2013, 12-28-2013, AND OTHER UNKNOWN DATES. I TOLD HER IN DETAIL ABOUT ALL THE ABUSES THAT FBOP STAFF ARE INFLICTING ON ME WITH DEWS AND ASKED HER TO TALK TO STAFF AND TRY TO PUT A STOP TO THE USE OF THIS WEAPON ON ME. TO NO AVAIL. I ALSO SPOKE TO MS. DEES (NRP, HSA) ON OR ABOUT 8-3-13, 8-4-13, 11-5-13, 11-8-13, 11-14-13, 1-22-2014, AND OR OTHER DATES UNKNOWN AT THIS TIME. I TOLD HER IN DETAIL ABOUT ALL THE ABUSES BEING INFLICTED ON ME BY STAFF AND ASKED HER TO TALK TO STAFF AND TRY TO PUT A STOP TO ALL THIS ABUSES. TO NO AVAIL. I ALSO SPOKE TO MAEGAN T. O'SHAUGHNESSY (PSY D) ON OR ABOUT 3-24-14, 5-7-14, 6-5-14, 7-3-14, 9-15-14, 10-14-14, 11-10-14, AND OTHER DATES UNKNOWN AT THIS TIME. I TOLD HER IN DETAIL ABOUT ALL THE ABUSES BEING INFLICTED ON ME BY FBOP STAFF WITH DEW. I ALSO ASKED HER TO TALK TO STAFF AND PUT A STOP TO ALL THE ABUSES AND USE OF THIS WEAPON ON ME. BY STAFF. TO NO AVAIL. I ALSO SPOKE TO MOLLY WARNICK (PA-C) ON OR ABOUT 9-3-13, 9-10-13, 9-17-13, 9-26-13, 10-23-13, 10-28-13, 11-19-13, 12-16-13, 1-6-14, 12-19-14, AND OTHER DATES UNKNOWN AT THIS TIME. I TOLD HER IN DETAIL ABOUT ALL THE ABUSES BEING INFLICTED ON ME BY FBOP STAFF WITH DEWS. I ALSO ASKED HER TO TALK AND TRY TO PUT A STOP TO THE ABUSES AND USE OF THIS WEAPON ON ME BY STAFF. TO NO AVAIL. I ALSO SPOKE TO F. ALAMA (MLP) ON OR ABOUT 11-12-12, 11-28-12, 1-31-14, AND OTHER DATES UNKNOWN AT THIS TIME. I LET HER KNOW ABOUT ALL THE ABUSES AND USE OF DEW ON ME BY STAFF. ALSO ASKED FOR HER TO TALK TO STAFF AND TRY TO PUT A STOP TO THE ABUSES AND USE OF THIS WEAPON ON ME. TO NO AVAIL. I ALSO SPOKE TO MATTHEW FAHRINGER (NRP) ON OR ABOUT 5-19-14, 5-21-14, 5-24-14, 7-10-14, 9-15-14, 11-9-14, 12-15-14, AND IN MARCH AND APRIL OF 2021, AND OTHER DATES UNKNOWN AT THIS TIME. I TOLD HIM ALL ABOUT THE ABUSES AND USE OF DEW BY STAFF AND ASKED HIM IF HE COULD TALK TO STAFF AND TRY TO PUT A STOP TO ALL THE ABUSES AND USE

OF THIS WEAPON ON ME. TO NO AVAIL. I ALSO SPOKE TO AMY J. SCHOONOVER (RN) ON OR ABOUT 6-7-2014, 7-23-2014, AND OTHER DATES UNKNOWN AT THIS TIME. I GOT INTO DETAIL ABOUT ALL THE ABUSES AND USE OF DEWS ON ME BY FBOP STAFF. ALSO ASKED HER TO TALK TO STAFF AND TRY TO PUT A STOP TO ALL THE ABUSES AND USE OF THIS WEAPON ON ME. TO NO AVAIL. I ALSO SPOKE TO LORI HARTZEL (RN) ON OR ABOUT 10-14-14, COUNTLESS TIMES THROUGHOUT 2013, 2014, 2015, AND 2021, 4-1-2021, AND OTHER DATES UNKNOWN AT THIS TIME. I SPOKE TO HER OVER 50 TIMES IN DETAIL ABOUT THE USE OF THIS WEAPON, IN DETAIL ABOUT ALL THE ABUSES AND USE OF DEWS AND THE ADS. SHE TOLD ME SHE KNEW ALOT ABOUT THIS WEAPON AND THE CAPABILITIES. I ALSO ASKED HER TO TALK TO STAFF AND TRY TO PUT A STOP TO THE ABUSE AND THE USE OF THE ADS. SHE TOLD ME IT WONT HELP AND SHE FEELS VERY SORRY FOR ME, NO ONE SHOULD EVER HAVE TO GO THROUGH WHAT YOU ARE. I TOLD HER MOST OF THESE MEDICAL PROBLEMS I HAVE, I WOULD NOT HAVE IF FBOP STAFF WOULD QUIT TORTURING ME. THIS WEAPON IN TIME THEIR GOING TO GIVE ME CANCER OR A HEART ATTACK FROM USING THIS ON ME ALL THE TIME. ITS ONLY A MATTER OF TIME BEFORE THEY KILL ME WITH THE USE OF THIS WEAPON ON ME. I ALSO TOLD COUNTLESS STAFF MEMBERS THIS ALSO. ALOT OF THESE STAFF MEMBERS AND UNKNOWN STAFF MEMBERS EVEN TOLD ME IM RIGHT ABOUT THE NAME OF THE WEAPON THAT FBOP STAFF IS USING ON ME. WHEN I TELL AND SHOW THEM THE FOIA AND FBOP DID ADMITT THEY HAVE THE ADS. I ALSO SPOKE TO MR. HICKS, X-UNIT MANAGER ON OR ABOUT 3-16-2021, 3-18-2021, 3-30-21, MARCH AND APRIL OF 2021 AND ALOT IN 2014, 2015 COUNTLESS TIMES. DON'T HAVE DATES AT THIS TIME BUT I DO IN THE LOGS I KEPT MY FORMER HAS. I ALSO SPOKE TO X-UNIT COUNSELOR MR. MARR ON OR ABOUT 3-17-2021, 3-18-2021, 3-12-2021, 3-30-2021, ALSO IN APRIL 2021, ALOT AND COUNTLESS TIMES IN 2013, 2014, AND 2015. I SPOKE TO MR. HICKS AND MR. MARR TOGETHER IN THE SHU IN X-UNIT. I TOLD THEM BOTH IN DETAIL ABOUT ALL THE ABUSES THAT FBOP IS DOING TO ME WITH THE USE OF THIS WEAPON ADS AND ASKED BOTH TO TALK TO STAFF AND TRY TO PUT A STOP OF THE USE OF THE ADS ON ME. TO NO AVAIL. I ALSO SPOKE TO DR. ANDREW EDINGER ON OR ABOUT 3-9-2021 AND OTHER TIMES IN MAY AND 4-12-2021, AND OTHER TIMES IN APRIL OF 2021 AND COUNTLESS OTHER TIMES DATING BACK TO 2012, 2013, 2014, AND 2015. THESE CONVERSATIONS WERE IN DETAIL. HERE ARE SOME OF THE DATES I SPOKE TO MR. EDINGER 11-23-2012, 3-14-14, 3-18-2014, 11-5-2013, 5-23-14, 6-23-13, 7-24-14, 3-12-21, 4-9-21, 4-13-21, 3-12-21, AND OTHER TIMES IN MARCH AND APRIL OF 2021, AND COUNTLESS OTHER TIMES. THESE CONVERSATIONS WERE IN DETAIL ABOUT THE USE OF DEWS AND THE ADS ON ME BY FBOP STAFF. WE SPOKE ABOUT ALL THE EFFECTS, MEDICAL PROBLEMS, TORTURE, SEXUAL ASSAULTS, USK OF V2K, USE OF THE ADS ON MY BRAIN, LETTERS MY FORMER ATTORNEY WROTE HIM ABOUT THE USE OF THIS WEAPON IS HAVING ON ME AND THE LACK OF MEDICAL ATTENTION MR. EDINGER AND OTHER MEDICAL STAFF IS FAILING TO GIVE ME. WE ALSO TALK ABOUT ALL THE NEW BRAIN DAMAGE I HAVE AFTER MY COMPLAINTS ABOUT FBOP STAFF USING THE ADS ON MY BRAIN.

DR. EDINGER RECIEVED INFORMATION ON A MRI EXAM SCANS I HAD TAKEN THAT HE HAD NO RIGHT TO HAVE IT WAS SOLELY PART OF MY DEFENSE. "PLEASE SEE EXHIBIT E", A LETTER FROM MY FORMER ATTORNEY MR. FLEMING TO MR. EDINGER WITH IN AN HOUR OR SO ON MY RETURN FROM HAVING THE SCANS, MR. EDINGER CAME TO MY CELL DOOR IN X-UNIT AND TOLD ME HE REVIEWED MY BRAIN SCANS AND TOLD ME HE DON'T AGREE WITH THE SCANS. THAT I DON'T HAVE SIEZURES AND ALOT OF THE BRAIN DAMAGE COULD POSSIBLEY BE FROM SELF MUTILATION. I TOLD HIM HE IS CRAZY, I DON'T HAVE A HISTORY OF THAT AND YOU MAKE THIS CLAIM ABOUT ALOT OF MY MEDICAL PROBLEMS, EVEN THE HIVES, RASH, AND OTHER MEDICAL PROBLEMS I HAVE. YOU EVEN CLAIM I DON'T HAVE SIEZURES. I TOLD MR. EDINGER I HAVE MRI'S FROM THE 1990s AND 2005 THAT SHOWS I HAD NO BRAIN DAMAGE, ONLY A CYST ON MY FRONTAL LOB. THAT I NEVER HAD ALL THIS BRAIN DAMAGE BEFORE FBOP STARTED USING DEWS ON MY BRAIN, "PLEASE SEE EXHIBIT E1" A (MRI) REPORT FROM 2-2-1995. ALSO "PLEASE SEE EXHIBIT-E2", A (MRI) REPORT FROM 7-5-1994. "PLEASE SEE EXHIBIT-E3" (MRI) AND (PET) DATA THAT WAS PERFORMED IN JUNE 2, 2014. THIS IS THE (MRI) IN QUESTION BY MR. EDINGER. ITS 4 PAGES. ALSO "PLEASE SEE EXHIBIT-E B". ITS A 7 PAGE LETTER TO DOJ CAPITAL CASE COMMITTEE FROM MY FORMER ATTORNEY. IN THIS LETTER YOU WILL READ ON PAGE 5 OF 7, ABOUT THE LOGS I WROTE, DETAILS OF THE TORTURE THE FBOP STAFF ARE INFLICTING ON ME WITH THIS WEAPON. ALSO HOW DR. WOODS HAS CONCLUDED THAT MR. MCCULLAH'S CONDITION IS NOT DUE TO **MALINGERING** AND THAT I AM NOT EXAGGERATING MY SUFFERING. ALSO DR. WOODS HAS CONCLUDED THAT MY COMPLAINTS OF BEING TORTURED MUST BE IMMEDIATELY INVESTIGATED IN A SERIOUS MANNER AND ALSO I UNDERGO NEW BRAIN IMAGING TO SEE IF THERE IS ANY RECENT PHYSICAL EVIDENCE OF DAMAGE TO MY BRAIN. AFTER THE NEW (MRI) AND (PET) SCAN I HAD, IT SHOWS THERE IS NEW BRAIN DAMAGE AFTER MY COMPLAINTS OF FBOP USING DEWS ON MY BRAIN. I WOULD LIKE ALL THESE EXHIBITS ADMITTED INTO MY CLAIM. I ASKED MR. EDINGER TO TALK TO STAFF AND TRY TO PUT A STOP TO ALL THE ABUSES WITH THIS WEAPON. HE TOLD ME NO HE WILL NOT AND I DESERVE EVERYTHING I GET. I ALSO SPOKE TO DR. KEVIN PIGOS, 2013, 2014, AND 2015. I DON'T HAVE DATES AT THIS TIME. I TOLD HIM IN DETAIL ABOUT ALL THE ABUSES AND TORTURE AND MRI'S ALONG WITH THE USE OF THIS WEAPON ON MY BRAIN. HE DID SEE MRI. I ASKED HIM TO TALK TO FBOP STAFF AND TRY TO PUT A STOP TO THE USE OF THIS WEAPON ON ME BY FBOP STAFF. TO NO AVAIL. ALSO SPOKE TO L. POTTER (EMT-PJ IN MARCH AND APRIL 2021 BESIDES ALL THE OTHER DATES. ALSO DEPUTY CAPTAIN, MR SIZEMORE HE WAS ALSO MADE AWARE OF ALL THE ABUSES AND ASKED HIM TO REPORT IT AND PUT A STOP TO THE USE OF THE ADS ON ME TO NO AVAIL.

# REQUESTED RELIEF

1. A TRIAL BY JURY IN THIS CASE

2. A DECLARTION THAT THE BUREAU OF PRISONS VIOLATED MY CONSTITUTIONAL RIGHTS IN THIS MATTER

3. A TEMPORARY INJUNCTION PROHIBITING THE FBOP FROM FURTHER USE OF DIRECTED ENERGY WEAPONS, ACTIVE DENIAL SYSTEM, VOICE TO SKULL OR OTHER SIMILAR WEAPONS ON PLAINTIFF.

4. REIMBURSEMENT FOR All COSTS PLAINTIFF IN CURS IN PROSECUTING THIS SUIT,

5. COMPENSATORY DAMAGES IN THE AMOUNT OF 100,000,000.00,

6. PONTATAIVE DAMAGES IN THE AMOUNT OF 500,000,000,00,

7. THAT COUNSEL BE APPOINTED TO REPRESENT PLAINTIFF IN THIS MATTER.

8. THAT All MATTERS RELATED TO THIS SUIT BE PRESIDED OVER BY A U.S. DISTRICT COURT JUDGE.

9. ANY SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST, PROPER AND EQUATABLE.

10. THAT LIMITED DISCOVERY BE ALLOWED BEFORE AND DEFENSE MOITIONS FOR SUMMARY JUDGEMENT) DISMISSAL

## PLAINTIFF DECLARATION

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF THIS COMPLAINT OR MOTION FOR REQUEST OF COUNSEL IS NOT BEING PRESENTED FOR AN IMPROPER PURPOUSE SUCH AS TO HARRASS, COUSE UNNESSASARY DELAY OR NEEDLESSLY INCREASE THE COST OF LITIGATION,

I AGREE TO PROVIDE THE COUR CLERK'S OFFICE WITH ANY CHANGES TO MY ADDRESS WHERE CASE RELATED PAPERS MAY BE SERVED, I UNDERSTAND THAT MY FAILURE TO KEEP A CURRENT ADDRESS ON FILE WITH THE COURT CLERK'S OFFICE MAY RESULT IN THE DISMISSAL OF MY CASE.

x John J. McCullah
PAINTIFFS SIGNITURE

DATE
7,28,2022

JOHN J. McCULLAH
#03040-063
U.S.P. TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN
47808

27 OF 27