FREEDOM OF INFORMATION AND PRIVACY ACTS 5 U.S.C. 552 AND 552a

TO: EUGENE BAIME, SUPERVISORY ATTORNEY
FOIA/PRIVACY ACT REQUESTS
FEDERAL BUREAU OF PRISONS
DEPARTMENT OF JUSTICE
ROOM 924, HOLC BUILDING
320 FIRST STREET, N.W., WASHINGTON, DC 20534

FROM: JOHN J. McCULLAH
FBOP#03040-063, IDOC# Y10200
PONTIAC CORRECTIONAL CENTER
P.O. BOX 99, PONTIAC, IL 61764-0099

I AM WRITING TO REQUEST THE FOLLOWING INFORMATION PURSUANT TO Title 5, UNITED STATES CODE, SECTION 552, 552a. I WOULD LIKE TO RECEIVE ALL RECORDS, REPORTS AND DATA THAT THE FEDERAL BUREAU OF PRISONS (FBOP) HAS OBTAINED OVER THE YEARS TO DO WITH ALL THERE LESS-LETHAL AND NON-LETHAL DIRECTED ENERGY WEAPONS AND DIRECTED ENERGY DEVICES AND ALSO IDENTIFY ALL (DEW) WEAPONS THE FBOP HAS OBTAINED OVER THE LAST SEVERAL YEARS, LIKE THE "ELECTROLASER", LONG RANGE ACOUSTIC DEVICE (LRAD), "ACTIVE DENIAL SYSTEM" (ADS), "ELECTROMAGNETIC" (EMF), IDENTIFY ALL WEAPONS THAT USE ELECTROMAGNETIC RADIATION, THERMAL HEAT, PULSED-ENERGY, DIRECTED ACOUSTICS, VOICE-TO-SKULL TECHNOLOGIES, NEUROLOGICAL-TECHNOLOGY, LASER GUIDED WEAPONS, PLASMA CHANNEL, IONATRON. I WISH TO OBTAIN ALL THIS INFORMATION.

THIS INFORMATION IS SOUGHT FOR NON-COMMERCIAL PURPOSES. IF YOU OR YOUR AGENCY DENIES THIS REQUEST IN WHOLE OR IN PART, PLEASE SPECIFY THE EXEMPTIONS UNDER TITLE 5, UNITED STATE CODE, SECTION 552, ON WHICH THE DENIAL IS BASED. I look FORWARD TO RECEIVING A RESPONSE TO THIS REQUEST WITHIN TWENTY (20) WORKING DAYS, AS REQUIRED BY STATUTE.

THANK YOU FOR YOUR ASSISTANCE.

Respectfully SUBMITTED,
JOHN JAMES McCULLAH  FBOP#03040-063  IDOC# Y10200

*[signature]*

DATE 5, 20, 2016

**Received**
MAY 23 2016
FOIA/PA Section
Federal Bureau of Prisons

EXHIBIT - A1



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Central Office*
*320 First St., NW*
*Washington, DC 20534*

September 27, 2017

John McCullah
Register No. 03040-063
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

Request Number: 2016-04893

Dear Mr. McCullah:

This is in response to the above referenced Freedom of Information Act (FOIA) request. A copy of your request is included with this letter for your reference.

In response to your request, staff located 6 pages of responsive records, regarding Active Denial Systems, which were forwarded to this office for a release determination. After careful review, we determined 3 pages are appropriate for release in full and 3 pages are appropriate for release in part. Copies of releasable records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were withheld in part from disclosure to you under exemptions (b)(5), (b)(6), (b)(7)(C), and (b)(7)(F). An explanation of FOIA exemptions is attached.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750).

Please note that for the remaining portions of your request, Bureau of Prisons staff thoroughly searched for the records you requested using the terms and search parameters referenced in your request. However, we located no records responsive to the remaining portions of your request. These records would be maintained in the Network Shared Drives of the Office of Information Policy (OIP), Office of Security Technology (OST). After a complete search by OIP/OST, no additional records were found. There are no other locations where these types of records would be stored that would likely lead to the discovery of additional responsive records with a reasonable amount of effort.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States

EXHIBIT-A2
EXHIBIT-B2


MEMORANDUM FOR EXECUTIVE STAFF

FROM: [(b)(6),(b)(7)(C),(b)(7)(F)]
Chief, Office of Security Technology
Information, Policy, and Public Affairs Division

THRU: THOMAS R. KANE
Assistant Director
Information, Policy, and Public Affairs Division

DATE: March 30, 2011

SUBJECT: Active Denial Technology (ADT)
Less Lethal Technology Information Paper



[(b)(5)]

Case 2:22-cv-00365-JMS-MKK    Document 1-1    Filed 08/24/22    Page 3 of 18 PageID #: 32

Controlled Unclassified Information (CUI)

1 of 6

EXHIBIT-A2



Active Denial Technology relies on the human body's response to heat, analogous to food's cooking in a microwave. At its essence, ADT works by an energy beam heating the surface of skin, with most of the energy is deposited in the first 1/64th inch where the nerve endings are located. This causes an intolerable heating sensation (see diagram). People protect themselves by blinking & moving out of the ADT beam. To optimize ADT, the military has conducted human tests in order to understand repel and injury human effects thresholds.



1/64th inch
ADS energy penetrates to here
Free nerve endings

DOD JNLWP is conducting human effects testing which should be available for review in late 2011. Human effects testing of ADT include operational distance and beam intensity, and effective & safe use on human targets. Field studies already show a larger safety margin for solid state ADT over earlier ADT technologies.

- Over 14 years of ADT safety scientific studies
- Seven independent medical reviews
- Eye safe
- Does not initiate, promote or co-promote cancer
- Does not affect reproductive organs

Controlled Unclassified Information (CUI)

EXHIBIT-A2

20PG

> 10,000+ human exposures conducted with no adverse health effects

Previous, vehicle-mounted advanced ADT development efforts by the military were very expensive, and not readily deployed except on large military vehicles. Within the past 18 months, DOD development of advance, solid state ADT computer chips will make a hand-held active denial system feasible and eventually cost-effective for agency consideration.

Advantages of solid state active denial technology:

> "Stealth" aperture conformance to vehicle
> Near-instantaneous re-targeting
> Shoot-on-the-move capability
> Improved auto-track capability
> Multiple target engagement

The military is testing vehicle-mounted ADT deployment for security checkpoints, in concert with a Distributed Light and Sound Array (or laser dazzler and hail and warn sound system). The system would work as follows:

> ADT would transmit a wide, low power, non-painful signal at line of people approaching checkpoint for imaging.

> Reflected signal passes through clothing and allows detection of concealed weapons or bombs.

> 

> Light and Sound to que and provide message.

> Full Power ADT beam to enforce compliance.

In the larger criminal justice community, jail and prison officers have lacked effective less-lethal means to prevent, deter, and stop prisoner-on-prisoner violence. Current less-

lethal weapons can cause unintended damage or long term injury at short range, and can be circumvented by countermeasures. To ameriolate this untenable situation, over the past five years, the Department of Justice, National Institute of Justice Less Lethal Technical Working Group has funded a pilot project at the Los Angeles County Jail with a fixed antenna ADT. However, deployment has been stopped due to a licensing issue by the FCC/NTIA.

The NIJ Assault Intervention Device (AID; see diagram) is being developed by Raytheon Corporation for an operational evaluation by the Los Angeles County Sheriff's Department (LASD) to resolve these shortcomings and satisfy a national need to control violence in jails and prisons. If successful, this capability has the potential to significantly impact the ability of correctional facilities to reduce serious injuries and death related to violent inmate assaults. The purpose of this effort is to complete development and installation of the AID and conduct a thorough evaluation of its performance parameters, its utility as an assault intervention capability and its impact on inmate violence.



NIJ is also funding development of a hand held ADT which has the form factor of a flamethrower (i.e. backpack power supply and hand held less lethal deliver device). While, DOD is focusing their hand held development efforts for ADT to deliver an M16-based device.

> The NIJ AID Impact Study is intended to provide some insight into whether the device has any impact on reducing the number, duration and/or severity of inmate assaults,

whether it enables more rapid intervention by jail staff, and/or a combination thereof:
- Quasi-experimental design approach (multiple-group time-series design) is optimal form given the conditions/constraints;
- Control dormitory w/similar physical characteristics, population demographics and standard assault intervention techniques and timelines;
- Data being collected as a matter of current policy (after redaction) will form the baseline for the impact study.

➤ May "relocate" the violence to another area of the facility – should become apparent in the data analysis;
➤ The Impact Study will use the Fast Search and Transfer (FAST) database maintained by the LASD at the NCCF (North County Correctional Facility) which houses data elements on assaults, among other incidents.

The NIJ AID Operational Assessment will leverage the AID's on-board digital video recorder (DVR) to record operational use, subject responses and context. These responses will be cataloged and analyzed to determine whether or not (and/or how well) the intervention solved the immediate problem of inmate violence. Important data elements include:

➤ Intervention response time (defined as the time from the beginning of an assault to the trigger pull/AID engagement of subject);
➤ Engagement time (defined as how long AID effects were maintained on subject or subjects);
➤ Inmate contact time (with victim); and
➤ Reaction/response time (how quickly subject disengages from victim after AID application).



The NIJ Program Manager separately brought together a panel of experts to review technical performance data of the objective device and its predecessors (ADS Systems 1 &b 2, *Silent Guardian* and *Sheriff*) as well as associated medical and human testing results from the legacy devices (with the cooperation of the DoD

EXHIBIT-A2

Joint Non-Lethal Weapons Program – JNLWP). The panel is formulating its opinion as to the relative risk of the AID (reduced risk, increased risk, or similar risk).

(b)(5):

Attached is a video clip that demonstrates current testing by the Department of Defense Joint Non-Lethal Weapons Program (JNLWP). The concept of "putting phasers on stun" is not the far off in our future. The Office of Security Technology, IPPA Division, [(b)(5)] For further information, you may contact OST.

5

# United States Patent [19]
## Brunkan

[11] Patent Number: 4,877,027
[45] Date of Patent: Oct. 31, 1989

[54] HEARING SYSTEM
[76] Inventor: Wayne B. Brunkan, P.O. Box 2411, Goleta, Calif. 93118
[21] Appl. No.: 202,679
[22] Filed: Jun. 6, 1988
[51] Int. Cl.$^4$ ............................................. A61N 5/00
[52] U.S. Cl. ............................................. 128/420.5
[58] Field of Search ........... 128/420.5, 804, 419 R, 128/421, 422, 746; 381/68

[56]           References Cited
U.S. PATENT DOCUMENTS
3,629,521  12/1971  Puharich et al. ............ 128/402.5
3,766,331  10/1973  Zink ........................... 128/420.5

OTHER PUBLICATIONS
Cain et al, "Mammalian Auditory Responses ....", IEEE Trans Biomed Eng, pp. 288–293, 1978.
Frey et al; "Human Perception ... Energy" Science, 181,356–358, 1973.
Jaski, "Radio Waves & Life", Radio-Electronics, pp. 45–45, Sep. 1960.
*Microwave Auditory Effects and Applications*, Lin, 1978, pp. 176–177.

*Primary Examiner*—Lee S. Cohen
*Attorney, Agent, or Firm*—Harry W. Brelsford

[57]           ABSTRACT
Sound is induced in the head of a person by radiating the head with microwaves in the range of 100 megahertz to 10,000 megahertz that are modulated with a particular waveform. The waveform consists of frequency modulated bursts. Each burst is made up of ten to twenty uniformly spaced pulses grouped tightly together. The burst width is between 500 nanoseconds and 100 microseconds. The pulse width is in the range of 10 nanoseconds to 1 microsecond. The bursts are frequency modulated by the audio input to create the sensation of hearing in the person whose head is irradiated.

8 Claims, 1 Drawing Sheet



**U.S. Patent**  Oct. 31, 1989  4,877,027



Fig. 1

Fig. 2

Fig. 3

Fig. 4  BURST →

Fig. 5  PULSE →| |← 10 NANO SEC. TO 1 MICRO SEC.

← RANGE 500 NANO SEC. TO 100 MICRO SEC.

EXHIBIT A3

4,877,027

1

# HEARING SYSTEM

This invention relates to a hearing system for human beings in which high frequency electromagnetic energy is projected through the air to the head of a human being and the electromagnetic energy is modulated to create signals that can be discerned by the human being regardless of the hearing ability of the person.

## THE PRIOR ART

Various types of apparatus and modes of application have been proposed and tried to inject intelligible sounds into the heads of human beings. Some of these have been devised to simulate speech and other sounds in deaf persons and other systems have been used to inject intelligible signals in persons of good hearing, but bypassing the normal human hearing organs.

U.S. Pat. No. 3,629,521 issued Dec. 21, 1971 describes the use of a pair of electrodes applied to a person's head to inject speech into the head of a deaf person. An oscillator creates a carrier in the range of 18 to 36 KHz that is amplitude modulated by a microphone.

Science magazine volume 181, page 356 describes a hearing system utilizing a radio frequency carrier of 1.245 GHz delivered through the air by means of a waveguide and horn antenna. The carrier was pulsed at the rate of 50 pulses per second. The human test subject reported a buzzing sound and the intensity varied with the peak power.

Similar methods of creating "clicks" inside the human head are reported in I.E.E.E. Transactions of Biomedical Engineering, volume BME 25, No. 3, May 1978.

The transmission of intelligible speech by audio modulated Microwave is described in the book Microwave Auditory Effects and Applications by James C. Lin 1978 publisher Charles C. Thomas.

## BRIEF SUMMARY OF THE INVENTION

I have discovered that a pulsed signal on a radio frequency carrier of about 1,000 megahertz (1000 MHz) is effective in creating intelligible signals inside the head of a person if this electromagnetic (EM) energy is projected through the air to the head of the person. Intelligible signals are applied to the carrier by microphone or other audio source and I cause the bursts to be frequency modulated. The bursts are composed of a group of pulses. The pulses are carefully selected for peak strength and pulse width. Various objects, advantages and features of the invention will be apparent in the specification and claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings forming an integral part of this specification:

FIG. 1 is a block diagram of the system of the invention.

FIG. 2 is a diagram of an audio wave which is the input to be perceived by the recipient.

FIG. 3 is a diagram on the same time coordinate as FIG. 2 showing bursts that are frequency modulated by the wave form of FIG. 2.

FIG. 4 shows, on an enlarged time coordinate, that each vertical line depicted in FIG. 3 is a burst of pulses. (A burst is a group of pulses).

2

FIG. 5 shows, on a further enlarged time coordinate, a single continues pulse, Depicted as a vertical line in FIG. 4.

## DETAILED DESCRIPTION OF THE INVENTION

Inasmuch as microwaves can damage human tissue, any projected energy must be carefully regulated to stay within safe limits. The guideline for 1,000 MHz, set by the American Standards Institute, is 3.3 mw/cm2 (3.3 milliwatts per square centimeter). The apparatus described herein must be regulated to stay within this upper limit.

Referring to FIG. 1 a microphone 10 or other generator of audio frequencies, delivers its output by wire 11 to an FM capable pulse generator 12 and by branch wire 13 to a comparator 14. The comparator 14 also receives a signal from a voltage standard 16. When the peak voltage of the audio generator 10 falls below the standard 16 the comparator delivers a signal by wire 17 to the FM capable pulse generator 12 to shut down the pulse generator 12. This avoids spurious signals being generated. The output of the FM pulse generator 12 is delivered by wire 18 to a microwave generator 19 which delivers its output to the head of a human being 23. In this fashion the person 23 is radiated with microwaves that are in short bursts.

The microwave generator 19 operates at a steady frequency presently preferred at 1,000 megahertz (1,000 million). I presently prefer to pulse the microwave energy at pulse widths of 10 nanoseconds to 1 microsecond. For any one setting of the FM capable generator 12, this width is fixed. The pulses are arranged in bursts. The timing between bursts is controlled by the height of the audio envelope above the voltage standard line. In addition the bursts are spaced from one another at a non-uniform rate of 1 to 100 KHz. This non-uniform spacing of bursts is created in the FM capable generator 12.

Referring to FIG. 2 there is illustrated an audio wave 27 generated by the audio input 10 wherein the horizontal axis is time and the vertical axis is voltage. For illustrative purposes the wave 27 is shown as having a voltage peak 28 on the left part of FIG. 2 and a voltage peak 29 of the right side of FIG. 2. The voltage standard 16 of FIG. 1 generates a dc voltage designated at 31 in FIG. 2. This standard voltage is preferably at about 50% of the peak voltage 28. The comparator 14 of FIG. 1 actuates the FM capable generator 12 only when the positive envelope of the audio wave 27 exceeds the voltage standard. The negative portions of the audio wave are not utilized.

Referring now to FIG. 3 there is illustrated two groups of bursts of microwave energy that are delivered by the antenna 22 of FIG. 1 to the head of the person 23. FIG. 3 has a horizontal time axis identical to the time axis of FIG. 2 and has a vertical axis that in this case represents the power of the microwaves from generator 19. At the left part of FIG. 3 are a plurality of microwave bursts 32 that occur on the time axis from the point of intersection of the standard voltage 31 with the positive part of the audio wave 27, designated as the time point 33 to time point 34 on FIG. 2. It will be noted in FIG. 3 that the bursts 32 are non-uniform in spacing and that they are closer together at the time of maximum audio voltage 28 and are more spread out toward the time points 33 and 34. This is the frequency modulation effected by the FM pulse generator 12.

EXHIBIT A3

9 30

4,877,027

Referring to the right part of FIG. 3 there are a plurality of microwave bursts 36 that are fewer in number and over a shorter time period than the pulses 32. These extend on the time axis of FIG. 2 from point 37 to point 38. These bursts 36 are also frequency modulated with the closest groupings appearing opposite peak 29 of FIG. 2 and greater spacing near time points 37 and 38.

Referring now to FIG. 4 there is illustrated the fact that a single burst shown as straight lines 32 or 36 on FIG. 3 are made up of ten to twenty separate microwave pulses. The duration of the burst is between 500 nanoseconds and 100 microseconds, with an optimum of 2 microseconds. The duration of each pulse within the burst is 10 nanoseconds to 1 microsecond and a time duration of 100 nanoseconds is preferred. The bursts 32 of FIG. 3 are spaced non-uniformly from each other caused by the frequency modulation of 12. FIG. 4 depicts a burst. Each vertical line 40 in FIG. 4 represents a single pulse. Each pulse is represented by the envelope 41 of FIG. 5. The pulses within a burst are spaced uniformly from eachother. The spacing between pulses may vary from 5 nanoseconds to 10 microseconds.

Referring now to FIG. 3, the concentration of bursts 32 opposite the peak 28 of FIG. 2 can be expressed as a frequency of repetition. I presently prefer to adjust the FM capable generator 12 to have a maximum frequency of repetition in the range of 25 Khz to 100 Khz. I deliberately keep this range low to reduce the amount of heating caused by the microwaves. The wider spacing of the pulses 32 opposite the cutoff points 33 and 34 of FIG. 2 can also be expressed as a frequency of repetition and I presently prefer a minimum repetition rate of 1 KHz. I find that this low repetition rate, although in the audio range, does not disrupt the transmission of audio intelligence to the person 23. The aim, again, is to reduce the amount of heat transmitted to the subject 23.

OPERATION

Referring to FIG. 1, the intelligence to be perceived by the person 23 is introduced at the audio source 10 which may be a microphone for voice, or a tape player for music, instruction, etc. This audio signal is transmitted to the FM capable generator 12 and to the comparator 14. The comparator 14 compares the positive portions of the audio wave with voltage from the voltage standard 16 and when the audio wave instantaneously exceeds the standard voltage, the FM generator is actuated by the wire 17 connecting the comparator 14 and the FM generator 12. The FM generator 12 then sends a plurality of signals to the microwave generator 19 at each peak of the audio wave above the voltage standard.

This is shown graphically in FIGS. 2-5. The audio signal 27 of FIG. 2 exceeds the standard voltage 31 at point 33 whereupon the FM generator 12 starts emitting burst signals 32 at its lowest frequency of about 1 Khz. As time progresses past point 33 the voltage above the standard increases and the FM generator 12 responds by making the burst signals closer together until at peak 28 the maximum density of burst signals 32 is achieved, for example at a frequency of 50 Khz. The time duration of each pulse 40 (FIG. 4) is also controlled by a fixed adjustment of the FM generator 12 and for example the duration may be 100 nanoseconds.

The frequency modulated burst signals are delivered by FM generator 12 to the microwave generator as interrupted dc and the microwave generator is turned on in response to each pulse 40 and its output is delivered by coaxial cable 21 to the parabolic antenna 22 to project microwaves onto the head of a person 23. These microwaves penetrate the brain enough so that the electrical activity inside of the brain produces the sensation of sound. When the parameters are adjusted for the particular individual, he perceives intelligible audio, entirely independently of his external hearing organs.

PRESENTLY PREFERRED QUANTITIES

As mentioned previously, I prefer that the standard voltage 31 of FIG. 2 be about 50% of peak audio voltage. This not only helps to reduce heating in the person 2 but also reduces spurious audio. This 50% is not vital and the useful range is 25% to 85% of peak audio.

The minimum burst repetition frequency (for example at time points 33 and 34) is preferably 1 KHz and the maximum repetition frequency is in the range of 25 KHz to 100 KHz, with the lower frequencies resulting in less heating.

The time duration of each individual pulse of microwave radiation is in the range of 10 nanoseconds to 1 microsecond as indicated in FIG. 5, with the shorter time periods resulting in less heating.

CONTROL OF POWER OUTPUT

As stated above, I maintain the power output of the parabolic antenna 22 within the present safe standard of 3.3 mw/cm2 (3.3 milliwatts per square centimeter). I control the power output by controlling the strength of the audio modulation. This results in a duty cycle of 0.005, the decimal measure of the time in any second that the transmitter is on full power. The peak power level can be between 500 mw and 5 w and at 0.005 duty cycle these peaks will result in an average power of 2.5 mw and 25 mw respectively. However, these values are further reduced by adjusting the audio modulation so that zero input produces a zero output. Since a voice signal, for example, is at maximum amplitude only a small fraction of the time, the average power will be below the 3.3 mw/cm2 standard, even with 5 watts peak power.

THEORY OF OPERATION

I have not been able to experiment to determine how my microwave system works, but from my interpretation of prior work done in this field I believe that the process is as follows. Any group of bursts related to the audio ck 28 of FIG. 2 causes an increasing ultrasonic build up within the head of a human being starting with a low level for the first bursts pulses and building up to a high level with the last bursts pulses of a group. This buildup, I believe, causes the direct discharge of random brain neurons. These discharges at audio frequency create a perception of sound. This process, I believe, bypasses the normal hearing organs and can create sound in a person who is nerve-dead deaf. However, this theory of operation is only my guess and may prove to be in error in the future.

APPARATUS

The apparatus of FIG. 1 for carrying out my invention may include as a microwave generator Model PH40K of Applied Microwave Laboratories and described as Signal Source. The cable 21 connecting the microwave generator 19 and the antenna is RG8 coaxial cable by Belden Industries. The antenna 22 may be a standard parabolic antenna. The FM generator 12 has to be specially built to include the spacing function which

EXHIBIT- A3
4 of 5

4,877,027

5

is obtained by a frequency generator built into a standard FM generator.

I have described my invention with respect to a presently preferred embodiment as required by the patent statutes. It will be apparent to those skilled in the technology that many variations, modification and additions can be made. All such variations, modifications and additions that come within the true spirit and scope of the invention are included in the claims.

I claim:

1. Apparatus for creating human hearing comprising:
   (a) an audio source for creating electrical audio waves having positive peaks;
   (b) a frequency modulator generator connected to the audio source to create frequency modulated bursts;
   (c) a source of constant voltage to create a voltage standard that is in the range of 25% to 85% of the peak voltage of the audio waves;
   (d) a comparator connected to the voltage source and the audio source to compare the instantaneous voltage of the waves from the audio source with the voltage standard;
   (e) a connection of the comparator to the frequency modulator generator to activate the frequency modulator generator when the instantaneous voltage of the audio wave exceeds the standard voltage;
   (f) a microwave generator creating microwaves in the range of 100 megahertz to 10,000 megahertz and connected to the frequency modulator generator, generating microwaves only when pulsed by the frequency modulator generator; and
   (g) an antenna connected to the microwave generator to radiate the head of a human being to produce the sounds of the audio source.

2. Apparatus as set forth in claim 1 wherein the frequency generating range of the frequency modulator generator is 1 Khz to 100 KHz for bursts and 100 KHz to 20 MHZ for pulses within a burst.

3. Apparatus as set forth in claim 1 wherein the frequency generating range of the frequency modulator generator is one Khz to 100 KHz for bursts and 100

6

KHz to 20 MHZ for pulses within a burst and the duration of each pulse of the frequency modulator generator is in the range of 10 nanoseconds to 1 microsecond.

4. Apparatus as set forth in claim 1 wherein the voltage standard is approximately 50% of the peak of the audio waves.

5. Apparatus as set forth in claim 1 wherein the antenna is of the type that projects the microwaves in space to the head of a person.

6. Apparatus for creating human hearing comprising:
   (a) an oscillator creating an electromagnetic carrier wave at a selected frequency in the range of 100 Mhz to 10,000 Mhz;
   (b) a pulse generator connected to said oscillator to pulse the carrier with pulses having a width in the range of 10 nanoseconds to 1 microsecond with a minimum spacing between pulses of about 25 nanoseconds;
   (c) a frequency modulator connected to the pulse generator;
   (d) an audio signal generator connected to the modulator which modulates the pulses in accordance with the audio signal; and
   (e) a transmitting antenna connected to the oscillator to transmit the carrier wave as thus modified to project the electromagnetic energy through space to the head of a person.

7. Apparatus as set forth in claim 6 wherein the modulator is a frequency modulator to vary the density of bursts within an audio envelope as a function of the audio amplitude.

8. The method of irradiating a person's head to produce sound in the head of the person comprising
   (a) irridiating the head of a person with microwaves in the range of 100 Mhz to 10,000 Mhz;
   (b) pulsing said microwaves with pulses in the range of 10 nanoseconds to 1 microsecond; and
   (c) frequency modulating groups of pulses called bursts by audio waves wherein the modulation extends from 1 Khz to 100 Khz.

* * * * *

Google any one of these patents...

US PATENT 6,011,991--COMMUNICATION SYSTEM AND METHOD INCLUDING BRAIN WAVE ANALYSIS AND/OR USE OF BRAIN ACTIVITY--A system and method for enabling human beings to communicate by way of their monitored brain activity. The brain activity of an individual is monitored and transmitted to a remote location (e.g. by satellite). At the remote location, the monitored brain activity is compared with pre-recorded normalized brain activity curves, waveforms, or patterns to determine if a match or substantial match is found. If such a match is found, then the computer at the remote location determines that the individual was attempting to communicate the word, phrase, or thought corresponding to the matched stored normalized signal.

US PATENT 6,017,302 - SUBLIMINAL ACOUSTIC MANIPULATION OF NERVOUS SYSTEMS --In human subjects, sensory resonances can be excited by subliminal atmospheric acoustic pulses that are tuned to the resonance frequency. The 1/2 Hz sensory resonance affects the autonomic nervous system and may cause relaxation, drowsiness, or sexual excitement, depending on the precise acoustic frequency near 1/2 Hz used. The effects of the 2.5 Hz resonance include slowing of certain cortical processes, sleepiness, and disorientation. For these effects to occur, the acoustic intensity must lie in a certain deeply subliminal range. Suitable apparatus consists of a portable battery-powered source of weak subaudio acoustic radiation. The method and apparatus can be used by the general public as an aid to relaxation, sleep, or sexual arousal, and clinically for the control and perhaps treatment of insomnia, tremors, epileptic seizures, and anxiety disorders. There is further application as a nonlethal weapon that can be used in law enforcement standoff situations, for causing drowsiness and disorientation in targeted subjects. It is then preferable to use venting acoustic monopoles in the form of a device that inhales and exhales air with subaudio frequency.

US PATENT 4,877,027--HEARING SYSTEM --Sound is induced in the head of a person by radiating the head with microwaves in the range of 100 megahertz to 10,000 megahertz that are modulated with a particular waveform. The waveform consists of frequency modulated bursts. Each burst is made up of ten to twenty uniformly spaced pulses grouped tightly together. The burst width is between 500 nanoseconds and 100 microseconds. The pulse width is in the range of 10 nanoseconds to 1 microsecond. The bursts are frequency modulated by the audio input to create the sensation of hearing in the person whose head is irradiated.

US PATENT --4,717,343 --METHOD OF CHANGING A PERSON'S BEHAVIOR--A method of conditioning a person's unconscious mind in order to effect a desired change in the person's behavior which does not require the services of a trained therapist. Instead the person to be treated views a program of video pictures appearing on a screen. The program as viewed by the person's unconscious mind acts to condition the person's thought patterns in a manner which alters that person's behavior in a positive way. SOURCE: Judy Wall, Mike Coyle and Jan Wiesemann. Paranoia Magazine Issue 24 Fall 2000 -Article -'Technology to Your Mind' - By Judy Wall

US PATENT 5,270,800 --SUBLIMINAL MESSAGE GENERATOR--A combined subliminal and supraliminal message generator for use with a television receiver permits complete control of subliminal messages and their manner of presentation. A video synchronization detector enables a

video display generator to generate a video message signal corresponding to a received alphanumeric text message in synchronism with a received television signal. A video mixer selects either the received video signal or the video message signal for output. The messages produced by the video message generator are user selectable via a keyboard input. A message memory stores a plurality of alphanumeric text messages specified by user commands for use as subliminal messages. This message memory preferably includes a read only memory storing predetermined sets of alphanumeric text messages directed to differing topics. The sets of predetermined alphanumeric text messages preferably include several positive affirmations directed to the left brain and an equal number of positive affirmations directed to the right brain that are alternately presented subliminally. The left brain messages are presented in a linear text mode, while the right brain messages are presented in a three dimensional perspective mode. The user can control the length and spacing of the subliminal presentations to accommodate differing conscious thresholds. Alternative embodiments include a combined cable television converter and subliminal message generator, a combine television receiver and subliminal message generator and a computer capable of presenting subliminal messages. SOURCE: Judy Wall, Mike Coyle and Jan Wiesemann. Paranoia Magazine Issue 24 Fall 2000 -Article -'Technology to Your Mind' - By Judy Wall

US PATENT 5,123,899 --METHOD AND SYSTEM FOR ALTERING CONSCIOUSNESS--A system for altering the states of human consciousness involves the simultaneous application of multiple stimuli, preferable sounds, having differing frequencies and wave forms. The relationship between the frequencies of the several stimuli is exhibited by the equation g=s.sup.n/4 .multidot.f where: f=frequency of one stimulus; g=frequency of the other stimuli of stimulus; and n=a positive or negative integer which is different for each other stimulus. ALSO SEE: US PATENT --5,289,438 --METHOD AND SYSTEM FOR ALTERING CONSCIOUSNESS SOURCE: Judy Wall, Mike Coyle and Jan Wiesemann. Paranoia Magazine Issue 24 Fall 2000 -Article -'Technology to Your Mind' - By Judy Wall

US PATENT 4,858,612 - HEARING DEVICE --A method and apparatus for simulation of hearing in mammals by introduction of a plurality of microwaves into the region of the auditory cortex is shown and described. A microphone is used to transform sound signals into electrical signals which are in turn analyzed and processed to provide controls for generating a plurality of microwave signals at different frequencies. The multifrequency microwaves are then applied to the brain in the region of the auditory cortex. By this method sounds are perceived by the mammal which are representative of the original sound received by the microphone.

US PATENT 3,951,134 - APPARATUS AND METHOD FOR REMOTELY MONITORING AND ALTERING BRAIN WAVES--Apparatus for and method of sensing brain waves at a position remote from a subject whereby electromagnetic signals of different frequencies are simultaneously transmitted to the brain of the subject in which the signals interfere with one another to yield a waveform which is modulated by the subject's brain waves. The interference waveform which is representative of the brain wave activity is re-transmitted by the brain to a receiver where it is demodulated and amplified. The demodulated waveform is then displayed for visual viewing and routed to a computer for further processing and analysis. The demodulated waveform also can be used to produce a compensating signal which is transmitted back to the brain to effect a desired change in electrical activity therein.



US PATENT 5,159,703 - SILENT SUBLIMINAL PRESENTATION SYSTEM --A silent communications system in which nonaural carriers, in the very low or very high audio frequency range or in the adjacent ultrasonic frequency spectrum, are amplitude or frequency modulated with the desired intelligence and propagated acoustically or vibrationally, for inducement into the brain, typically through the use of loudspeakers, earphones or piezoelectric transducers.

US PATENT 5,507,291- METHOD AND AN ASSOCIATED APPARATUS FOR REMOTELY DETERMINING INFORMATION AS TO A PERSON'S EMOTIONAL STATE

US PATENT: US5629678:IMPLANTABLE TRANSCEIVER-Apparatus for Tracking And Recovering Humans.

US PATENT FOR BARCODE TATTOO--Method for verifying human identity during electronic sale transactions. A method is presented for facilitating sales transactions by electronic media. A bar code or a design is tattooed on an individual. Before the sales transaction can be consummated, the tattoo is scanned with a scanner. Characteristics about the scanned tattoo are compared to characteristics about other tattoos stored on a computer database in order to verify the identity of the buyer. Once verified, the seller may be authorized to debit the buyer's electronic bank account in order to consummate the transaction. The seller's electronic bank account may be similarly updated.

US PATENT 5,539,705 - ULTRASONIC SPEECH TRANSLATOR AND COMMUNICATIONS SYSTEM--A wireless communication system undetectable by radio frequency methods for converting audio signals, including human voice, to electronic signals in the ultrasonic frequency range, transmitting the ultrasonic signal by way of acoustical pressure waves across a carrier medium, including gases, liquids, or solids, and reconverting the ultrasonic acoustical pressure waves back to the original audio signal. The ultrasonic speech translator and communication system (20) includes an ultrasonic transmitting device (100) and an ultrasonic receiving device (200). The ultrasonic transmitting device (100) accepts as input (115) an audio signal such as human voice input from a microphone (114) or tape deck.

US PATENT 5,629,678 - PERSONAL TRACKING AND RECOVERY SYSTEM--Apparatus for tracking and recovering humans utilizes an implantable transceiver incorporating a power supply and actuation system allowing the unit to remain implanted and functional for years without maintenance. The implanted transmitter may be remotely actuated, or actuated by the implantee. Power for the remote-activated receiver is generated electromechanically through the movement of body muscle. The device is small enough to be implanted in a child, facilitating use as a safeguard against kidnapping, and has a transmission range which also makes it suitable for wilderness sporting activities. A novel biological monitoring feature allows the device to be used to facilitate prompt medical dispatch in the event of heart attack or similar medical emergency. A novel sensation-feedback feature allows the implantee to control and actuate the device with certainty.

...


US PATENT 5,760,692 - INTRA-ORAL TRACKING DEVICE-An intra-oral tracking device adapted for use in association with a tooth having a buccal surface and a lingual surface, the apparatus comprises a tooth mounting member having an inner surface and an outer surface, the inner surface including adhesive material.

US PATENT 5,868,100 - FENCELESS ANIMAL CONTROL SYSTEM USING GPS LOCATION INFORMATION--A fenceless animal confinement system comprising portable units attached to the animal and including means for receiving GPS signals and for providing stimulation to the animal. The GPS signals are processed to provide location information which is compared to the desired boundary parameters. If the animal has moved outside the desired area, the stimulation means is activated. The signal processing circuitry may be included either within the portable unit or within a separate fixed station.

US PATENT 5,905,461 - GLOBAL POSITIONING SATELLITE TRACKING DEVICE--A global positioning and tracking system for locating one of a person and item of property. The global positioning and tracking system comprises at least one tracking device for connection to the one of the person and item of property including a processing device for determining a location of the tracking device and generating a position signal and a transmitter for transmitting said position signal.

US PATENT 5,935,054 - MAGNETIC EXCITATION OF SENSORY RESONANCES--The invention pertains to influencing the nervous system of a subject by a weak externally applied magnetic field with a frequency near 1/2 Hz. In a range of amplitudes, such fields can excite the 1/2 sensory resonance, which is the physiological effect involved in "rocking the baby".

US PATENT 5,952,600 -ENGINE DISABLING WEAPON-- A non-lethal weapon for disabling an engine such as that of a fleeing car by means of a high voltage discharge that perturbs or destroys the electrical circuits.

US PATENT 6,006,188 - SPEECH SIGNAL PROCESSING FOR DETERMINING PSYCHOLOGICAL OR PHYSIOLOGICAL CHARACTERISTICS USING A KNOWLEDGE BASE

US PATENT 6,014,080 - BODY WORN ACTIVE AND PASSIVE TRACKING DEVICE -- Tamper resistant body-worn tracking device to be worn by offenders or potential victims for use in a wireless communication system receiving signals from a global positioning system (GPS).

US PATENT 6,051,594 - METHODS AND FORMULATIONS FOR MODULATING THE HUMAN SEXUAL RESPONSE--The invention is directed to improved methods for modulating the human sexual response by orally administering a formulation of the vasodilator phentolamine to the blood circulation and thereby modulating the sexual response on demand.

US PATENT 6,052,336 - APPARATUS AND METHOD OF BROADCASTING AUDIBLE SOUND USING ULTRASONIC SOUND AS A CARRIER--An ultrasonic sound source broadcasts an ultrasonic signal which is amplitude and/or frequency modulated with an information input signal originating from an information input source. If the signals are amplitude modulated, a square root function of the information input signal is produced prior to modulation. The modulated signal, which may be amplified, is then broadcast via a projector unit, whereupon an individual or group of individuals located in the broadcast region detect the audible sound.

De-classified MK Ultra documents
http://michael-robinett.com/declass/c000.htm

http://www.knowledgedrivenrevolution.com/Articles/200604/20060414_Duplessis_Children.htm
Mass graves of 50,000 children found in Montreal from the CIA MK Ultra experiments.
http://www.google.com/search?hl=en&q=US+Patent+%235%2C159%2C703 US Patent 5159703
The use of this weapon is so subtle, so gradual that the victim will not recognize the use of it. But it would explain why American Politicians are voting irradically.
http://www.abovetopsecret.com/pages/mindcontrol.html Currently the MK ULTRA weapon is being used in Florida, Michigan-Ann Arbor and the Detroit Area. And I suspect it is being implemented throughout the United States. Please write letters to the editors of papers from around the world and ask that it be stopped. And this weapon is called non lethal- but it is not. It causes accidents, it causes heart attacks, it causes strokes, it causes people to trip and fall, it causes kidney failure, it causes cancer, brain tumors, organ failure.
http://www.mindcontrolforums.com/mindcontrol-intelligence-services.htm
Letters to the Editors of papers from around the world... http://www.mindcontrolforums.com/us-government-contacts.htm#dnews
http://www.google.com/search?hl=en&q=microwave+mind+control+ringing
MK Ultra CIA weapon weapons survivor speaks out...
http://www.the7thfire.com/Politics%20and%20History/CIA_MK-ULTRA_experiments_on_children.htm
Google--> CIA MK Ultra and find.. http://www.google.com/search?hl=en&q=cia+mk+ultra
Or if you prefer Alta Vista--->CIA MK Ultra and find
http://www.altavista.com/web/results?itag=ody&q=cia+mk+ultra&kgs=1&kls=0 I do not know if

5 OF 5 PAGES
EXHIBIT-A4