U.S. Department of Justice
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: McCULLAH, JOHN, J          03040-063          B2          USP TERRE HAUTE
       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A- INMATE REQUEST** ON OR ABOUT 7-1-2019 I ARRIVED AT USP TERRE HAUTE. UPON MY ARRIVAL I BECAME AWARE THAT F BOP STAFF IS USING "DIRECTED ENERGY WEAPONS" (DEW). ON ME ALSO KNOWN AS LESS-LETHAL TECHNOLOGIES WEAPONS), WHICH USE "VOICE-TO-SKULL" TECHNOLOGY (V2K), FBOP STAFF IS USING THIS TECHNOLOGY WEAPON TO BLAST MY BRAIN WITH ELECTRONIC MAGNETIC RADIATION TO INSERT VOICES IN MY HEAD AND BRUTALLY TORTURE ME WITH AND INFLICT PAIN OVER MY BRAIN AND BODY INTERALY AND EXTERNALY, THE NAME OF THE DEW THAT F BOP HAVE ADMITTED TO OBTAINING, FROM DEPARTMENT OF DEFENSE (DOD), IS CALLED THE "ACTIVE DENIAL SYSTEM" (ADS) ("JOINT NON-LETHAL WEAPON PROGRAM" JNLWP. PLEASE ATTACHMENTS EXHIBIT-A-B-AND C. AND B.A FOIA RESPONSE # 2016-04803, THE ADS EMITS ELECTROMAGNETIC RADIATION (MR) ALONG WITH "MICROWAVES" AND "BEAMS" THIS DEW CAN BE ADJUSTED FOR NON-LETHAL OR LETHAL USE, IT CAN DISABLE PEOPLE OR THINGS, IN THE FOIA RONALD RODGERS. SENIOR COUNSEL CLAIMS FBOP STAFF LOCATED ONLY 6 PAGES OF RESPONSIVE RECORDS REGARDING, THE ADS (THATS IN EXHIBIT-B" AND ONLY 3 PAGES ARE APPROPRIATE FOR RELEASE AND 3 PAGE ARE APPROPRIATE FOR RELEASE IN PART, I FEEL ITS EVIDEN FBOP STAFF DO NOT WANT ALL THE CAPABILITIES OF THE ADS KNOWN TO INMATES OR THE GENERAL PUBLIC BECAUSE EVERYONE WOULD BE OUTRAGED AND WOULD WANT TO SE ACCOUNTABILITY, TRANSPARENCY, JUSTICE AND EXPOSE ALL ILLEGAL ACTS AGAINST HUMAN RY. BY FBOP AND THEIR COHORTS. ON 3.27.2020 THE USE OF THE ADS GOT VARY BAD ON ME I STARTED TO GET DIZZY, HEADACHE, NASEATED. VOMITING AND THE WROSE STOMACH PAIN I EVER HAD IN MY LIFE, BODY HEATED UP SWEETING PREFUSLIVLY, RINGING AND BUZZING OF MY EARS, DEHYDRATED, SEEING BLACK DOTS. PAIN ALL OVER MY BODY INTERALY AND EXTERNALY

DATE          SEE ATTACHMENTS          *John J. McCullah*          SIGNATURE OF REQUESTER

**Part B- RESPONSE**

#1012967-F1

**RECEIVED**
USP Terre Haute

APR 06 2020

**Administrative
Remedy Clerk**

EXHIBIT-C1
1 OF 3 PAGES

DATE _____    WARDEN OR REGIONAL DIRECTOR _____

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _____

**Part C- RECEIPT**

CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

DATE _____    RECIPIENT'S SIGNATURE (STAFF MEMBER) _____

USP LVN          PRINTED ON RECYCLED PAPER          BP-229(13)
                                                     APRIL 1982

① COULD NOT SLEEP THAT NIGHT ONLY LAY IN PAIN. I THOUGHT THAT FBOP STAFF WOULD LET OFF ON INFLICTING THE PAIN ON ME. BUT I WAS WRONG THE TORTURE GOT WORSE AND EVEN GOT ALOT WORSE THE NEXT DAY. THEN ON 3-28-2020 AT ABOUT 2:15 NOON I WENT TO THE OFFICERS OFFICE AND LET C.O LAWSON KNOW WHAT WAS GOING ON AND HOW SICK I AM. AT THAT TIME HE TOLD ME HE WILL TALK TO MEDICAL STAFF. AFTER MR LAWSON TOLD ME HE SPOKE TO NURSE MAY AND TOLD ME MAY TOLD HIM HE WOULD COME TO SEE ME IN THE UNIT. HOWEVER NURSE MAY NEVER SHOWED UP. THEN AT ABOUT 3:40 PM NURSE T.MCDANIEL SHOWED UP AT MY CELL DOOR TO GIVE ME MY PM MEDICATION. AT THAT TIME I ASKED HER IF MR MAY WAS STILL AT WORK. SHE TOLD ME NO. THEN I ASKED HER IF MAY ETHER KNEW WHAT WAS GOING ON WITH ME AND IF MAY TOLD HER TO COME AND SEE ME. SHE TOLD ME NO. I SEEN NO NOTE OR REPORT. SO I TOLD HER WHAT WAS WRONG WITH ME. THEN SHE TOLD ME HOW COME I DID NOT SAY ANYTHING YESTERDAY. I TOLD HER I THOUGHT IT WOULD PASS BUT IT DIDNT. AT THAT TIME NURSE T.MCDANIEL GOT VERY MAD AT ME FOR TELLING HER I WAS SICK AND NEED MEDICAL ATTENTION. SHE STARTED YELLING AT ME "QUOTE) MCCULLAH I JUST A NURSE NOT A DOCTOR, WHAT AM I SUPOSE TO DO? I CANT GIVE YOU ANYTHING I'M A NURSE AND THE DOCTOR IS AT HOME. AT THAT TIME I TOLD HER YES YOU ARE THE NURSE THAT WORKS HERE. ITS YOUR RESPONSIBILITY TO SEE TO IT THAT I GET THE MEDICAL ATTENTION I NEED AS THE NURSE HERE. NOT THE OFFICER. OFFICER LAWSON DID HIS JOB BY CALLING MEDICAL FOR ME TO LET YOU ALL KNOW I'M SICK. THEN I TOLD HER I'M FILING ON THIS MATTER. THEN SHE TOLD ME TO OPEN MY MOUTH THEN PUT MY HAND OUT THE FOOD HOLE IN MY CELL DOOR AND SHE PINCHED MY SKIN. THEN I LET HER KNOW ALL THE REST THAT WAS GOING ON. NO SLEEP PAIN ALL OVER MY BODY STOMACH, BACK, SHAKING, VOMITING. STILL CANT EAT OR DRINK. DIFFICULT BREATHING, NO RUNS. SHE TOLD ME SHE WAS GOING TO CALL DOCTOR WILSON AT HOME TO SEE IF SHE CAN GIVE ME A SHOT FOR NAUSEA. THEN AT ABOUT 6:00 PM OR SO NURSE MCDANIEL CAME BACK TOOK MY TEMP AND GAVE ME A SHOT. SHE ALSO TOLD ME SHE DID NOT HAVE TO CALL DOCTOR WILSON TO GIVE ME THE SHOT. ALSO OTHER SYSMP-TOMS I'V BEEN HAVING OFF AND ON FROM THE DAY OF MY ARRIVAL HERE. HEARING VOICES. I SPOKE TO NUMEROUS DOCTOR FROM MENTAL HEALTH. ILL GET THEIR NAMES FROM RECORDS, I KNOW THE FIRST THING ABOUT IT WHEN YOU TELL PEOPLE YOU HEAR VOICES IS TO THINK THE PERSON IS CRAZY. I ALSO KNOW MOST PEOPLE DONT KNOW ABOUT TECHNOLOGY WEAPONS AND THERE CAPABILITIES TO INSERT VOICES IN TO THE BRAIN. SO I DONT MIND TALKING ABOUT IT. ALSO I SPOKE TO DOCTOR WILSON AND OTHER MEDICAL STAFF. ILL GET THERE NAMES FROM RECORDS AND STAFF MEMBERS. ABOUT ALL THE SYMPTOMS I'M ABOUT TO LIST SOME MORE. PAIN ALL OVER MY BODY, IN MY TESTICLES, PENIS, ANUS, ALL OVER MY BRAIN, EARS, EYE, JOINTS, BONES ACHE DEEP WITHIN ALL OVER MY BODY. USING ADS ON MY TENDONS, LIGAMENTS, LEGS AND FEET SWELLING, BODY PULSING ALL OVER. SHARP PAIN ALL OVER MY BRAIN, SLEEPINESS BUT CANT SLEEP MUCH, DISORIENTATION, TREMORS, SPEEDING UP MY HEART, HEART PAIN, URINATING, DEFECATION, VOMITING, STOPING ME FROM USING THE REST ROOM. NIGHTMARES. CYST ALL OVER MY BODY, MANIPULATION OF BREATHING, NERVOUS SYSTEM, THOUGHTS, MUSCLE SPASM AND CRAMPS THROAT IRRITATION, WATERY MOUTH, DRY MOUTH, HYPERVENTILATION, SHORTNESS OF BREATH, VIBRATION ALL OVER MY BODY. LEGS THE WORSE, DIFFERENT BODY ACHES AND PAINS, RINGED EARS AND DRAINING, INFECTIONS. LISTEN. I'LL STOP AT THAT I CAN GO ON A LOT MORE. ALSO THERE ARE ALOT OF OTHERS INMATES WITH SMILAR STORIES AS MINE. I'M NOT THE ONLY ONE. NOW I'LL GO BACK TO THE FOIA EXHIBIT-B. THE 6 PAGE PART THAT FBOP FEELS THAT ARE NOT APPROPRIATE FOR RELEAS. I FEEL ITS SAFF TO SAY SOME MORE OF THE CAPABILITIES THE ADS HAVE. ACTIVE DENIAL HAVE THE ABILITY TO MENTALLY INFLUENCE AND CONFUSE HUMAN BEINGS THROUGH SENSORY DECEPTION, IT CAN CREATE SYNTHETIC IMAGES, OR HOLOGRAMS, TO CONFUSE AN INDIVIDUAL'S VISUAL SENSEOR, IN A SIMILAR MANNER, CONFUSE HIS SENSES OF SOUND, TASTE, TOUCH, OR SMELL, AFFECTS DECISION-MAKING PROCESSES. NON-IONIZING ELECTROMAGNETIC RADIATIATON" (EMR), DEFINITELY DOES HAVE EFFECTS ON LIVING SYSTEMS, FROM INDIVIDUAL CELLS TO HUMAN BEHAVIOR.

EXHIBIT - C1
3 OF 3
②

A PRINCIPLE HEALTH CONCERN IS LEUKEMIA ALSO EMR USED IN NEFARIOUS WAYS. CAN DESTABILIZE THE BRAIN, AND POTENTIALLY GENERATE FEELINGS OF VIOLENCE OR APATHY AND A LOT MORE. THERE ARE SEVERAL WAYS THAT MICROWAVES CAN AFFECT HUMANS. FOR INSTANCE THE ADS AND WEAPONS THAT CAN HEAT THE SKIN DO WHAT FBOP STATES IN THE FOIA BUT THEY ARE CAPABLE OF MUCH MORE. THE THERMAL HEATING WEAPONS ACT LIKE A CAR RADIO. YOU CAN CHANGE THE FREQUENCIES TO GET DIFFERENT EFFECTS. THE ELECTORMAGNETIC WEAPONS!! (EMW), SEND AN IMPULSE THROUGH THE NERVOUS SYSTEM. THEY CAN TRANSFER SOUND. LIKE ACOUSTIC WEAPONS, WHICH IS CONTRACTED TO STATE AND U.S GOVERN- MENT AGENCYS LIKE LAW ENFORCEMENT AND CORRECTION BY THE DEPARTMENT OF DEFENSE, MODULATES A SIGNAL THAT IS A RADIO FREQUENCY. WHICH CAN BE CHANGED TO AFFECT CERTAIN ORGANS. IT CAN OVERRIDE AN ORGAN LIKE THE HEART OR LIVER SO CHANGING THE PERIMETER IS LIKE CHANGING THE BROADCAST ON THE RADIO. THESE EXTREMELY LOW FREQUENCIES ALSO HAVE THE CAPABILITY TO SEND MESSAGES DIRECTLY INTO THE HEAD WHEN ONLY THE RECEIVER CAN HEAR IT. ( SEE THE 1985 RADIOFREQUENCY RADIATION DOSIMETRY HANDBOOK). EMW CAN REPID HEATING OF BONES OR DAMAGE THEM. THE FREQUENCIES CAN ALSO BE USE TO MANIPULATE THE BRAIN AND CREAT A DISEQUILIBRIUM. THESE FREQUENCIES CAN ALSO IMBED SIGNALS ON RADIO BROADCASTS TO CREATE A FEELING OF FEAR OR ANXIETY AND MUCH MORE. THERE ARE MUCH MORE CAPABILITIES. THESE WEAPONS HAVE BUT ILL STOP AT THAT. IM A UNWITTING HUMAN SUBJECT FOR SOME FBOP STAFF NOT FOR RESEARCH BUT ONLY FOR TORTURE AND TORMENT. ALOT OF THE MEN AND WOMEN WHO WORK AT USP TERRE HAUTE ARE NO DOUBT DEDICATED PUBLIC SERVANTS AND CORRECTION PROFESSIONALS DOING A DIFFICULT, DANGEROUS, AND THANKLESS JOB. HOWEVER, AS YOU CAN READ FROM MY COMPLAINANT THERE ARE SOME FBOP STAFF MEMBERS HEREAT U.S.P TERRE HAUTE WHO BELIEVE THAT THEY ARE A LAW UNTO THEMSELVES, FREE TO ENGAGE IN ABUSIVE, OFTEN SADISTIC, TATICS TO INTIMIDATE, TORTURE, SEXUAL ABUSE, BRUTALLY ASSAULT "HUMAN" PRISONERS WITH DEW AND THE ADS SOME FBOP STAFF HAVE ENGAGED IN WHAT IS CLEARLY ILLEGAL CONDUCT WITH IMPUNITY FOR MONTHS NOW AND SOME FOR YEARS. IT IS DIFFICULT, IF NOT IMPOSSIBLE TO BELIEVE THAT OTHER FBOP STAFF AND, MORE IMPORTANTLY, FBOP MANAGEMENT LIKE WARDON T. J. WATSON ARE NOT AWARE OF WHAT HAS HAPPENED TO ME HERE AT USP TERRE HAUTE AND OTHER FBOP FACILITIES. FOR A MATTER OF FACT WARDON T. J- WATSON IS VERY AWARE ABOUT WHAT IS GOING ON BECAUSE MR WATSON WROTE A RESPONSE DATED 12. 4. 2019 TO ANOTHER ADMINISTRATIVE REMEDY. I HAVE ON GOING ABOUT DEW AND THE USE OF THEM ON ME AT USP ALLENWOOD. IN HIS RESPONSE MR WATSON STATES IF I SHOULD CONTINUE TO EXPERIENCE MEDICAL PROBLEMS STEMMING FROM THE ALLEGED INCIDENTS HE ENCOURAGED ME TO SUBMIT A SICK CALL. THAT DON'T HELP. MEDICAL STAFF DON'T DO MUCH BUT GET MAD AND VERY LITTLE IF ANYTHING AS I KNOW FIRST HAND FROM THE PASS AND THIS WEEK. AS YOU CAN READ AND I KNOW THEY ALSO WRITE SOME BOGUS MEDICAL REPORTS. I SEEN A LOT OF THEM. MR WATSON AND OTHER FBOP MANAGEMENT IN FACT HAVE ALREADY APPARENTLY TURNED A BLIND EYE TO THE MISCONDUCT OF HIS STAFF.

STOP THE      RESOLUTION TO MY REQUEST
STOP THE USE OF THE ACTIVE DENIAL SYSTEM ON ME. ② GET ME A MRI AND (PET) SCAN ON MY BRAIN ③ GET ME A ULTRA SOUND ON MY STOMACH AND TESTICLES TO SEE IF I HAVE NEW CYST AND SEE IF THE ONES I HAVE GOT BIGGER. ④ DO NEUROLOGICAL TEST ON MY LEGS, BACK AND HEART. ⑤ GET ME A HEART STRESS TEST AND LOOK FOR NERVE DAMAGE ⑥ GET ME ALL THE MEDICAL ATTENTION I NEED ⑦ ALSO SEEK ACCOUNTABILITY FOR ALL STAFF MEMBERS THAT ARE USING THE ADS ON ME TO ABUSE AND TORTURE ME WITH.

THANK YOU!

John J. McCullah    #03040-063

JOHN JAVIO McCULLAH

Remedy No.:  1012967-F1                          FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted April 7, 2020, in which you allege the Bureau of Prisons is inflicting pain on you through the use of "directed Energy Weapons," "Voice to Skull Technology," and an "Active Denial System."
For relief, you request the BOP stop utilizing the DEW and ADS against you.

A review of your request reveals no such items have been used at FCC Terre Haute. The only instance any force was used against you at USP Terre Haute was on October 6, 2019, where you were exposed to OC pepper spray due to your refusal to stop fighting with other inmates. Following the incident you were properly decontaminated and medically assessed with no injury or significant findings.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Tower II, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_____4/22/20_____                    _____
Date                                      T/ J. Watson, Complex Warden

EXHIBIT-C2

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __MCCULLAH  JOHN  J__  __03040-063__  __F-1__  __USP TERRE HAUTE__
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT     INSTITUTION

Part A - REASON FOR APPEAL I'M DISSATISFIED WITH T. J. WATSON RESPONSE. MR WATSON CLAIMS THAT NO SUCH WEAPONS HAVE BEEN USED ON ME AT FCC TERRE HAUTE. THATS NOT TRUE THE "ACTIVE DENIAL SYSTEM" (ADS), HAS BEEN USED ON ME AND IS STILL BEING USED ON ME BY FBOP STAFF HEAR AT FCC TERRE HAUTE, I STAND ON MY ~~ACTUAL~~ CLAIMS I MAKE IN MY BP-9. PLEASE SEE BP-9 AND ALL ATTACHMENTS

            THANK YOU

__4-28-2020__
DATE

_John J McCullah_
SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED
MAY 0 4 2020
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

EXHIBIT- C.3

_____  _____
DATE                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE       CASE NUMBER: __1012967-R1__

Part C - RECEIPT

                       CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

                                            BP-230(13)

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number: 1012967-R1**

This is in response to your Regional Administrative Remedy Appeal received in this office on May 4, 2020, in which you allege staff is inflicting pain on you through the use of "direct energy weapons," "voice to skull technology," and an "active denial system." For relief, you request staff stop using these weapons on you.

The information presented in your Regional Administrative Remedy Appeal and the Warden's response, dated April 22, 2020, was reviewed. The Warden's response adequately addresses your concerns regarding Use of Force you have been subjected to. The Bureau of Prisons does not employ direct energy weapons, voice to skull technology, or active denial systems on inmates. You have provided no evidence staff acted contrary to policy.

Based on the above information, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

5/13/20
Date

J. E. Krueger, Regional Director

EXHIBIT-C4

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: McCULLAH    JOHN    J    03040-063    F-1    USP TERRE HAUTE
    LAST NAME, FIRST, MIDDLE INITIAL, 31ST    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** ON APRIL 2020, I RECEIVED A RESPONSE TO MY REGIONAL ADMINISTRATIVE REMEDY APPEAL #1012967-R1 BY J.E. KRUEGER. I'M NOT SATISFIED WITH HIS RESPONSE. IN MR KRUEGER RESPONSE HE MAKES REFERENCE TO WARDEN'S WATSON ADMINISTRATIVE REMEDY (BP-9) DATED APRIL 22 2020. WATSON MAKES A FALSE STATEMENT AND CLAIMS IN HIS RESPONSE DATED 4,22,20, STATING NO SUCH ITEMS LIKE THE "ACTIVE DENIAL SYSTEM"(ADS) HAVE BEEN USED ON ME AT FCC TERRE HAUTE. AND MAKES REFERENCE TO OCTOBER 6, 2019 WHERE I WAS EXPOSED TO OC PEPPER SPRAY, DIRECTED ENERGY WEAPONS"(DEW) OR THE (ADS) DON'T HAVE ANYTHING TO DO WITH OC PEPPER SPRAY. I KNOW THE DIFFERENCE BETWEEN (DEW) AND OC SPRAY. IN MR KRUEGER RESPONSE HE STRAIGHT OUT LIES AND CLAIMS THE FBOP DOSE NOT EMPLOY (DEW) OR THE (ADS). WITH MY BP-9 I SENT ATTACHMENTS ABOUT (DEW) AND FBOP. SEE EXHIBIT A, B AND C,. EXHIBIT-C IS A "FREEDOM OF INFORMATION AND PRIVACY ACT" (FOIA). IN THIS FOIA TO FBOP THE INFORMATION I SEEK IS FOR FBOP TO IDENTIFY ANY AND ALL "DIRECTED ENERGY WEAPONS" (DEW), THE FBOP HAVE OBTINED OVER THE LAST SEVERAL YEARS.

JUNE 6, 2020    SEE ATTACHMENTS    _John J McCullah_
    DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JUN 2 3 2020

EXHIBIT-C 5
1 OF 2 PAGES

_____    _____
DATE    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 1012967-A1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Part C - RECEIPT**

    CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____    _____
DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN    ♲ PRINTED ON RECYCLED PAPER    BP-231(13)
    JUNE 2002

GENERAL COUNSEL
ATTACHMENT

EXHIBIT-A IS A RESPONSE TO MY FOIA DATED MARCH 5, 2018. IN THE RESPONSE FBOP DON'T NAME ANY (DEW), BUT STATE REFERRED TO THE DEPARTMENT OF DEFENSE (DOD). EXHIBIT-B IS A RESPONSE DATED SEPTEMBER 27, 2017 FROM RONALD RODGERS SENIOR COUNSEL FOR FBOP. IN HIS RESPONSE FBOP NAMES 1 (DEW) THE FBOP OBTAINED, THAT WEAPON IS THE (ADS). MR WATSON AND MR KRUEGER BOTH WROTE ME A FALSE DOCUMENT. SENIOR COUNSEL FOR FBOP MR RODGERS IN HIS RESPONSE TO MY FOIA DATED SEPT 27, 2017 STATES ONE OF THE (DEWS) THAT FBOP HAVE OBTAINED IS THE (ADS). ALSO MR KRUEGER STATES I HAVE PROVIDED NO EVIDENCE STAFF ACTED CONTRAY TO POLICY. MY BRAIN AND BODY HAS MOST OF THE EVIDENCE OF ELECTROMAGNETIC RADIATION BEING USED EXCESSIVLY ON THEM. I HAVE MRI's AND (PET) SCANS FROM THE 1990'S, 2005 AND THE LAST MRI AND (PET) FROM JUNE 2, 2014 BY THE UNIVERSITY OF PENNSYLVANIA. IF AND WHEN I DO GET ANOTHER MRI I KNOW I WILL HAVE MORE NEW BRAIN DAMAGE. THE USE OF ELECTROMAGNETIC RADIATION ON MY BRAIN THE WAY FBOP STAFF IS USING THE (ADS), ON IT IN FACT IS CONTRIBUTING OR THE CAUSE OF MY BRAIN DAMAGE AND A LOT OF MY OTHER MEDICAL ISSUES AND ALL THE CYST ALL OVER MY BODY. MY BODY AND BRAIN IS IN FACT FULL OF EVIDENCE OF FBOP STAFF'S SENSELESS AND FOOLISH ACTS OF TORTURE AND NO REGARD FOR HUMANITY. A DOG GETS PUT DOWN IN A MORE HUMAN WAY IN A DOG POUND, THEN THE WAY FBOP STAFF IS KILLING ME SLOWLY WITH THE USE OF THE (ADS) ON ME DAY AND NIGHT. IT IS VERY CLEAR TO ME THAT T. J. WATSON WARDEN AND J. E. KRUEGER REGIONAL DIRECTOR HAVE TURNED A BLIND EYE TO THE RUGUE FBOP STAFF MEMBERS CORRUPT PRACTICE AND DOWN RIGHT CRIMINAL ACTS. THE SAFETY OF INMATES SHOULD BE THE HIGEST PRIORITY FOR WARDEN WATSON, REGIONAL DIRECTOR KRUEGER, YOUR SELF AND ALL FBOP COHORTS. NOT TO TORTURE AND GIVE DISEASE TO OTHER HUMAN BEINGS. THIS SHOULD BE VERY CONCERNING TO YOU AND ALL FBOP MANAGEMENT. THE CRIMINAL ACTS BY FBOP STAFF NEEDS TO STOP. NOT ENCOURAGED BY FBOP MANAGEMENT LIKE MR WATSON AND MR KRUEGER BY GIVING BOGUS RESPONSE AND COVERING UP THE CORRUPTION BY THEIR COHORTS.

RESOLUTION TO MY REQUEST
① STOP THE USE OF THE "ACTIVE DENIAL SYSTEM" (ADS) ON ME.
② GET ME A MRI AND (PET) SCAN ~~CT SCAN~~ ON MY BRAIN TO SEE IF I HAVE NEW BRAIN DAMAGE.
③ GET ME A ULTRA SOUND ON MY STOMACH AND TESTICLES TO SEE IF I HAVE NEW CYST AND TO SEE IF THE ONES I HAVE GOT BIGGER.
④ DO NEUROLOGICAL TEST ON MY LEGS, BACK AND HEART.
⑤ GET ME A HEART STRESS TEST AND LOOK FOR NERVE DAMAGE.
⑥ GET ME ALL THE MEDICAL ATTENTION I NEED.
⑦ ACCOUNTABILITY FOR ALL STAFF MEMBERS THAT ARE USING THE (ADS) ON ME TO ABUSE AND TORTURE ME WITH.

THANK YOU!

*Joe J McCulh*           03040-063
July 6, 2020

EXHIBIT-C5
2 OF 2 PAGES



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_____

Central Office
320 First St., NW
Washington, DC 20534

March 5, 2018

John McCullah
Register No. 03040-063
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

Request Number: 2016-04893

Dear Mr. McCullah:

Because records pertaining to a video clip, originated with the Joint Non-Lethal Weapons Program (JNLWP), we referred that material to the Department of Defense (DOD) for processing and direct response to you. The FOIA contact for JNLWP is listed below:

OSD/JS FOIA Requesters Service Center
Chief, Ms. Stephanie Carr
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

If you have questions about this referral please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Sincerely,

Alex White, FOIA/PA Specialist, for
Ronald Rodgers, Senior Counsel

EXHIBIT-A C6

Administrative Remedy No. 1012967-A1
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal, wherein you staff at USP Terre Haute are subjecting you
to pain through the use of "direct energy weapons," voice to
skull technology" and an "active denial system."  For relief,
you request this practice cease, to receive several medical
procedures and staff be held accountable for your abuse and
torture.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  The Bureau of prisons does not utilize the
aforementioned devices on inmates and you provide no evidence
staff acted contrary to established policy.

Accordingly, this response is for informational purposes only.


_8/17/20_
Date

_JC_
Ian Connors, Administrator
National Inmate Appeals

EXHIBIT-C7



**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

| ☐ Institution | ☐ Region | ⊗ Central |
|---|---|---|
| A/F Unit *216* | | |

# Receipt of
# Administrative Remedy

| Inmate Name: | MCCULLAH, JOHN | Reg. No.: | 03040-063 |
|---|---|---|---|
| Administrative Remedy No.: | 1012967-A1 | | |

Received on this *10th* day of *September*, 2020.

*r. Colel  Counselor*
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2020.

Edits received by Unit Team on this _____ day of _____, 2020.

_____
Signature/Title of Staff

Inmate Copy



"FINISHED All REMEDYS
ON, SEPT, 10, 2020  "

EXHIBIT-C8

REQUEST FOR ADMINISTRATIVE REMEDY

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: McCULLAH JOHN J    03040-063    Z    LEWISBURG
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** I ARRIVED HERE AT USP LEWISBURG ON 3/10/2021 ON THAT DATE I CAME AWARE THAT FBOP STAFF HERE ARE USING THE "ACTIVE DENIAL SYSTEM" (ADS) ON ME TO TORTURE ME INFLICT PAIN ALL OVER MY BODY INTERNALLY AND EXTERNALLY GIVING ME HEADACHES & DIZZY, NOT LETTING ME SLEED AND PUT ME IN A TRANCE STATE OF MIND ALSO, VIBRATION All OVER MY BODY AND FBOP STAFF ARE SEXUALIY ASSAULTING ME WITH THIS "DIRECTED ENGERY WEAPON" USING THIS WEAPON TO INFLICT PAIN All OVER MY DICK, BALLS AND ASSHOLE ITS TORTURE, ALSO PENETRATION WITH A FOREIGN OBJECT. I FEEL FBOP STAFFS GOAL ARE TO DEGRADE AND HUMILIAT ME AS MUCH AS HUMANLY POSSIBLE BEFORE KILLING ME WITH THE USE THIS "DIRECTED ENGERY WEAPON" THE (ADS). MR R. MARR C.C. MAKES A CLAIM, IN HIS BP-8 DATED 3/24/21 THAT NO SUCH THING AS THE "ACTIVE DENIAL SYSTEM (ADS) I KNOW R. MARR CLAIM IS WRONG, I DID FILE A (FOIA) TO BOP AND WAS TOLD FBOP DOES HAVE THE (ADS) AS OF DATE 3/29/21, FBOP STAFF ARE STILL USING THE (ADS) ON ME IN THE SAME MANER. THE DECISION NOT TO STOP THE USE OF THE (ADS) ON ME CRIMINALIY VIOLATES THE MOST BASIC MORAL ARITHMETIC. ALSO I GET COPIES OF THE FOIA FORM ME TO FBOP WITH FBOP NAMING THE "WEAPON" IS IN FACT THE (ADS), FROM MY LAWYER AND SEND COPIES WITH MY BP-10    "OUT COME OR RESOLUTION"
& BP-11...

#1 STOP THE USE OF THE "DIRECTED ENGERY WEAPON", THE "ACTIVE DEIAI SYSTEM" ADS ON ME.
#2 HOLD FBOP STIFF THAT ARE USING THE (ADS), ON ME TO ASSAULT, TORURE AND SEXUALLY ASSALTING ME RESPONSIBLE FOR THEIR ACTIONS!
             THANK YOU!

3/29/2021                      *John J McCullah*
    DATE                                 SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED

APR 01 2021

ADMIN REMEDY CLERK
USP LEWISBURG

EXHIBIT-D1

_____
        DATE                              WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE              CASE NUMBER: 1015011-F1

                                           CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____
       DATE                             RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER                             BP-229(13)
                                                                  APRIL 1982