# U.S. DEPARTMENT OF JUSTICE
## Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** McCULLAH, JOHN J  |  03040-063  |  Z  |  LEWISBURG
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

I ARRIVED HERE AT USP LEWISBURG ON 3/10/2021. ON THAT DATE I CAME AWARE THAT FBOP STAFF HERE ARE USING THE "ACTIVE DENIAL SYSTEM" (ADS) ON ME TO TORTURE ME INFLICT PAIN ALL OVER MY BODY INTERNALLY AND EXTERNALLY GIVING ME HEADACHES & DIZZY NOT LETTING SLEEP AND PUT ME IN A TRANCE STATE OF MIND ALSO VIBRATION ALL OVER MY BODY. AND FBOP STAFF ARE SEXUALLY ASSAULTING ME WITH THIS "DIRECTED ENGERY WEAPON". USING THIS WEAPON TO INFLICT PAIN ALL OVER MY DICK, BALLS AND ASSHOLE IT'S TORTURE. ALSO PENETRATION WITH A FOREIGN OBJECT. I FEEL FBOP STAFFS GOAL ARE TO DEGRADE AND HUMILIATE ME AS MUCH AS HUMANLY POSSIBLE BEFORE KILLING ME WITH THE USE THIS "DIRECTED ENGERY WEAPON" THE (ADS) MR R. MARR C.C. MAKES A CLAIM IN HIS BP-8 DATED 3/24/21 THAT NO SUCH THING AS THE "ACTIVE DENIAL SYSTEM" (ADS) I KNOW R. MARR CLAIM IS WRONG. I DID FILE A (FOIA) TO BOP AND WAS TOLD FBOP DOES HAVE THE (ADS) AS OF DATE 3/29/21, FBOP STAFF ARE STILL USING THE (ADS) ON ME IN THE SAME MANER. THE DECISION NOT TO STOP THE USE OF THE (ADS) ON ME CRIMINALLY VIOLATES THE MOST BASIC MORAL ARITHMETIC. ALSO I GET COPIES OF THE FOIA FORM ME TO FBOP WITH FBOP NAMING THE 'WEAPON IS INFACT THE (ADS), FROM MY LAWYER AND SEND COPIES WITH MY BP-10 & PB-11.  "OUT COME OR RESOLUTION"

#1 STOP THE USE OF THE "DIRECTED ENGERY WEAPON" THE "ACTIVE DENAI SYSTEM" ADS ON ME.
#2 HOLD FBOP STFF THAT ARE USING THE (ADS), ON ME TO ASSAULT, TORURE AND SEXUALLY ASSALTING ME  RESPONSIBLE FOR THEIR ACTIONS!
THANK YOU!

3/29/2021
DATE

*signature* John J McCullah
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
APR 01 2021
ADMIN REMEDY CLERK
USP LEWISBURG

EXHIBIT-D1

_____     _____
DATE                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**     CASE NUMBER: 1075011-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____     _____
DATE                RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982
USP LVN

**Admin. Remedy No.: 1075017-F1**
**Part B- Response**

## ADMINISTRATIVE REMEDY RESPONSE

In your request for administrative remedy dated April 1, 2021 you claim you are filing a complaint due to staff "…using he Active Denial System (ADS)". You claim this is negatively impacting your health. You further claim staff are "sexually assaulting" you with this device.

An inquiry was conducted into this matter. The Bureau of Prisons does not authorize staff to possess or utilize an "Active Denial System". There is no evidence to support the use of an "Active Denial System."

Based on the above findings, your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

_4/14/21_
Date

_[signature]_
RADM S. Spaulding, Warden

EXHIBIT-D2

**U.S. Department of Justice**  
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __McCULLAH  JOHN  J__  __03040-063__  __Z__  __USP LEWISBURG__
  LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL**

I'M DISSATISFIED WITH THE RESPONSE OF REMEDY # 1075017-F1 PART-B MR S. SPAULDING, WARDEN CLAIM THAT FBOP DOES NOT AUTHORIZE STAFF TO POSSESS OR UTILIZE THE "ACTIVE DENIAL SYSTEM"(ADS), AND CLAIMS THERE IS NO EVIDENCE TO SUPPORT THE USE OF THE (ADS) ON ME, WHEN IN FACT THE FBOP ALREADY ADMITTED TO OBTAINING THE "ACTIVE DENIAL SYSTEM (ADS), IN THE FOIA I SENT THEM IN FACT THE FBOP POSSESS AND UTILIZES THE (ADS). ALSO HE CLAIMS THERE IS NO EVIDENCE TO SUPPORT MY CLAIMS THAT FBOP STAFF ARE USING THE (ADS) ON ME. I HAVE BRAIN DAMAGE FROM THE USE OF THE (ADS) ON MY BRAIN. I HAVE MRI'S ALONG WITH (PAT)SCANS TO SHOW ALL THE BRAIN DAMAGE I HAVE THAT I NEVER HAD BEFORE. ALSO I HAVE SEVERAL MEDICAL ISSUES FROM THE USE OF THE (ADS) ON ME BY FBOP STAFF THAT DATES BACK FOR YEARS NOW, ITS STILL ON GOING UPTODATE. MY BRAIN AND BODY HAS THE FINGERPRINT OF THE (ADS), USE ALL OVER THEM. MR SPAULDING CLAIMS ARE BOGUS AND NO MORE THEN A COVER UP FOR HIS FBOP'S STAFF AND THEIR COHORTS ACTIONS OF TORTURE SEXUALLY ASSAULTING AND OTHER VIOLENT CRIMES AGAINST ME. THERE DOWN RIGHT CRIMINAL AND HEINOUS ACTS AGAINST ME WITH THE (ADS) I'M NOT THE ONLY ONE HUMAN BEING WITH THESE COMPLAINTS THERE'S ALOT OF OTHER INMATES WITH SIMILAR COMPLAINTS AS MINE. ITS VERY CLEAR THAT MR SPAULDING, ALONG WITH FBOP MANAGEMENT AND OTHER COHORTS HAVE IN FACT DECIDED TO TURN A BLIND EYE TO THESE CRIMES AGAINST ME AND HUMANITY "LIVE HUMAN BEINGS" THEY FEEL THEY ARE A LAW TO THEM SELFS, THEIR ACTIONS SHOWS THAT, A DOG IN A DOG POUND GETS BETTER TREATMENT BEFORE THEY GET PUT TO DEATH. THE DOG DON'T GET TORTURED BEFORE THEIR MURDERED. LIKE FBOP STAFF ARE DOING TO ME AND OTHERS. IF YOUR GOING TO KILL ME THEN KILL ME WITHOUT ALL THE TORTURE AND SEXUAL ASSAULTS. THEIR ACTS ARE A MISCARRIGE OF JUSTICE AND HUMANITY. THEY CERTAINLY NO VALUE FOR HUMAN LIFE OR HEALTH. THIS IS HAPPENING IN AMERICA. YOU WOULD THINK OF TORTURE LIKE THIS ONLY HAPPENS OVERSEAS NOT IN AMERICA. BUT IT IS AND IT HAS TO BE STOPED. RESOLUTION #1 STOP THE USE OF THE "DIRECTED ENGERY WEAPONS"(ADS), ON ME. #2 HOLD FBOP STAFF THAT ARE USING THE (ADS) ON ME TO ASSAULT, TORTURE AND SEXUALLY ASSAULT ME RESPONSIBLE FOR THEIR ACTIONS.

__4/21/2021__                     __/s/ John J McCullah__
  DATE                               SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED BACK ON 6,18,2021

WITH REJECTION NOTICE STATING

FORM MUST BE LEGIBLE & WORDER THE SAME

THIS legible AND ARE THE SAME AND THE ORGINALS ALL 4 PAGES WITH THIS.

EXHIBIT-D3
1 OF 4 PAGES

_____     _____
DATE                           REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE       CASE NUMBER: __1075017R1__

**Part C - RECEIPT**
                                 CASE NUMBER: _____

Return to: _____
  LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____                   _____
DATE                            SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                              BP-230(13)
                                                     JUNE 2002

# U.S. Department of Justice
## Federal Bureau of Prisons

# Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: MCCULLAH, JOHN J.   03040-063   Z   USP LEWISBURG
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** I'm dissatisfied with the response of remedy # 1075017-F1 PART-B Mr. S. Spaulding, warden claim that FBOP does not authorize staff to possess or utilize their "active denial system"(ADS) and claims there is no evidence to support the use of the (ADS) on me when in fact the FBOP already admitted to obtaining the "active denial system (ADS)" in the FOIA I sent them. Infact the FBOP possess and utilizes the (ADS). Also he claims there is no evidence to support my claims that FBOP staff are using the (ADS) on me. I have brain damage from the use of the (ADS) on my brain. I have MRI's along with (CAT) scans to show all the brain damage I have that I never had before. Also I have several medical issues from the use of the (ADS) on me by FBOP staff that dates back for years now. Its still on going up to date. My brain and body has the fingerprint of the (ADS) use all over them. Mr. Spaulding claims are bogus and no more then a cover up for his FBOP's staff and their cohorts actions of torture, sexually assaulting and other violent crimes against me. There down right criminal and heinous acts against me with the (ADS). I'm not the only human being with these complaints. There's a lot of other inmates with similar complaints as mine. Its very clear that Mr Spaulding along with FBOP management and their cohorts have in fact decided to turn a blind eye to these crimes against me and humanity "live human beings" they feel they are a law to them selfs. Their actions shows that a dog in a dog pound gets better treatment before they get put to death. The dog dont get tortured before their murdered, like FBOP staff are doing to me and others. If your going to kill me then kill me without all the torture and sexual assaults. Their acts are a miscarriage of justice and humanity. They certainly no value for human life or health. This is happening in America. You would think of torture like this only happens overseas, not in America, but it is and it has to be stopped. RESOLUTION #1 STOP THE USE OF THE "DIRECTED ENERGY WEAPONS" (ADS). ON ME. #2 HOLD FBOP STAFF THAT ARE USING THE (ADS) ON ME TO ASSAULT, TORTURE AND SEXUALLY ASSALT ME RESPONSIBLE FOR THEIR ACTIONS.

4/21/2021                                      [signature]
DATE                                           SIGNATURE OF REQUESTER

**Part B - RESPONSE**

ALL 4 PAGES WITH THIS.

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

APR 26 2021

EXHIBIT-D3
NERO-PHILADELPHIA   4 PAGES
                    2 OF 4 PAGES

_____            _____
DATE                           REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                CASE NUMBER: 1075017-R1

**Part C - RECEIPT**
                                              CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

_____            _____
DATE                           SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                    BP-230(13)
                                                           JUNE 2002

U.S. Department of Justice                                Regional Administrative Remedy Appeal
Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: MCCULIAH JOHN J        03040-063        Z        USP LEWISBURG
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I'M DISSATISFIED WITH THE RESPONSE OF REMEDY # 1075017-F1 PART-B MRS. SPAULDING, WARDEN CLAIM THAT FBOP DOES NOT AUTHORIZE STAFF TO POSSESS OR UTILIZE THE "ACTIVE DENIAL SYSTEM" (ADS) AND CLAIMS THERE IS NO EVIDENCE TO SUPPORT THE USE OF THE (ADS) ON ME, WHEN IN FACT THE FBOP ALREADY ADMITTED TO OBTAINING THE "ACTIVE DENIALS SYSTEM" (ADS) IN THE FOIA I SENT THEM. FBOP STAFF ARE USING THE (ADS) ON ME. I HAVE BRAIN DAMAGE FROM THE USE OF THE (ADS) ON MY BRAIN. I HAVE MRI'S ALONG WITH PHYSICIANS TO SHOW ALL THE BRAIN DAMAGE I HAVE THAT I NEVER HAD BEFORE. ALSO I HAVE SEVERAL MEDICAL ISSUES FROM THE USE OF THE (ADS) ON ME BY FBOP STAFF THAT DATES BACK FOR YEARS NOW. IT'S STILL GOING ON UP TO DATE. MY BRAIN AND BODY HAS THE FINGERPRINT OF THE (ADS) USE ALL OVER THEM. MR SPAULDING CLAIMS ARE BOGUS AND NO MORE THEN A COVER UP FOR HIS FBOPS STAFF AND THEIR COHORTS ACTIONS OF TORTURE SEXUALLY ASSAULTING AND OTHER VIOLENT CRIMES AGAINST ME. THERE DOWN RIGHT CRIMINAL AND HEINOUS ACTS AGAINST ME WITH THE (ADS) I'M NOT THE ONLY HUMAN BEING WITH THESE COMPLAINTS THERES A LOT OF OTHER INMATES WITH SIMILAR COMPLAINTS AS MINE. ITS VERY CLEAR THAT MR SPAULDING ALONG WITH FBOP MANAGMENT AND OTHEIR COHORTS HAVE IN FACT DECIDED TO TURN A BLIND EYE TO THESE CRIMES AGAINST ME AND HUMANITY "LIVE HUMAN BEINGS" THEY FEEL THEY ARE A LAW TO THEM SELFS, THEIR ACTIONS SHOWS THAT A DOG IN A DOG POUND GETS BETTER TREATMENT BEFORE THEY GET PUT TO DEATH. THE DOG DONT GET TORTURED BEFORE THEIR MURDERED, LIKE FBOP STAFF ARE DOING TO ME AND OTHERS. IF YOUR GOING TO KILL ME THEN KILL ME WITHOUT ALL THE TORTURE AND SEXUAL ASSAULTS. THEIR ACTS ARE A MISCARRIGE OF JUSTICE AND HUMANITY. THEY CERTAINLY NO VALUE FOR HUMAN LIFE OR HEALTH. THIS IS HAPPENING IN AMERICA. YOU WOULD THINK OF TORTURE LIKE THIS ONLY HAPPENS OVERSEAS NOT IN AMERICA, BUT IT IS AND IT HAS TO BE STOPPED. RESOLUTION #1 STOP THE USE OF THE "DIRECTED ENGERY WEAPONS" (ADS) ON ME. #2 HOLD FBOP STAFF THAT ARE USING THE (ADS) ON ME TO ASSAULT, TORTURE AND SEXUALLY ASSAULT ME RESPONSIBLE FOR THEIR ACTIONS.

4/2/2021                                                    [signature]
DATE                                                        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

ALL 4 PAGES WITH THIS.

EXHIBIT-D3
3 OF 4 PAGES
2 OF 4 PAGES

---

DATE                                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE                               CASE NUMBER: 1075017R1

**Part C - RECEIPT**
                                                            CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____              _____
DATE                                 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                                BP-230(13)
                                                                       JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: MCCULLAH, JOHN V.  02040-063  Z  USP LEWISBURG
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** I'M DISSATISFIED WITH THE RESPONSE OF REMEDY # 1046017 PART-B MRS. SPAULDING, WARDEN CLAIM THAT F.BOP DOES NOT AUTHORIZE STAFF TO POSSESS OR UTILIZE THE "ACTIVE DENIAL SYSTEM" (ADS) AND CLAIMS THERE IS NO EVIDENCE TO SUPPORT THE USE OF THE (ADS) ON ME, WHEN IN FACT THE F.BOP ALREADY ADMITTED TO OBTAINING THE "ACTIVE DENIAL SYSTEM" (ADS) IN THE FOIA I SENT THE F.BOP POLICE AND UTILIZES THE (ADS) ALSO HE CLAIM(S) THERE IS NO EVIDENCE TO SUPPORT MY CLAIMS THAT F.BOP STAFF ARE USING THE (ADS) ON ME. I HAVE BRAIN DAMAGE FROM THE USE OF THE (ADS) ON MY BRAIN, I HAVE MRI ALONG WITH X-RAYS TO SHOW ALL THE BRAIN DAMAGE I HAVE THAT I'LL NEVER GET BETTER ALSO I HAVE SEVERAL MEDICAL ISSUES FROM THE USE OF THE (ADS) ON ME BY F.BOP STAFF THAT DATES BACK FOR YEARS NOW, IT'S STILL GOING ON TO DATE. MY BRAIN AND BODY HAS THE FINGERPRINT OF THE (ADS) USE ALL OVER THEM. MR. SPAULDING CLAIMS ARE BOGUS AND NOMORE THEN A COVER UP FOR HIS F.BOP STAFF AND THEIR COHORTS ACTIONS OF TORTURE SEXUALLY ASSAULTING AND OTHER VIOLENT CRIMES AGAINST ME. THERE DOWN RIGHT CRIMINAL AND HEINOUS ACTS AGAINST ME WITH THE (ADS) I'M NOT THE ONLY HUMAN BEING WITH THESE COMPLAINTS THERE'S A LOT OF OTHER INMATES WITH SIMILAR COMPLAINTS AS MINE. ITS VERY CLEAR THAT MR SPAULDING ALONG WITH F.BOP MANAGEMENT AND OTHER COHORTS HAVE IN FACT DECIDED TO TURN A BLIND EYE TO THESE CRIMES AGAINST ME AND HUMANITY "LIVE HUMAN BEINGS" THEY FEEL THE ARE A LAW TO THEMSELFS. THEIR ACTIONS SHOWS THAT, A DOG IN A DOG POUND GETS BETTER TREATMENT BEFORE THEY GET PUT TO DEATH. THE DOG DON'T GET TORTURED BEFORE THEIR MURDERED LIKE F.BOP STAFF ARE DOING TO ME AND OTHERS. IF YOUR GOING TO KILL ME THAN JUST DO IT WITHOUT ALL THE TORTURE AND SEXUAL ASSAULTS. THEIR ACTS ARE A MISCARRIAGE OF JUSTICE AND HUMANITY, THEY OF BRAINS NO VALUE FOR HUMAN LIFE OR HEALTH. THIS IS HAPPENING IN AMERICA, YOU WOULD THINK OF TORTURE LIKE THIS ONLY HAPPENS OVER SEAS NOT IN AMERICA, BUT IT IS AND IT HAS TO BE STOPPED. RESOLUTION: 1) STOP THE USE OF THE "DIRECTED ENERGY WEAPON" (ADS) ON ME # 2) HOLD F.BOP STAFF THAT ARE USING THE (ADS) ON ME TO ASSAULT, TORTURE AND SEXUALLY ASSAULT ME RESPONSIBLE FOR THEIR ACTIONS.

4/21/2021                                    [signature]
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

ALL 4 PAGES WITH THIS

EXHIBIT-D3
4 OF 4 PAGES

---

DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: _____

**Part C - RECEIPT**
                                              CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION
SUBJECT: _____

DATE                                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                    BP-230(13)
                                              JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 21, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : JOHN JAVILO MCCULLAH, 03040-063
      TERRE HAUTE USP    UNT: A/F    QTR: F02-201L
      4700 BUREAU ROAD SOUTH
      TERRE HAUTE, IN 47802

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1075017-R1      REGIONAL APPEAL
DATE RECEIVED   : APRIL 26, 2021
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 2: SEE REMARKS.

REMARKS        : PAGES 3 AND 4 ARE NOT LEGIBLE. YOUR CORRECTED APPEAL
                 SHOULD BE SENT TO THE NORTH CENTRAL REGIONAL
                 OFFICE.

I RECEIVED ON 6,18,2021
NOT MAY 21, 2021

EXHIBIT-D4

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: McCULLAH, JOHN J.  03040-063  F-2  USP TERRE HAUTE
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

## Part A - REASON FOR APPEAL

ON 6/18/2021 I RECEIVED A REJECTION NOTICE-ADMIN REMEDY, REMEDY ID# 1075017, THIS IS MY NEW ONE. I'M DISSATISFIED WITH THE RESPONSE FROM PART-B, MR. SPAULDING, WARDEN CLAIM THAT FBOP DOES NOT AUTHORIZE FBOP STAFF TO POSSESS OR UTILIZE THE "ACTIVE DENIAL SYSTEM" (ADS) HE ALSO CLAIMS THERE IS NO EVIDENCE TO SUPPORT THE USE OF AN "ACTIVE DENIAL SYSTEM" ON ME. MR SPAULDING RESPONSE IN REMEDY NO#: 1075017-F1 PART B-RESPONSE IS FALSE. WHEN IN FACT FBOP HAS ALREADY ADMITTED TO OBTAINING THE "ADS" IN A FOIA I SENT THE FBOP. REQUEST THE FOLLOWING INFORMATION. ASKING THE FBOP TO IDENTIFY ALL LESS-LETHAL OR NON-LETHAL "DIRECTED ENERGY WEAPONS" AND "DIRECTED ENERGY DEVICES" THAT THE FBOP HAS OBTAINED OVER THE LAST SEVERAL YEARS, LIKE THE "ELECTROLASER", "LONG RANGE ACUSTIC DEVICE" (LRAD) AND THE "ACTIVE DENIAL SYSTEM" (ADS), AND TO IDENTIFY ALL (DEW) THE FBOP HAS OBTAINED THAT USE "ELECTROMAGNETIC" (EMF), "ELECTROMAGNETIC RADIATION" (EMR), "THERMAL HEATING", "PULSED ENERGY", "DIRECTED ACOUSTICS", "NEUROLOGICAL TECHNOLOGY", "LASER GUIDED WEAPONS", "PLASMA CHANNEL", IONATRON, BEAMS, MICROWAVES OR VOICE-TO-SKULL TECHNOLOGIES" (V2K).

6/19/2021    SEE ATTACHMENTS    /s/ John J McCullah
DATE                            SIGNATURE OF REQUESTER

## Part B - RESPONSE

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

NOV X 3 2021

NERO-PHILADELPHIA

PART-A
DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

JUL X 6 2021

NERO-PHILADELPHIA

EXHIBIT-D5
WITH 3 PAGES ATTACHMENT

EXHIBIT-D5

_____    _____
DATE               REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                  CASE NUMBER: 1075017-R2

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____         _____
DATE                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                    BP-230(13)
                                                           JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: McCULLAH JOHN J         03040-063        F2       USP TERRE HAUTE
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** ON 6,18,2021 I RECEIVED A REJECTION NOTICE-ADMIN REMEDY, REMEDY ID# 1075017, THIS IS MY NEW ONE. I'M DISSATISFIED WITH THE RESPONSE FROM PART-B, MR SSPAULDING, WARDEN CLAIM THAT FBOP DOES NOT AUTHORIZE FBOP STAFF TO POSSESS OR UTILIZE THE "ACTIVE DENIAL SYSTEM" (ADS) HE ALSO CLAIMS THERE IS NO EVIDENCE TO SUPPORT THE USE OF AN "ACTIVE DENIAL-SYSTEM" ON ME. MR SPAULDING RESPONSE IN REMEDY NO.; 107501F-F1 PART B-RESPONSE IS FALSE. WHEN IN FACT FBOP HAS ALREADY ADMITTE TO OBTAINING THE "ADS" IN A FOIA I SENT THE FBOP. REQUEST THE FOLLOWING INFORMATION, ASKING THE FBOP TO IDENTIFY ALL LESS-LETHAL OR NON-LETHAL "DIRECTED ENERGY WEAPONS" AND "DIRECTED ENERGY DEVICES" THAT THE FBOP HAS OBTAINED OVER THE LAST SEVERAL YEARS, LIKE THE "ELECTROLASER", "LONG RANGE ACUSTIC DEVICE" (LRAD) AND THE "ACTIVE DENIAL SYSTEM" (ADS), AND TO IDENTIFY ALL (DEW) THE FBOP HAS OBTAINED THAT USE "ELECTROMAG-NETIC" (EMF) "ELECTROMAGNETIC RADIATION" (EMR), "THERMAL HEATING", "PULSED-ENERGY", "DIRECTED ACOUSTICS" "NEUROLOGICAL TECHNOLOGY", "LASER GUIDED WEAPONS", "PLASMA CHANNEL" "IONATRON, BEAMS" MICROWAVES OR VOICE-TO-SKULL TECHNOLOGIES" (V2K),

6,19,2021                SEE ATTACHMENTS        John J McCullah
    DATE                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

PART-3

EXHIBIT-D5
WITH 3 PAGES
ATTACHMENT

_____        _____
     DATE                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE         CASE NUMBER: 1075017R2

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____        _____
     DATE                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                        BP-230(13)
                                               JUNE 2002

U.S. Department of Justice     **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __MCCULLAH, JOHN J.__    __03040-063__    __F2__    __USP TERRE HAUTE__
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** ON 6,18,2021 I RECEIVED A REJECTION NOTICE-ADMIN REMEDY REMEDY ID# 1075017, THIS IS MY NEW ONE. I'M DISSATISFIED WITH THE RESPONSE FROM PART-B, MR S.SPAULDING, WARDEN CLAIM THAT FBOP DOES NOT AUTHORIZE FBOP STAFF TO POSSESS OR UTILIZE THE "ACTIVE DENIAL SYSTEM" (ADS) HE ALSO CLAIMS THERE IS NO EVIDENCE TO SUPPORT THE USE OF AN "ACTIVE DENIAL SYSTEM" ON ME, MR SPAULDING RESPONSE IN REMEDY NO# 107501F-F1 PART B-RESPONSE IS FALSE WHEN IN FACT FBOP HAS ALREADY ADMITTED TO OBTAINING THE "(ADS)" IN A FOIA I SENT THE FBOP REQUEST THE FOLLOWING INFORMATION. ASKING THE FBOP TO IDENTIFY ALL LESS-LETHAL OR NON-LETHAL "DIRECTED ENERGY WEAPONS" AND "DIRECTED ENERGY DEVICES" THAT THE FBOP HAS OBTAINED OVER THE LAST SEVERAL YEARS, LIKE THE "ELECTROLASER", "LONG RANGE ACOUSTIC DEVICE"(LRAD) AND THE "ACTIVE DENIAL SYSTEM"(ADS). AND TO IDENTIFY ALL (DEW) THE FBOP HAS OBTAINED THAT USE "ELECTROMAGNETIC"(EMF) "ELECTROMAGNETIC RADIATION"(EMR), "THERMAL HEATING", "PULSED ENERGY", "DIRECTED ACOUSTICS", "NEUROLOGICAL TECHNOLOGY", "LASER GUIDED WEAPONS", "PLASMA CHANNEL", IONATRON BEAMS, MICROWAVES OR VOICE-TO-SKULL TECHNOLOGIES"(V2K),

6/19/2021     SEE ATTACHMENTS     _John J McCullah_
DATE                                                              SIGNATURE OF REQUESTER

**Part B - RESPONSE**

EXHIBIT-D5
A-WITH-3-PAGES

---

DATE                                                              REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE          CASE NUMBER: __1075072-4__

**Part C - RECEIPT**

                                                                   CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____               _____
DATE                                 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                                                              BP-230(13) JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __McCULLAH, JOHN J__  __03040-063__  __F-2__  __USP TERRE HAUTE__
LAST NAME, FIRST, MIDDLE INITIAL / REG. NO. / UNIT / INSTITUTION

## Part A - REASON FOR APPEAL

ON 6/18/2021 I RECEIVED A REJECTION NOTICE-ADMIN. REMEDY REMEDY ID# 1075017. THIS IS MY NEW ONE. I'M DISSATISFIED WITH THE RESPONSE FROM PART-B. MR. SPAULDING, WARDEN CLAIM THAT FBOP DOES NOT AUTHORIZE FBOP STAFF TO POSSESS OR UTILIZE THE "ACTIVE DENIAL SYSTEM" (ADS) HE ALSO CLAIMS THERE IS NO EVIDENCE TO SUPPORT THE USE OF AN "ACTIVE DENIAL SYSTEM" ON ME. MR. SPAULDING RESPONSE IN REMEDY NO# 1075017-F1 PART B-RESPONSE IS FALSE WHEN IN FACT FBOP HAS ALREADY ADMITTED TO OBTAINING THE "ADS" IN A FOIA I SENT THE FBOP REQUEST THE FOLLOWING INFORMATION ASKING THE FBOP TO IDENTIFY ALL LESS-LETHAL OR NON-LETHAL "DIRECTED ENERGY WEAPONS" AND "DIRECTED ENERGY DEVICES" THAT THE FBOP HAS OBTAINED OVER THE LAST SEVERAL YEARS, LIKE THE "ELECTROLASER", "LONG RANGE ACOUSTIC DEVICE" (LRAD) AND THE "ACTIVE DENIAL SYSTEM" (ADS) AND TO IDENTIFY ALL (DEW) THE FBOP HAS OBTAINED THAT USE "ELECTROMAGNETIC" (EMF) "ELECTROMAGNETIC RADIATION" (EMR), "THERMAL HEATING", "PULSED ENERGY", "DIRECTED ACOUSTICS", "NEUROLOGICAL TECHNOLOGY", "LASER GUIDED WEAPONS", "PLASMA CHANNEL", "IONATRON BEAMS", MICROWAVES OR "VOICE-TO-SKULL TECHNOLOGIES" (V2K).

__6/18/2021__  SEE ATTACHMENTS  __John J McCullah__
DATE / SIGNATURE OF REQUESTER

## Part B - RESPONSE

_____  _____
DATE / REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: _____

## Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL / REG. NO. / UNIT / INSTITUTION

SUBJECT: _____

_____  _____
DATE / SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002

## ATTACHMENT

ON SEPTEMBER 27, 2017 FBOP SENT ME A RESPONSE TO MY FREEDOM OF INFORMATION ACT (FOIA) REQUEST. REQUEST NUMBER: 2016-04893 IN RESPONSE TO MY REQUEST, FBOP STAFF LOCATED 6 PAGES OF RESPONSIVE RECORDS, REGARDING THE "ACTIVE DENIAL SYSTEMS" (ADS), IN WHICH FBOP DETERMINED ONLY 3 PAGES ARE APPROPRIATE FOR RELEASE IN FULL AND 3 PAGES ARE APPROPRIATE FOR RELEASE IN PART. AS I WROTE ON THE REGIONAL ADMIN REMEDY APPEAL, IN THE FOIA I SOUGHT FOR FBOP TO IDENTIFY ALL "DIRECTED ENERGY WEAPONS" (DEW) THAT THE FBOP HAS OBTAINED OVER THE LAST SEVERAL YEARS, AND OUT OF ALL THE (DEW) I LISTED THE FBOP ONLY IDENTIFY ONE (DEW) THAT THEY "FBOP" HAS OBTAINED, AND THAT WEAPON IS THE "ACTIVE DENIAL SYSTEMS" (ADS). SO FOR MR. S. SPAULDING TO MAKE THE CLAIM THAT FBOP DOES NOT AUTHORIZE STAFF TO POSSESS OR UTILIZE AN "ACTIVE DENIAL SYSTEM" IS FALSE, OR STAFF FOR THE FBOP THAT ANSWERED MY FOIA ARE LIARS, WHICH IS IT? DID MR. S. SPAULDING FALSIFY A FEDERAL DOCUMENT OR IS FBOP STAFF THAT ANSWERED MY (FOIA) LIARS? I THINK THE COURT WILL HAVE TO ANSWER THAT ONE. ALSO MR SPAULDING CLAIMS THERE IS NO EVIDENCE TO SUPPORT MY CLAIMS THAT FBOP STAFF ARE USING THE (ADS), ON ME. I HAVE BRAIN DAMAGE FROM THE USE OF THE (ADS), ON MY BRAIN. I HAD MRI'S. ONE MRI ON July-5-1994 AT THE UNIVERSITY HOSPITALS MAGNETIC RESONANCE IMAGING. IN THAT MRI VENTRICULAR SYSTEM IS WITHIN NORMAL LIMITS. IMPRESSION: 1. A 1.1 X 1.0 CM IN DIAMETER CYSTIC STRUCTURE IN THE PINEAL REGION WITHOUT ASSOCIATED FINDINGS, THIS MOST LIKELY REPRESENTS A PINEAL CYST. NEOPLASM CANNOT BE ENTIRELY EXCLUDED BUT APPEARS LESS LIKELY. ALSO IT WAS RECOMMEND FOLLOW UP MRI IN 6 MONTHS. 2. OTHERWISE UNREMARKABLE MRI OF THE BRAIN. THEN ON FEB-2-1995 I HAD ANOTHER MRI OF MY BRAIN. STATES PREVIOUS COMPARISONS ARE DATED 7-5-1994 THE CEREBELLA FOLIA ARE MILDLY PROMINENT CONSISTENT WITH MILD CEREBELLAR ATROPHY. NO OTHER FOCAL ABNORMALITY IS IDENTIFIED. THEN I HAD ANOTHER ABOUT 2 YEARS AFTER IT WAS THE SAME. I HAVE TO GET THAT MRI RESULTS. THEN I HAD ANOTHER MRI IN 2005 AT COLEMAN FL. WAS TOLD NO ABNORMITY. I NEED TO GET THE PAPER WORK ON THE ALSO. THEN AFTER MAKING COMPLAINTS TO MY FORMER ATTORNEY MARK F. FLEMING AND ATTORNEY H.M. HERNANDEZ, COMPLAINTS THAT STARTED IN 2011 OF BEING TORTURED BY FBOP STAFF WITH SOME KIND OF DEVICE BY SENDING SHARP BEAMS, LASERS OR MICROWAVES-LIKE INVISIBLES RAYS THAT PENETRATE MY SKIN AND CAUSE EXCRUCIATING PAIN NIGHT AND DAY, EVEN USING IT ON MY BRAIN. "AT THAT TIME I DID NOT KNOW WHAT KIND OF WEAPON THAT FBOP STAFF WAS USING ON ME," BUT I NOW KNOW ITS THE (ADS). AFTER MAKING THESE COMPLAINTS, MY DEFENSE "ATTORNEYS" HIRED A MEDICAL EXPERT, Dr. GEORGE WOODS, TO EXAMINE ME. Dr. WOODS CONCLUDED THAT MY CONDITION IS NOT DUE TO MALINGERING, AND THAT I AM NOT EXAGGERATING MY SUFFERING. Dr. WOODS HAD CONCLUDED THAT MY COMPLAINTS OF BEING TORTURED MUST BE IMMEDIATELY INVESTIGATED IN A SERIOUS MANNER. UPON Dr. WOODS ADVISE, MY FORMER ATTORNEY ARRANGED FOR ME TO UNDERGO NEW BRAIN IMAGING AT THE UNIVERSITY OF PENNSYLVANIA MEDICAL CENTER TO SEE IF THERE IS ANY RECENT PHYSICAL EVIDENCE OF DAMAGE TO MY BRAIN. THEN ON JUNE 2, 2014 I HAD ANOTHER MRI AND (PET) SCAN, DO TO MY COMPLAINTS OF BEING TORTURED AND THE USE OF THE (ADS), ON MY BRAIN. ON MARCH 17, 2014 MRI WAS PERFORMED, REGIONS SHOWING A REDUCTION IN VOLUME OF AT LEAST 1.5 STANDARD DEVIATIONS (SD's) BELOW NORMAL, AND THEIR CORRESPONDING CONTRALATERAL STRUCTURES, ARE DISPLAYED BELOW (FIGURE 1). THESE RESULTS SHOW THAT THE OVERALL VOLUME OF MY BRAIN IS IN THE NORMAL RANGE, HOWEVER, THE COMBINED VOLUME OF THE SUPERIOR FRONTAL, ANGULAR GYRUS,

(1)

EXHIBIT-DS

AND SUPERIOR TEMPORAL EXCEEDS 2.5 SD BELOW AVERAGE. REDUCTIONS IN SIZE OF THIS MAGNITUDE ARE CLEARLY ABNORMAL. THE VOLUMES OF THESE REGIONS INDIVIDUALLY ARE CLINICALLY SIGNIFICANT. THE ANTERIOR LIMB OF INTERNAL CAPSULE IS REDUCED BY 1.5 SDs BELOW NORMAL, AND GLOBUS PALLIDUS HAS VOLUME REDUCTION AT 2 SD BELOW NORMAL. THE SUMMARY AND CONCLUSIONS OF THE MRI & PET. RESULTS OF THE STRUCTURAL AND FUNCTIONAL IMAGING OF MY BRAIN CONVERGE TO SHOW ABNORMALITIES INDICATING BRAIN DAMAGE. THE STRUCTURAL MEASURES FROM THE MRI SHOWED LOW VOLUME IN THE SUPERIOR FRONTAL, ANGULAR GYRUS, SUPPERIOR TEMPORAL, GLOBUS PALLIDUS, AND THE ANTERIOR LIMB OF THE INTERNAL CAPSULE. FUNCTIONAL MEASURES WITH PET SHOWED ABNORMALLY HIGH METABOLISM IN THE FRONTAL AND PARIETAL REGIONS, AND MARKEDLY REDUCED METABOLISM IN LIMBIC REGIONS AND THE CALLOSUM. THERES MUCH MORE. I DO IN FACT HAVE BRAIN DAMAGE I NEVER HAD BEFORE FBOP STAFF STARTED USING THE (ADS), ON MY BRAIN. I HAVE A SUBSTANTIAL AMOUNT OF EVIDENCE THAT THE FBOP STAFF HAS BEEN USING THE "ACTIVE DENIAL SYSTEM" NOT ONLY ON MY BRAIN, BUT ALL OVER MY BODY INTERNALLY AND EXTERNALLY. I HAVE SEVERAL MEDICAL ISSUES FROM FBOP STAFF USING THE (ADS) ON ME. DATED BACK FOR SEVERAL YEARS NOW. I BECAME AWARE THAT THE FBOP HAS BEEN USING THE (ADS), ON ME IN 2011 IT HAS BEEN ON GOING FOR YEARS NOW. FBOP STAFF DID NOT JUST START USING THE (ADS) ON ME ON MY ARRIVAL AT USP LEWISBURG ON 3/10/2021. THERE IS A LONG HISTORY OF MY COMPLAINTS OF FBOP STAFF TORTURING ME WITH THE (ADS) NOT ONLY TO FBOP STAFF AND MEDICAL BUT ALSO TO OUTSIDE ENTITIES THAT DATE BACK TO 2011. AFTER SENDING OUT THE BP-9 I SPOKE TO DR. ANDREW M. EDINGER ON OR ABOUT 4-9-2021 ABOUT THE USE OF THE (ADS) ON ME. DR. EDINGER CAME TO MY CELL TO TALK TO ME WHILE I WAS IN THE SHU. WE SPOKE BETWEEN THE DOOR AND WE HAVE TO SPEAK LOUD SO WE CAN HEAR EACH OTHER. AND WITH THAT OTHER PRISONERS CAN ALSO HEAR US TALKING. THE FIRST THING MR EDINGER TOLD ME WAS I'M HERE TO TALK TO YOU ABOUT YOUR CRAZY LASER STUFF JUST LIKE YEARS AGO. THIS IS NOT NEW TO US. IS IT MR MCCULLAH? I TOLD MR. EDINGER NO ITS NOT NEW TO US AND ITS NOT CRAZY LASER STUFF, AND I LET MR. EDINGER KNOW AT THAT TIME I DID NOT EVER CALL IT A LASER TO YOU. BACK WHEN I WAS HERE LAST TIME I USE TO CALL IT SOME KIND OF DEVICE, YOU AND OTHERS CALLED IT LASERS. I TOLD HIM BACK THEN I ONLY KNEW FBOP WAS USING SOME KIND OF DEVICE ON ME, THEN AFTER DOING YEARS OF RESEARCH, I FOUND OUT IT COULD BE SOME KIND OF "DIRECT ENERGY WEAPONS" (DEW). I LET DR. EDINGER KNOW THAT I NOW KNOW THE NAME OF THE WEAPON FBOP STAFF IS USING ON ME, ITS CALLED THE "ACTIVE DENIAL SYSTEM", SO THIS TIME WHEN YOUR WRITE YOUR REPORT. YOU DON'T HAVE TO WRITE IT OUT THAT I'M TALKING ABOUT FBOP STAFF USING SOME KIND OF LASER THING. THIS TIME MAKE SURE YOU WRITE IT RIGHT. ITS NOT A LASER, ITS A WEAPON AND THE NAME OF THE WEAPON IS THE "ACTIVE DENIAL SYSTEM" AND I'M TELLING YOU THAT ITS FBOP STAFF USING IT ON ME TO TORTURE ME AND SEXUALLY ASSAULT ME WITH. MR. EDINGER TOLD ME OK. THEN HE ASKED ME WELL IS IT LASERS THEIR SHOTING YOU WITH? I TOLD HIM NO, ITS BEAMS AND MICROWAVES. THEN DR. EDINGER TOLD ME TO TELL HIM MORE ABOUT THIS WEAPON. SO I TOLD HIM OK. AND TOLD HIM. THE (ADS), EMITS ELECTROMAGNETIC RADIATION, IT HEATS AND BURNS MY SKIN, THEY BEEN HEATING AND BURNING MY DICK, BALLS AND ASSHOLE THE PAIN IS LIKE NOT ANYTHING I EVER FELT IN MY LIFE A UNRELENTING AGONY. THEN HE TOLD ME STOP RIGHT THERE. SO I DID. THEN HE TOLD ME IF YOUR BEING BURNED WITH MICROWAVES AND BEAMS YOU WILL HAVE BURN MARKS ALL OVER YOUR BODY EVERY WHERE THEY USE IT ON YOU AT, YOU SAY THEY USED IT ALL OVER YOUR SENSITIVE AREAS. SO YOU SHOULD HAVE BURN MARKS ALL OVER THEM. THEN I LET HIM KNOW. NO IT DON'T LEAVE OR BURN THE SKIN. IT HEATS THE SKIN CAUSING A PAINFUL BURNING SENSATION WITHOUT ACTUALLY BURNING THE SKIN. THEN I TOLD HIM DO YOU REMEMBER WHEN I WAS HERE A FEW YEARS AGO. AND ALL OVER THE UPER PART OF MY BACK WAS SPLIT OPEN AND I HAD TO COME TO MEDICAL EVERY DAY TO GET THE OPENINGS

(2)

EXHIBIT-D5

#10595017-R2
3 OF 3 PAGES
③

AND INFECTED SORES CLEANED OUT AND REBANDAGE UP BECAUSE ALL THE OPEN WOUNDS WAS INFECTED? HE TOLD ME YES. THEN I TOLD HIM THATS WHAT HAPPENS WHEN FBOP STAFF TURNS UP THE ~~VALU~~ VALUE TO INFLICT MORE PAIN AND TORTURE ME MORE. IT DONT BURN THE SKIN. IT RIPS IT OPEN AND CAUSES INFECTION ~~INFECTION~~ BUT DOES NOT BURN THE SKIN. I TOLD HIM THE THERMAL HEATING WEAPON ACT LIKE A CAR RADIO. YOU CAN CHANGE THE FREQUENCIES TO GET DIFFERENT EFFECTS. THEN DR EDINGER ASKED ME IF I THINK ALL THE MEDICAL PROBLEMS I HAVE ARE CAUSED BY STAFF USING THE (ADS) ON ME? I TOLD HIM NO, BUT I DO KNOW FBOP HAVE CAUSED A LOT OF MY MEDICAL PROBLEMS. THEY DO CAUSE THE CYST ON MY TESTICALES. THEN HE TOLD ME I HAD THEM REMOVED. I TOLD HIM YES I DID AND NOW I HAVE MORE NEW PAINFUL ONES ON MY TESTICLES AND ALSO HAVE THEM ON MY STOMACH FROM STAFF USING THE (ADS) ON ME TO INFLICT PAIN ON ME AND THAT CAUSES ME MEDICAL PROBLEMS. THEN MR EDINGER CALLED ME DELUSIONAL AND WALKED AWAY FROM MY DOOR. I ALSO TALKED TO THE WARDEN, DEP WARDEN CAPTION AND 3 FEMALES FROM PSYCH SRVCS. DON'T KNOW NAMES. FBOP STAFF ARE OBLIGATED TO INSURE THE SAFETY OF ALL INMATES. THEY DO NOT HAVE THE RIGHT TO MAIM OR TORTURE ANYONE AND THEY DONT HAVE THE RIGHT TO SEXUALLY ASSAULT WITH ANY THING. I HAVE BEEN DEMANDING THAT FBOP INVESTIGATE MY CLAIMES OF TORTURE TO NO AVAIL FOR YEARS NOW. THE MEDICAL STAFF IS WELL AWARE OF MY COMPLAINTS ALONG WITH MOST OTHER FBOP STAFF BUT HAVE DONE NOTHING TO ALLEVIATE MY SUFFERING. MR SPAULDING CLAIMS ARE BOGUS AND NO MORE THEN A COVER UP FOR HIS STAFF AND THEIR COHORTS ACTIONS OF TORTURE AGAINST ME WITH THE (ADS). ITS VERY CLEAR THAT MR SPAULDING ALONG WITH OTHER FBOP STAFF MEMBERS BELIEVE THAT THEY ARE A LAW UNTO THEMSELVES, FREE TO ENGAGE IN ABUSIVE, OFTEN SADISTIC, TACTICS TO PUNISH, INTIMIDATE AND TORTURE INMATES WHO THEY WANT TO. THEY HAVE ENGAGED IN WHAT IS CLEARY ILLEGAL CONDUCT WITH IMPUNITY FOR YEARS. IT IS VERY DIFFICULT, IF NOT IMPOSSIBLE TO BELIEVE THAT OTHER FBOP STAFF AND MORE IMPORTANTLY FBOP MANAGEMENT ARE NOT AWARE OF WHAT HAS HAPPENED AT USP LEWISBURG AND OTHER FBOP USPS I BEEN IN. AND HAVE APPERENTLY TURNED A BLIND EYE TO THE MISCONDUCT. I HOPE THIS IS MORE LEGIBLE FOR YOU. I SORRY I CANT WRITE OR SPELL VERY WELL, BUT I COULD NOT READ OR WRITE WHEN I CAME TO PRISON. I'M SELF LEARNED.

RESOLUTION
#1 STOP THE USE OF THE "ACTIVE DENIAL SYSTEM" (ADS), OR ANY OTHER "DIRECTED ENERGY WEAPON" (DEW), ON ME.
#2 HOLD FBOP STAFF RESPONSIBLE FOR THEIR ACTIONS
#3 INVESTIGATE THIS MATTER

THANK YOU
John J McCullah
03040-063
4/21/2021

EXHIBIT-D5

③

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 26, 2021 2021        REC 9/1/2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : JOHN JAVILO MCCULLAH, 03040-063
      TERRE HAUTE USP    UNT: A/F    QTR: F02-223L
      4700 BUREAU ROAD SOUTH
      TERRE HAUTE, IN 47802


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1075017-R2       REGIONAL APPEAL
DATE RECEIVED   : JULY 6, 2021
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: SEE REMARKS.

REMARKS         : YOUR APPEAL SHOULD BE SENT TO THE NORT CENTRAL
                  REGIONAL OFFICE.

EXHIBIT-D6

U.S. Department of Justice  
Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **McCULLAH JOHN J**    **03040-063**    **F2**    **USP TERRE HAUTE**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL ON 9,1,2021 I RECEIVED A REJECTION NOTICE. IT STATES LISTED BELOW. I DID SEND MY REMEDIES TO THE NORT CENTRAL REGIONAL OFFILE. I NEVER GOT AN ANSWER TO THE BP-10. I WROTE IT OVER AS YOU CAN SEE. ITS LEGIBLE All 4 COPIES ARE THERE. I WOULD LIKE MY BP-10 ANSWERED. FBOP DOSE IN FACT HAVE THE "ACTIVE DENIAL SYSTEM" (ADS) BE TRUEFUL. FBOI DID ALREADY ID THE (ADS) AS THEY DID OBTAIN IT FROM THE (DOD) THEY ~~THE~~ DID STATE THAT IN A (FOIA).

RESOLUTION

#1 BE TRUTHFUL IN YOUR ANSWER  
#2 STOP THE USE OF THE "ACTIVE DENIAL SYSTEM" ON ME ~~OR ETC~~  
#3 HOLD FBOP STAFF RESPONSIBLE FOR THEIR ACTIONS  
#4 INVESTIGATE THIS MATTER  

THANK YOU!

9,20,2021  
DATE             SIGNATURE OF REQUESTER

Part B - RESPONSE

#1075017-R5  
EXHIBIT-D7

_____ DATE _____      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _____

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____  
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____ DATE _____      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN    PRINTED ON RECYCLED PAPER    BP-231(13) JUNE 2002



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☐ Institution  ☒ Region  ☐ Central

F2 Unit
202-140

# Receipt of Administrative Remedy

| Inmate Name: | MCCULLAH, John | Reg. No.: | 03040-063 |
|---|---|---|---|
| Administrative Remedy No.: | 1075017-R5 | | |

The Administrative Remedy was given to the inmate on January 12th, ~~2021~~ 2022.

_____
Signature/Title of Staff

If the Administrative Remedy is allowed to be resubmitted to the Institution, it was received by a Unit Team staff member on _____, 2021.

_____
Signature/Title of Staff

If the Administrative Remedy is allowed to be resubmitted to the Region or Central Office, it is the inmate's responsibility to ensure it is submitted in a timely manner.



REJECTED NOTICE
DATED 11,24,2021

EXHIBIT-D8

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

OCT -6    **REQUEST FOR ADMINISTRATIVE REMEDY**

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: MCCULLAH, JOHN J   REG. NO. 03040-063   UNIT: SHU   INSTITUTION: USP ALLENWOOD (FCI Allenwood)

**Part A – INMATE REQUEST** From the day I got here at FCI Allenwood on or about 5-20-2015 to date 9-29-2015 (FBOP) guards and or administration has been brutally torturing me with the use of less-lethal weapons and or conducted energy weapons. Federal Bureau of Prisons (FBOP), the (FBOP) have technology which use electromagnetic radiation, conducted energy devices and directed energy weapons. BOP staged new less-lethal weapons, conducted energy devices and directed energy weapons technologies in the last several years. The (FBOP) independently initiated pilot testing to evaluate prospective weapons. The DOJ Office of the Inspector General Evaluation and Inspections Division (OIG) found that the Department and its components did not coordinate their (FBOP) efforts to identify emerging less-lethal weapons technologies or to develop policies and procedures to ensure the consistent and appropriate use of existing weapons technologies systems. Listed in (OIG) emerging less-lethal weapons technologies are (1) Long Range Acoustic Device (LRAD) weapon that incapacitates using high-energy sound waves focused in a 15-70-30 degree beam allowing the LRAD to be aimed at a specific target. (2) Electrolaser – an electroshock weapon that forms an electrically conductive laser-induced plasma channel. A powerful electric current can be sent down the channel to incapacitate subjects. (3) Active Denial System – emits electromagnetic radiation that deters individuals by causing painful burning sensation without actually burning the skin. I know for a fact this weapon has much more capabilities than listed in the (OIG) report. I've been keeping logs on the tortures and effects of burn the skin. I have burn marks, star above my back, neck, legs, head, feet, and this weapon right now I want FCI Allenwood under the Freedom of Information/Privacy Act of 1974 to identify all conducted energy weapons (LRAD), directed energy weapons technologies like active denial system, (3) long range acoustic channel (LRAC) like to electrolaser (2) electronic frequency or force (EMF) laser-induced plasma channel (1) laser, electromagnetic skull technology (V2K) & any devices, weapons and technology that use wave beams, lasers, electromagnetic radiation. Identify the weapons technology and stop the use of them get me medical attention.

Date: 9-24-2015   Signature of Requester: John J. McCullah

**Part B – RESPONSE** See listed #(3) Active Denial System

DATE _____

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

WARDEN OR REGIONAL DIRECTOR
CASE NUMBER: 838342-F1

ORIGINAL: RETURN TO INMATE
CASE NUMBER: _____

**Part C – RECEIPT**
Return to: _____ LAST NAME, FIRST, MIDDLE INITIAL   REG. NO. ____   UNIT ____   INSTITUTION ____

SUBJECT: _____

EXHIBIT-D9

EXHIBIT-B9

MCCULLAH, JOHN
Register No.: 03040-063
Appeal No.: 838342-F1
Page 1

## Part B - Response

This is in response to your Request for Administrative Remedy in which you claim the staff at FCI Allenwood utilized conducted energy weapons on you. You claim these weapons or devices have caused you to incur numerous medical issues as a result. As relief you are requesting the use of these weapons or devices ends.

An inquiry into your request revealed no such device exists at FCI Allenwood or any BOP facility. Your medical care while housed at FCI Allenwood was appropriate and required documentation was maintained properly.

Accordingly, your Request for Administrative Remedy is denied. If you are not satisfied with this response, you may appeal to the Regional Director within 20 calendar days of this response.

_____          10/22/15
L. J. Oddo                          Date
Warden

EXHIBIT-D10

MCCULLAH, John
Reg. No. 03040-063
Appeal No. 838342-R1
Page One

---

Part B - Response

You appeal the response from the Warden at USP Allenwood and claim staff used "energy weapons" on you. You claim the use of these weapons or devices have caused you numerous medical issues. You request staff stop using these weapons or devices against you.

A review of your appeal reveals the Warden adequately addressed your concerns. Your allegations were reviewed by the appropriate authority pursuant to Program Statement 3420.11, Standards of Employee Conduct. No such device exists at FCI Allenwood, or any BOP facility. The inquiry failed to reveal any evidence to substantiate your claim or to warrant a further review. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: December 2, 2015

J. L. NORWOOD
Regional Director

EXHIBIT-D11

D-31