LAW OFFICES OF
MARK F. FLEMING

1350 COLUMBIA STREET, SUITE 600
SAN DIEGO, CALIFORNIA 92101

TELEPHONE (619) 794-0220
FACSIMILE (619) 652-9964
mfflaw@cox.net

March 28, 2014

Dr. Andrew M. Edinger
USP Lewisburg
U.S. Penitentiary
2400 Robert F. Miller Drive
Lewisburg, PA 17837

Re: **Inmate John J. McCullah, Reg. No. 03040-063**

Dear Doctor Edinger:

I received information that you examined MRI scans recently taken of Mr. McCullah's brain. Those scans, which were taken at Evangelical Hospital last week, were done so solely as part of our defense of Mr. McCullah and Evangelical Hospital was not authorized to share them with anyone at USP Lewisburg, including you. I learned that within an hour of Mr. McCullah returning from the hospital, you came by his cell to discuss your opinion of what the scans revealed. I have not asked for your opinion, the scans were not ordered by you as part of your responsibilities as a BOP employee, and your behavior is now interfering with my defense investigation and with my relationship with Mr. McCullah.

With all due respect, your lack of concern for the well-being of Mr. McCullah has been well-documented. I have written to you in the past to complain of your lack of attention to Mr. McCullah's medical needs and your ill-advised decision to cut-off his anti-psychotic medication and other prescription medications that he has for years been prescribed by medical doctors at other BOP facilities. Your unsolicited opinion regarding the scans is an unwelcome interference and, I believe, was designed to provoke a reaction from Mr. McCullah.

Please do not speak to Mr. McCullah regarding the scans again. This has nothing at all to do with your duties at Lewisburg.

Respectfully,

Mark Fleming
Attorney for John McCullah

EXHIBIT E

# MAGNETIC RESONANCE IMAGING
## CONSULTATION

```
Patient Loc: GRIFFEN MEMORIAL HOSPITAL                    1116953-5
Patient Status: O                                    McMULLAN, JOHN
FC:                                                  DOB: Apr-22-64
MRI BRAIN WITHOUT INFUSION                           Age: 30 Years   Sex: M
A#- 268364   Feb-2-95  12:45        Requested by: NELSON, JOHN W., MD
```

---

(70551) MRI BRAIN WITHOUT INFUSION

HISTORY: Patient is a 30 year old male prisoner with pineal cyst found approximately 6 months ago.

Previous comparisons are dated 7-5-94.

This exam includes T2 axials, T1 sagittal and coronal images. A lesion is identified arising from the pineal gland which is low signal on T1 and proton density images and high signal on T2 images. This mass measures 1.0 x 1.1 x 1.2 cm. The cerebellar folia are mildly prominent consistent with mild cerebellar atrophy. No other focal abnormality is identified.

IMPRESSION:

1. Pineal cyst identified and unchanged from the previous exam dated 7-5-94.

2. Mild cerebellar atrophy.


Dictated BY: Long, Cynthia A., MD
             Todd Campbell, MD

Reviewed and Approved by: _____
                          WILSON, DON A., MD

Dictated on: Feb-2-95  17:51
Transcribed on: Feb-6-95  08:56    by LAWS, GINA M.  ( JMB )

EXHIBIT E1

UH-75X

THE [UNIVERSITY HO]
MAGNETIC RESONANCE IMAGING
CONSULTATION

1116953-5
05P

Patient Loc: GRIFFEN MEMORIAL HOSPITAL
Patient Status: O
FC:
MRI BRAIN WITHOUT INFUSION
A#- 217005   Jul-5-94   14:21      Requested by: NELSON, JOHN W., MD

MCCULLAH, JOHN
DOB: Apr-22-64
Age: 30 Years   Sex: M

(70551)   MRI BRAIN WITHOUT INFUSION

   HISTORY:  Mildly abnormal calcifications in the pineal and
   habenular region that are mildly suggestive of mass. Rule out
   lesion.

   Multiple contiguous T1 weighted sagittal and T2 weighted axial and
   coronal images were obtained. Gadolinium was not infused.

   There is an oval region of decreased signal intensity in the
   region of the pineal gland. This measures 1.1 x 1.0 cm. On the
   proton density and T2 weighted images signal is increased
   consistent with fluid. It is slightly brighter than that seen in
   the ventricles. This is suggestive of a nonpulsatile collection
   of fluid. There is no evidence of hydrocephalus or impression on
   the tectal plate.

   There is a normal gray/white matter differentiation. The cisterns
   are unremarkable. Ventricular system is within normal limits.

   IMPRESSION:

   1.   1.1 x 1.0 cm in diameter cystic structure in the pineal
   region without associated findings. This most likely represents a
   pineal cyst. Neoplasm cannot be entirely excluded but appears
   less likely. We recommend follow up MRI in approximately 6 months
   if patient remains asymptomatic.

   2.   Otherwise unremarkable MRI of the brain.

EXHIBIT-2

   Dictated BY: Cox, Cody, MD
               Jeffrey N. Turk, MD

   Reviewed and Approved by: _____
                             BRANDON, FREDERICK, MD    51

   Dictated on: Jul-5-94   17:38
   Transcribed on: Jul-6-94   08:58      by LAWS, GINA M., ( OMH )

OMH-75X

EXHIBIT 1 of 4 PAGES
E3





Ruben C. Gur, PhD
Professor, Departments of Psychiatry, Radiology & Neurology
Director, Brain Behavior Laboratory and the Center for Neuroimaging in Psychiatry

| | |
|---|---|
| PATIENT'S NAME: | John McCullah |
| DATE OF BIRTH: | 04/22/1964 |
| DATE OF REPORT: | June 2, 2014 |
| INTEGRATION BY: | Ruben C. Gur, PhD |
| REFERRED BY: | Manny Hernandez |

RE: NEUROIMAGING ASSESSMENT OF MR. MCCULLAH

### Background

Mr. McCullah was referred for quantitative analyses of structural and functional neuroimaging. A quantitative assessment of the structural magnetic resonance imaging (MRI) and the positron emission tomography (PET) data was performed, and summarized below are the results.

### Results of Magnetic Resonance Imaging (MRI): Volumetric structural analysis

MRI of the brain was performed at Evangelical Community Hospital in Lewisburg, Pennsylvania on March 17, 2014. These images were examined quantitatively by Christos Davatzikos, PhD via delineation of regions of interest (ROI) assisted by a semi-automated template-warping algorithm.[1] Regions showing a reduction in volume of at least 1.5 standard deviations (SDs) below normal, and their corresponding contralateral structures, are displayed below (Figure 1).



**Figure 1:** Volumetric analysis of Mr. McCullah's MRI. Volumes are expressed as z-scores (SDs from the mean) relative to healthy individuals.

Abb: SF=Superior frontal gyrus; AG=Angular gyrus; ST=Superior temporal gyrus; ALIC=Anterior limb of the internal capsule; GP=Globus pallidus

[1] Shen, D. and C. Davatzikos, "HAMMER: Hierarchical attribute matching mechanism for elastic registration". IEEE Trans on Med. Imaging, 2002. 21(11): p. 1421-1439.

10th Floor Gates Pavilion | 3400 Spruce Street | Philadelphia, PA 19104 | 215-615-3604 | Fax: 215-662-7903  gur@upenn.edu

EXHIBIT-E3
1 OF 4 PAGES

These results show that the overall volume of Mr. McCullah's brain is in the normal range. However, the combined volume of the superior frontal, angular gyrus, and superior temporal exceeds 2.5 SD below average. Reductions in size of this magnitude are clearly abnormal. The volumes of these regions individually are clinically significant. The anterior limb of internal capsule is reduced by 1.5 SDs below normal, and globus pallidus has volume reduction at 2 SD below normal.

### Results of Positron Emission Tomography (PET)

The PET study was performed at Evangelical Community Hospital in Lewisburg, Pennsylvania on March 22, 2014. The study examined the regional distribution of cerebral glucose metabolic activity using fluorine-18 labeled deoxyglucose (FDG). The scan was of excellent technical quality. Dr. Andrew Newberg read the study clinically: "The scan results demonstrate mildly to moderately decreased metabolism in the white matter tracts, posterior cingulate, the limbic structures such as the hippocampus and amygdala, the globus pallidus, the midbrain, pons, and the left insula. Several cortical areas also have mildly to moderately increased metabolism including the dorsal medial cortex, prefrontal cortex, medial frontal lobe, superior frontal lobe sensorimotor area, angular gyrus, fusiform gyrus, and superior parietal lobe" (Dr. Newberg's report of September 12, 2013). These PET scans are displayed in **Figure 2**.



**Figure 2:** PET images of Mr. McCullah's brain

The PET study was subjected to a quantitative analysis using a standard regions of interest (ROI) approach.[2] The quantitative analysis of cerebral metabolic rates relative to the whole brain (**Figure 3**) supports Dr. Newberg's clinical reading and points to more specific sets of regions that show abnormal glucose uptake. The analysis indicated relative decreases in 10 regions (see key for region abbreviations in **Figure 3**): right ST, right PH, HI, AM, IN, C1, C2, LM, left MI, and PO (when hemisphere not indicated, it is bilateral). 14 areas show relative increases in metabolism: SF, right DL, right MF, right IF, SM, SP, AG, left SG, right OL, right FG, right MT, left UN, right CA, and left TH.

These results indicate a pattern of hypo-activation in limbic structures, most notably the hippocampus and amygdala bilaterally and the insula on the right. The corpus callosum likewise shows significantly reduced metabolism bilaterally, and the midbrain and pons also show mild hypometabolism. There is marked hyper-activation in frontal and parietal structures. Most striking is the right inferior frontal region, with a metabolic rate greater than 5 SD above normal, followed by the angular gyrus, which is near 4 SD above average.

---

[2] Gur RC, Mozley LH, Mozley PD, Resnick SM, Karp JS, Alavi A, Arnold SE, and Gur RE. (1995). Sex differences in regional cerebral glucose metabolism during a resting state. *Science*. 267:528-531.

2

EXHIBIT-E3
2 OF 4 PAGES

E3



Figure 3: PET region-whole brain ratio (R/WB) results for cerebral metabolic rates for glucose (CMRgl) in Mr. McCullah. Results are expressed as Z-scores relative to a comparison group of healthy people.

SF = Superior Frontal; DL = Dorsal Prefrontal - Lateral; DM = Dorsal Prefrontal - Medial; MF = Mid-Frontal; IF = Inferior Frontal; SM = Sensorimotor; SP = Superior Parietal; AG = Angular Gyrus; SG = Supramarginal Gyrus; PC = Precuneus; OM = Occipital cortex, Medial; OL = Occipital cortex, Lateral; LI = Lingual Gyrus; FG = Fusiform Gyrus; OT = Occipital Temporal; ST = Superior Temporal; MT = Mid-Temporal; IT = Inferior Temporal; TP = Temporal Pole; PH = Parahippocampal Gyrus; HI = Hippocampus; AM = Amygdala; IN = Insula; OF = Orbital Frontal; UN = Uncus; RG = Rectal Gyrus; CA = Cingulate Gyrus - Anterior; CG = Cingulate Gyrus - genu; CP = Cingulate Gyrus - Posterior; C1 = Corpus Callosum - Anterior; C2 = Corpus Callosum - Posterior; CN = Caudate Nucleus; LM = Lenticular - Medial [Globus Pallidus]; LL = Lenticular - Lateral [Putamen]; TH = Thalamus; HY = Hypothalamus; MI = Midbrain; PO = Pons; CE = Cerebellum.

### Summary and Conclusions

Results of the structural and functional imaging of Mr. McCullah's brain converge to show abnormalities indicating brain damage. The structural measures from the MRI showed low volume in the superior frontal, angular gyrus, superior temporal, globus pallidus, and the anterior limb of the internal capsule. Functional measures with PET showed abnormally high metabolism in the frontal and parietal regions, and markedly reduced metabolism in limbic regions and the callosum. Some components of the emotion regulation system show abnormalities in Mr. McCullah: 1) the amygdala, which regulates response to stressful or threatening environmental stimuli, and 2) the insula, which moderates the experience of anxiety in response to emotional stimuli. The reduced volume in the anterior limb of the internal capsule, as well as the brain system encompassing superior fronto-temporal cortex and the angular gyrus, would indicate dysfunction in complex cognition and adaptive problem solving. Combined with lower volume in globus pallidus it would be associated with deficits in linking behavior to the reward system.

The PET scan was obtained during the resting state, with Mr. McCullah situated in a dimly lit room with eyes open and no tasks given. The regions that are active during this "default mode" brain state will become deactivated when stimulated, and vice versa. A most relevant finding, therefore, is the reduced metabolism in the amygdala and hippocampus, combined with the frontal lobe abnormalities. A damaged amygdala will misinterpret danger signals and when excited, will issue false alarms that require intact frontal components of the limbic system for modulation. In Mr. McCullah's case, there is reduced volume in the superior frontal region and the cortex is already at a hyper-activated state. Should Mr. McCullah's amygdala become activated by a situation it perceives as threatening, his frontal lobe would be unable to exercise control

3

EXHIBIT-E 3
3 OF 4 PAGES

2016-03465 20 of 62

E3

as a normal one would, because his "thinking brain" is not only damaged but is already operating at full capacity in its hyper-vigilant state. The frontal lobe is unable to do its job and act as the "brakes" on the primitive emotional impulses emanating from the amygdala when the limbic system reaches its activated stage.

Hypermetabolism in the parietal lobe, including the superior parietal lobe and angular gyrus, where there is reduced volume, could impair one's complex reasoning abilities. Low metabolic activity in the corpus callosum would lead to deficits in integrating verbal reasoning and analytic processing modes of the left hemisphere with intuitive, integrative and affect-related processing modes of the right hemisphere. Metabolic abnormalities in the midbrain and pons could be associated with disruption in motivation, arousal (including sexual), appetite (potentially leading to weight gain or loss), and body temperature regulation.

The etiology of these abnormalities is difficult to determine and requires clinical evaluation and further integration with history. However, the abnormalities observed are consistent with several causes, including traumatic brain injury, and the reduced metabolic rates in hippocampus and amygdala are of a magnitude seen inter-ictally in patients with seizure disorders.

### Recommendations

I have been informed by the counsel that Mr. McCullah is not only no longer being provided with sufficient anti-seizure medication at the prison, but also has been cut off from his anti-psychotic medication. For patients with a brain profile similar to Mr. McCullah who suffer from seizures, the termination of these medications may exacerbate the condition and worsen the functioning of regions of Mr. McCullah's brain. These medications are very important, and I would recommend to consider restarting them to treat Mr. McCullah.

I would also recommend a sleep-deprived electroencephalography (EEG) with naso-pharingeal leads, as his PET scan is characteristic of people with epilepsy. Counsel has also mentioned Mr. McCullah's feeling of being controlled and his hypergraphia, which are very well-known characteristics of individuals with seizures. Counsel then confirmed further that beyond the traditional grand mal seizures, Mr. McCullah exhibits behaviors such as lip smacking, picking at scabs on his face and getting stuck in thought. If these observations can be confirmed by an epileptologist, this could make Mr. McCullah an appropriate candidate for a possible surgical intervention that could ameliorate and perhaps even cure the seizure disorder. Based on the PET data the focus seems to be on the right side, but electroencephalography is needed to gauge the precise location of the focus based on the temporal sequence of ictal epileptiform activity.

Thank you for the opportunity to participate in Mr. McCullah's evaluation. The opinions I express with regard to the neuroimaging findings meet standards of scientific certainty. Please let me know if you have questions or need further elaboration or analysis.

Sincerely,

Ruben C. Gur, PhD
Professor, Departments of Psychiatry, Radiology & Neurology
Director, Brain Behavior Laboratory and the Center for Neuroimaging in Psychiatry